**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AS CORP INC., EMILIJAN ASENTIC on behalf of themselves and those similarly situated and derivatively on behalf of COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | JURY DEMANDED |
| v. | ) ) | |
| MGR EXPRESS INC.;COMPASS FUEL INC.) COMPASS INSURANCE GROUP INC.;MGR) FREIGHT SYSTEM INC.; BERANE INC.; COMPASS LEASE LLC; RD LOGISTICS INC.; COMPASS MANAGEMENT INC.; COMPASS FUNDING SOLUTIONS LLC; COMPASS HOLDING LLC; COMPASS EQUIPMENT FINANCE LLC; COMPASS AUTO LEASE LLC; COMPASS TRUCK SALES LLC; DANNY TRANS. INC.; COMPASS INSURANCE COMPANY; COMPASS REAL ESTATE HOLDING LLC; MGR EXPEDITED INC.; RD EXPEDITED INC.; MGR TRUCK SALE INC.; MGR LEASE LLC; MGR TRUCK REPAIR INC. WILLOWBROOK 2012 LLC; NAPLES013 LLC; MGR AUTO LEASE LLC; COMPASS TRUCK RENTAL AND LEASING LLC; COMPASS PAYMENT SERVICES LLC; PLAINFIELD 014 LLC F/K/A MGR 014 LLC;) MGR TRUCK RENTAL LLC; MGR FINANCE LLC; COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP INC.; WOLF VENTURES LLC; MGR MANAGEMENT 015 LLC; MGR FREIGHT LLC; MGR EXPEDITED 1 LLC; MGR IL PROPERTIES LLC; MGR IL PROPERTIES 2 LLC; COMPASS FINANCIAL HOLDING GROUP LLC; COMPASS CAPITAL MANAGEMENT GROUP LLC; ST. PETE 2016 LLC; MGR 017 LLC; MGR 016 LLC COMPASS LOGISTICS LLC; RD EXPRESS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 20-CV-06233 |

1

LLC; MGR TRANSPORTATION LLC )
MGR EXPRESS LLC; MGR EXPEDITED )
LLC; COMPASS LOGISTICS HOLDING )
LLC; BERANE LEASE INC.; )
SMARTBOARD LLC; COMPASS UNITED )
SOCCER CLUB LLC; MGR HOLDING LLC )
COMPASS ARENA LLC; INTERNATIONAL)
TRUCKING ASSOCIATION LLC; )
COMPASS MANAGEMENT LLC; CITADEL )
RISK MANAGEMENT INC.; CITADEL )
RISK SERVICES INC.; PILOT TRAVEL )
CENTERS D/B/A PILOT FLYING J; )
CAPTIVE PLANNING ASSOCIATES )
LLC; RADOJICA DOBRASINOVIC; )
RADOMIR DOBRASINOVIC; RADOVAN )
"ROY" DOBRASINOVIC; ANA )
ALEKSANDROVSKA; ARNOLD CURTIS; )
ANGELIA DEMKOVIC; DALIBORKA )
SAVOVIC; ARLEESIA MCDONALD; VLAD )
KOSTIK; JELENA DOBRASINOVIC; )
THOMAS MILOWSKI )
)
                         Defendants )

## **VERIFIED COMPLAINT**

Plaintiffs AS CORP INC. and EMILIJAN ASENTIC through counsel SHAH

LEGAL REPRESENTATION bring claims against the defendants captioned, as

follows:

## **NATURE OF CASE**

1.      This is an action on behalf of the plaintiffs and their representative

classes and subclasses against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica

Dobrasinovic ("the Dobrasinovic brothers"), and their entities and affiliates which

operate as the *de facto* Dobrasinovic Brother One Stop Center ("DB1SC") and

against the *de jure* Compass One Stop Center ("C1SC"), and against Compass

2

Specialty Insurance RRG ("CSI RRG"), which in coordination and cooperation with other defendants captioned have committed and are commiting seriously criminal, fraudulent, and unlawful activities which have financially destroyed and victimized counterparties to the DB1SC, C1SC, and shareholders of the CSI RRG.

## JURISDICTION

2.     The U.S. District Court for the Northern District of Illinois has jurisdiction pursuant to 28 U.S.C. §§ 1331 & 1367 as the Complaint is a civil action arising under the laws of the United States and presents supplemental jurisdiction to related claims involved in the same case and controversy.

3.     Pursuant to 28 U.S.C. § 1391 (b)(1)&(2) venue is appropriate in the Northern District of Illinois.

## THE PARTIES

*Emilijan Asentic & AS Corp Inc.*

4.     AS Corp Inc. is an Illinois corporation, with President Emilijan Asentic, located at 8155 Ogden Ave. #18, Lyons, IL 60534-1173.  Previously, the company also conducted operations out of 13520 S. Budler Road, Plainfield IL.

5.     Emilijan Asentic presently resides in Melbourne, FL.

*The Dobrasinovic Brothers' Entities*

6.     MGR Express Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 7665 W. Lawndale, Summit, IL 60501.  The entity was formed in IL and when last checked has a status

listed as "Not Good Standing." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

7. Compass Fuel Inc. lists its Principal as Roy Dobrasinovic, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

8. Compass Insurance Group Inc. lists its Principal as Roy Dobrasinovic, 115 55th St., 4th Fl., Clarendon Hills, IL 60514 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

9. MGR Freight System Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

10. Berane Inc. lists its Principal as Radojica Dobrasinovic, 640 61st St., Countryside, IL 60525 and additional address as 640 61st Pl., La Grange, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active."

The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

11.     Compass Lease LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 5150 W. Lawndale Ave., McCook, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

12.     RD Logistics Inc. lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

13.     Compass Management Inc. lists its Principal as Roy Dobrasinovic, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in IL and when last checked has a status listed as "Conversion."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

14.     Compass Funding Solutions LLC lists its Principal as Compass Capital Management Group LLC, 9700 Dr. MLK Jr. St. N, Ste. 300, St. Petersburg, FL 33702 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527. The entity was formed in IL and when last checked has a status listed as "Active."

The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

15.     Compass Holding LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

16.     Compass Equipment Finance LLC lists its Principal as Compass Capital Management Group LLC, 9700 Dr. MLK Jr. St. N, St. Petersburg, FL 33702 and additional address as 115 55th St., 1st Fl., Clarendon Hills, IL 60514.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

17.     Compass Auto Lease LLC lists its Principal as Compass Management Inc D6581-531-1, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

18.     Compass Truck Sales LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in IL and

when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

19.     Danny Trans. Inc. lists its Principal as Radojica Dobrasinovic, 640 61st St., Countryside, IL 60525 and additional address as 475 W. 55th St., La Grange, IL 60525. The entity was formed in IL and when last checked has a status listed as "Involuntary Dissolution." The entity's registered agent is listed as Radojica Dobrasinovic, 475 W. 55th St. #209, Countryside, IL 60525.

20.     Compass Insurance Company lists its Principal as Roy Dobrasinovic, 5325 Andover Dr./#201 Naples, FL 34110. The entity was formed in IL and when last checked has a status listed as "Involuntary Dissolution." The entity's registered agent is listed as Angelia Demkovic, 15W580 N. Frontage Rd. Ste. 1, Burr Ridge, IL 60527.

21.     Compass Real Estate Holding LLC lists its Principal as Compass Management Inc. D6581-531-1, 15W580 N. Frontage Rd., Burr Ridge, IL 60527. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

22.     MGR Expedited Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

23. RD Expedited Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

24. MGR Truck Sale Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

25. MGR Lease LLC lists its Principal as Radomir Dobrasinovic, 7665 W. Lawndale, Summit, IL 60501 and additional address as 7665 W. Lawndale, Summit, IL 60501. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

26. MGR Truck Repair Inc. lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

27. Willowbrook 2012 LLC lists its Principal as Compass Management LLC, 115 W. 55th St., 4th Fl., Clarendon Hills, IL 60514 and additional address as

8

635 Joliet Rd., Willowbrook, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

28.    Naples013 LLC lists its Principal as Radomir Dobrasinovic and additional address as 6243 Ashwood Ln., Naples, FL 34110.  The entity was formed in FL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Woods, Weidenmiller & Michetti, Pl., 5150 Tamiami Trail N, Suite 603, Naples, FL 34103.

29.    MGR Auto Lease LLC lists its Principal as Radomir Dobrasinovic, 736 Terry Ln., Countryside, IL 60525 and additional address as 5151 S. Lawndale Ave., Summit, IL 60501.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Ljubisa Srejovic, 2340 S. River Rd., Ste. 208, Des Plaines, IL 60018.

30.    Compass Truck Rental and Leasing LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

31.    Compass Payment Services LLC lists its Principal as Compass Capital Management Group LLC, 9700 Dr. MLK Jr. St. N, Ste. 300, St. Petersburg, FL 33702 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL

60514. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

32. Plainfield 014 LLC f/k/a MGR 014 LLC lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Ljubisa Srejovic, 2340 S. River Rd., Ste. 208, Des Plaines, IL 60018.

33. MGR Truck Rental LLC lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Ljubisa Srejovic, 2340 S. River Rd., Ste. 208, Des Plaines, IL 60018.

34. MGR Finance LLC lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Ljubisa Srejovic, 2340 S. River Rd., Ste. 208, Des Plaines, IL 60018.

35. Compass Specialty Insurance Risk Retention Group Inc. lists its Principal as Roy Dobrasinovic, 115 W. 55th St., Ste. 201, Clarendon Hills, IL 60514 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514. The entity was formed in TN and when last checked has a status listed as "Active."

The entity's registered agent is listed as Doherty, Kevin M., 424 Church St., Ste. 800, Dickinson Wright PLLC, Nashville, TN 37219-2396.

36. Wolf Ventures LLC lists its Principal as Roy Dobrasinovic, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

37. MGR Management 015 LLC lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

38. MGR Freight LLC lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

39. MGR Expedited 1 LLC lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd. 2nd Fl., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., 2nd Fl., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is

listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

40.     MGR IL Properties LLC lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 5947 S. Kensington Ave., La Grange, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Involuntary Dissolution."  The entity's registered agent is listed as Duggan Bertsch, LLC, 303 W. Madison St. Ste. 1000, Chicago, IL 60606.

41.     MGR IL Properties 2 LLC lists its Principal as MGR Management LLC, 5947 S. Kensington Ave., La Grange, IL 60525 and additional address as 5947 S. Kensington Ave., La Grange, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Involuntary Dissolution."  The entity's registered agent is listed as Duggan Bertsch, LLC, 303 W. Madison St. Ste. 1000, Chicago, IL 60606.

42.     Compass Financial Holding Group LLC lists its Principal as Compass Capital Management Group LLC, 9700 Dr. MLK Jr. St. N, St. Petersburg, FL 33702 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  The entity was formed in DE and when last checked has a status listed as "Active."  The entity's registered agent is listed as Roy Dobrasinovic, 9700 MLK Jr. St. N., St. Petersburg, FL 33702.

43.     Compass Capital Management Group LLC lists its Principal as Roy Dobrasinovic, 9700 Dr. MLK Jr. St. N., St. Petersburg, FL 33702 and additional

address as 9700 Dr. MLK Jr. St. N., St. Petersburg, FL 33702. The entity was formed in DE and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

44. St. Pete 2016 LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 15W580 N. Frontage Rd., Burr Ridge, IL 60527. The entity was formed in FL and when last checked has a status listed as "Voluntary Dissolution." The entity's registered agent is listed as Arleesia McDonald, 15W580 N. Frontage Rd., Burr Ridge, IL 60527.

45. MGR 017 LLC lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

46. MGR 016 LLC lists its Principal as Radomir Dobrasinovic, 5947 S. Kensington, Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., Countryside, IL 60525. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

47. Compass Logistics LLC lists its Principal as Compass Capital Management Group LLC, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and

13

additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514. The entity was formed in IL and when last checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

48. RD Express LLC lists its Principal as Radomir Dobrasinovic and additional address as 3483 Pacific Dr., Naples, FL 34119. The entity was formed in FL and when last checked has a status listed as "Active." The entity's registered agent is listed as Radomir Dobrasinovic, 3483 Pacific Dr., Naples, FL 34119.

49. MGR Transportation LLC lists its Principal as Radomir Dobrasinovic and additional address as 6243 Ashwood Ln., Naples, FL 34110. The entity was formed in FL and when last checked has a status listed as "Active." The entity's registered agent is listed as Radomir Dobrasinovic, 6243 Ashwood Ln., Naples, FL 34110.

50. MGR Express LLC lists its Principal as Radomir Dobrasinovic and additional address as 3483 Pacific Dr., Naples, FL 34119. The entity was formed in FL and when last checked has a status listed as "Active." The entity's registered agent is listed as Radomir Dobrasinovic, 3483 Pacific Dr., Naples, FL 34119.

51. MGR Expedited LLC lists its Principal as Radomir Dobrasinovic and additional address as 6243 Ashwood Ln., Naples, FL 34110. The entity was formed in FL and when last checked has a status listed as "Active." The entity's registered agent is listed as Radomir Dobrasinovic, 6243 Ashwood Ln., Naples, FL 34110.

52.     Compass Logistics Holding LLC lists its Principal as Compass Capital Management Group LLC, 115 55th St. 4th Fl., Clarendon Hills, IL 60514 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

53.     Berane Lease Inc. lists its Principal as Radojica Dobrasinovic, 640 61st St., Countryside, IL 60525 and additional address as 640 61st Pl., Countryside, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

54.     Smartboard LLC lists its Principal as Compass Capital Management Group LLC, 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

55.     Compass United Soccer Club LLC lists its Principal as Compass Management, LLC, 15W580 N. Frontage Rd. #2, Burr Ridge, IL 60527 and additional address as 625 Joliet Rd., Willowbrook, IL 60527.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered

15

agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

56.    MGR Holding LLC lists its Principal as Radomir Dobrasinovic, 500 W. Plainfield Rd. 2nd Fl., Countryside, IL 60525 and additional address as 500 W. Plainfield Rd., Countryside, IL 60525.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Srejovic Accounting Services, LLC, 2340 S. River Rd. Suite 208, Des Plaines, IL 60018.

57.    Compass Arena LLC lists its Principal as Compass Management Inc., 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  The entity was formed in IL and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

58.    International Trucking Association LLC lists its Principal as Compass Management Inc. (65815311), 15W580 N. Frontage Rd., Burr Ridge, IL 60527 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  The entity was formed in DE and when last checked has a status listed as "Active."  The entity's registered agent is listed as Arleesia McDonald, 15W580 N. Frontage Rd., Burr Ridge, IL 60527.

59.    Compass Management LLC lists its Principal as Dobrasinovic, Roy, 115 55th St., Clarendon Hills, IL 60514 and additional address as 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  The entity was formed in IL and when last

16

checked has a status listed as "Active." The entity's registered agent is listed as Arleesia McDonald, 115 W. 55th St. 4th Floor, Clarendon Hills, IL 60514.

*Dobrasinovic Brothers One Stop and Compass One Stop Affiliated Entity Defendants*

60.     Citadel Risk Management Inc. lists its Principal as Art Coleman and publicly lists one of its addresses as 1011 US Route 22, Bridgewater, NJ 8807. The entity operates in the insurance and reinsurance business in multiple states, including Illinois.

61.     Citadel Risk Services Inc. lists its Principal as Art Coleman and publicly lists one of its addresses as 1011 US Route 22, Bridgewater, NJ 8807. The entity operates in the insurance and reinsurance business in multiple states, including Illinois.

62.     Pilot Travel Centers d/b/a Pilot Flying J lists its Principal as James Haslam, 5020 Lyons View Pike, Knoxville, TN 37919 and publicly lists one of its addresses as 5508 Lonas Road, Knoxville, TN 37909. The entity was formed in DE and when last checked has a status listed as "Active." The entity's registered agent is listed as CT Corporation System, 208 South LaSalle St., Suite 814, Chicago, IL 60604.

63.     Captive Planning Associates LLC lists its Principal as John Capasso, 1 South Dearborn St., Suite 2154, Chicago, IL 60603 and publicly lists one of its addresses as 1 South Dearborn St., Suite 2154, Chicago, IL 60603. The entity operates in the insurance and reinsurance business in multiple states, including Illinois.

*Individual Defendants*

64.     Radojica Dobrasinovic resides at 640 61st St., Countryside, IL 60525 and owns and works for Berane Inc. 640 61st St., Countryside, IL 60525 and potentially other entities.

65.     Radomir Dobrasinovic resides at 5947 S. Kensington Ave., Countryside, IL 60525 and owns and is working for his RD and MGR Businesses 500 W. Plainfield Rd., Countryside, IL 60525 and potentially other entities.

66.     Radovan "Roy" Dobrasinovic resides at 11308 75th St., Willowbrook, IL 60527 and owns and is working for his Compass Businesses 15W580 N. Frontage Rd., Willowbrook, IL 60527 and potentially other entities and addresses.  Roy Dobrasinovic is on the Board of Directors of Compass Specialty Insurance RRG.

67.     Ana Aleksandrovska works for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 and other Compass entities. Ana Aleksandrovska is on the Board of Directors of Compass Specialty Insurance RRG.

68.     Arnold E. Curtis resides at 2846 Natures CV, Owens Cross Roads, AL 35763 and has or is working for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 and potentially other entities.  Arnold E. Curtis is on the Board of Directors of Compass Specialty Insurance RRG.

69.     Angelia Demkovic resides at 6670 S. Brainard Ave. Apt. 304, Countryside, IL 60525 and has or is working for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 and potentially other entities.  Angelia Demkovic is on the Board of Directors of Compass Specialty Insurance RRG.

70.     Daliborka Savovic resides at 6670 S. Brainard Ave. Apt. 403, Countryside, IL 60525 and has or is working for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 and potentially other entities.  Daliborka Savovic is on the Board of Directors of Compass Specialty Insurance RRG.

71.     Arleesia McDonald resides at 334 Macon Ave., Romeoville, IL 60446 and has or is working for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 and potentially other entities.

72.     Vlad Kostik resides at 11330 73rd Pl., Burr Ridge, IL 60527 and has or is working for TRU Funding LLC/Sr. VP Compass Funding Solutions LLC 9550 Sergo Dr., Unit 104, McCook, IL 60525 and potentially other entities.

73.     Jelena Dobrasinovic resides at 6700 S. Brainard Ave., Apt. 326, Countryside, IL 60525 and has or is working for Compass Holding LLC 15W580 N. Frontage Rd., Willowbrook, IL 60527 as an accountant and Controller, and at Lead Accounting LLC, among potentially other entities.

74.     Thomas Milowski resides at 1540 Wincanton Dr., Deerfield, IL 60015 and has worked as President & COO of Compass Financial Holding, LLC, and currently holds the title of Division President of TruckerFi located at 560 W. Washington Blvd., Suite 400, Chicago, IL 60661.

## BACKGROUND

*The Reality of the Dobrasinovic Brothers' Entities And Their Customer Reviews*

75.     On or about July of 2020, Vaso L. described Compass Insurance Group Inc.:

> Run away from this company,employess dont comunicate with each other so every time they tell you "ill fwd it" forget about it,also i gave luka milenkovic my auto pay form filled out and i had to pay 70$ late payment fee to financing company because they did not set it up on time,ofcourse they pretend nothing happened.19200$ for new mc authority.

Ex. 1, Shah Dec.

76.     On or about August of 2019, Oleg K. described Compass Insurance Group Inc.:

> If you need terrible insurance, welcome! Totally unprofessional, I asked why they charge for my old trailer, if I request for cancel insurance, two months ago, they answered me because I didn't send email request, but when I spoke with compass representative he didn't tell me, and also he received request for new trailer by phone, I request investigate that, it will be very easy, because they saving all conversations,  Angela told me she will do that and call me back, but after three weeks, no call, no email, nothing, i don't know about cheap price, my price was $356 for trailer, now I find different insurance for $157(same coverage), I don't think they cheap!!!

Ex. 1, Shah Dec.

77.     On or about July of 2020, Mirza D. described Compass Insurance Group Inc.:

> I am not quite sure where to begin. All they care about is themselves. You can not get a straight answer from them. Everyone that warned me not to go to this company was right and I should have listened to them. They come up with rules on

the fly, one day it is one thing the next day it is other. If you are reading this, please take it from someone that has experience with this company, RUN AWAY AS FAR AS YOU CAN. This is my personal opinion, they lie, cheat, and will take every dime you have in order to satisfy their hunger.

Ex. 1, Shah Dec.

78. On or about October of 2019, Max T. described Compass Insurance Group Inc.:

The worst ever place. Run away from them. I canceled the insurance on time with lost of deposit but I was ok with it. But they did not cancel it on time then I got charge for another month and now I got collections. I will get you guys in trouble too from now. I will complain about them to triple BBB and recommend to you all do it.

Ex. 1, Shah Dec.

79. On or about October of 2019, Maksat H. described Compass Insurance Group Inc.:

The worst place and Vanja is worst person to deal with. She will put in huge trouble to deal with collections. Whoever got problem with them contact me I will sue this people and will get more than I lost back and will get them to deal with collectors.

Ex. 1, Shah Dec.

80. On or about October of 2019, Andrew D. described Compass Insurance Group Inc.:

Okay so what do I begin with ?

Been with these guys for more than a year and thanks God I had no need to file a claim or something because I imagine it would be a nightmare . After 1yr I've got my insurance rate raised

because "we had a lot of claims from other customers" , I mean why should I care about your other customers and why should I pay more because of them ? After trying to fix the issue with my "agent" , was told I'd get a new application form and they'd change the policy , I've asked the lady very politely , 3 times , to send me the new application and it's been more than one month since then - no application form yet . Cheap ? Yes , it used to be , not anymore , I'd rather pay MORE to somebody else than dealing with these guys . AVOID

Ex. 1, Shah Dec.

81.    On or about October of 2018, Arleechino N. described Compass

Insurance Group Inc.:

Stay away from them. If you need to speak to somebody you are going to call three to four days, 10 to 15 times a day, nobody answer on the phone. Totally unprofessional !!!!!!

Ex. 1, Shah Dec.

82.    On or about October of 2020, Ismail R. described MGR Freight System

Inc.:

This company has history off rippoff,  they take all you escrow deposit + trailer deposit  5000+  when you  leave them, that money you will never get back, every driver who leave this company has the same experience. Please be aware and not even think to work with them. I have the settlement to proof it  I can post if I have to. I urge every driver that experience this kind ripoff please leave a review so other drivers don't fall the same trap. Thks

Ex. 1, Shah Dec.

83.     On or about August of 2020, Mandisa described MGR Freight System Inc.:

> Do Not Work FOR MGR or RD! Not unless you want them to take your money!My husband and I drove team under MGR from December 2018 til July 2019.  Looks like majority of their 5 star reviews are from people who only review on google once or twice and it's for this company. I see a class action lawsuit for MGR/RD in the future. Watch your settlements! They love to double charge especially if they know you are leaving. They will conjure up miscellaneous bogus items to keep from paying out the amount you are suppose to have coming back.

Ex. 1, Shah Dec.

84.     On or about May of 2020, Dr. Othman described MGR Freight System Inc.:

> Listen carefully I worked here with them these people are mafia They make you sign up bunch paper Lease agreement everything they make it sound incredible they work with customers on the east coast most of the time and the south i decided to go on vacation they paid me only $.20  cent when I called them they told me you signed for it. And there's Also cash advanced of $132 on my check that I never took they charged me as truck cleaning fee and $.20 cent of payment was out of $5500 how brutal they can be they will be. My experience overall with them is absolutely horrific I regret it

Ex. 1, Shah Dec.

85.     On or about 2019, Adam C. described MGR Freight System Inc.:

> SO I TURN IN MY TRUCK TWO WEEKS AGO I WAS POSE TO GET BACK 7100 DOLLARS BACK WHY I ONLY GOT 1600 DOLLARS I RETURN THE TRUCK THE SAME WAY I PICK UP THE TRUCK UNBELIEVABLE THEY TOOK OVER 5000.

> Don't trust them they are paying people to write good reviews about them

Ex. 1, Shah Dec.

86.     On or about April of 2020, Do What described MGR Freight System

Inc.:

> Don't use their fuel card. They keep the discount and charge it back to you, so end up paying full price for fuel.

Ex. 1, Shah Dec.

87.     On or about 2019, Mohammed J. described MGR Freight System Inc.:

> Don't work for this company they will steal all your money and lies about everything to not give you back your deposit they are doing this to every single driver i regret not listening to other drivers that said don't work for them.

> After you quit they change everything on the trailer even if they don't need it and they charge you for it this MF

Ex. 1, Shah Dec.

88.     On or about 2019, Mohamed Hussein described MGR Freight System

Inc.:

> Hey Drive be careful,  MGR is requesting paying pons anyone who write good comments about them,

> If you see someone say good things about MGR they must get paid to write good comments,

> If you wanna know the true about this mafia, ask them why the don't Alow driver to talk to a broker!

> Because don't want driver to know right price of his load.

Try to call a broker ask them the rate of your load.then see who is the evil? And please driver don't lie your follow drivers.

Ex. 1, Shah Dec.

89.    On or about 2019, Adam L. described MGR Freight System Inc.:

Worst company ever they take money from hard working drivers scam scam run away. Fake good reviews from MGR

Ex. 1, Shah Dec.

90.    On or about 2019, Joe H. described MGR Freight System Inc.:

We went work for them as lease operator fees was way more than they said, fees took whole pay check! Was a rental agreement for first 90 days and if you decided to leave you got all your money back! We have been gone over 45 days and still no refunds of over$7000 they owe us! They are a rip off!

Ex. 1, Shah Dec.

91.    On or about 2019, Jarmal M. described MGR Freight System Inc.:

Edit. Just to make things clear, don't believe some of this reviews MGR in the past couple weeks are making fake Google account to write a good reviews as you can see some Google accounts don't even have a name and the other ones are MGR employee look at their yard full of trucks because nobody wants to work fo them, and don't have a single costumer

I really wish i can give them 0 star .im one of their victim they are liars and hungry to steal money of a hard working drivers ask other people or just go to Facebook and look them up before leasing on with.

That's why they don't even have a single costumer and they only work with a few brokers. run away as fast as you can guys their terminal it's stuck witg to many trucks almost every single driver quite the 1 or 2 month

25

Ex. 1, Shah Dec.

92.     On or about 2019, Jonny F. described MGR Freight System Inc.:

MGR is paying people to write good reviews and to oppose any bad review they get anywhere online.  They are trying to sound good when possible drivers do research but dont trust them...Everything looks good on beginning like every good scam...They rip you off later. This is not company doing fair business this is organised crime who is trying to silence any bad voice against them... !!!

Ex. 1, Shah Dec.

93.     On or about 2019, Moe Aek described MGR Freight System Inc.:

This company is a scam. Drivers be careful with this company. They will take your escrow money by making up any charges, they will rent you a beat up trailer and charge you all types of repairs upon returning it and they will never answer your questions and keep giving you a run around on the phone. Fmcsa and local DA is looking into there bad business dealing on there lease purchase program.

Ex. 1, Shah Dec.

94.     On or about 2019, BIM Trucking described MGR Freight System Inc.:

1.MGR and RD expedited are one company. They just say its 2 companies to avoid some taxes or scam brokers .

2. Only 20 people that work in MGR is actually working from USA. Those 20 people are in recruiting/billing/shop in Chicago IL. All other (all dispatchers,safety,afterhours) are working from Europe and most of them never been to US. So no matter what dispatcher tell you remember he have no idea about US or trucking except what MGR told them.

3.Managers are always forcing dispatcher to lie to driver. Dispatcher that get friendly relationship with driver is fired.

They are afraid that dispatcher could tell driver some secrets about company. Driver get new dispatcher and new dispatcher have to tell him that his old dispatcher had medical emergency and will return in 2 weeks. They never return.

4.Fuel card- Now this is something I heard from BIG BOSS while he was talking with senior management.They have ways to steal from drivers that are using fuel cards. Take this with reserve i overheard it I dont know how they do it.

5 They are charging drivers 2% for dispatch. They say they use those 2 % to pay dispatcher but in reality all dispatchers come from poor European countries and they are paid $500 - $900 per MONTH. Thats why dispatcher is not trying to get you best load , they earn same .

6. Dispatchers will never try to get you best load possible. Management only care to cover all trucks they don't care how much trucks are earning.

7. Recruiting is always promising you what you want to hear.They are trained for that. We call them best liars in company.

8.When you give 2 weeks notice YOU WILL NOT BE PAID FOR THOSE 2 WEEKS. (Last example is my driver who earned $12000 gross for two weeks and they paid him $6.00 after deductions, he is reason Im telling you all this guys was working honestly and they refused to pay him for his work)

9.MGR only work with 40-50 brokers. So when you see load on mobile and tell dispatcher to call (broker that MGR cant use) dispatcher cant tell you he cant use them or he will be fired , he will tell you that he called already and load is bad.

10. Very large number of brokers hold MGR on Do not Use list because MGR is also scamming brokers.

11. They are paying people to leave good reviews online on every possible web site.

There is much more stuff about MGR that I know but I think this is enough to warn anyone who wants to join.

Ex. 1, Shah Dec.

95.     On or about 2019, Jerry M. described MGR Freight System Inc.:

These people that are saying mgr is a good company,that's a lie,they are a bunch of crooks,if you drive for them you will regret it.they will charge you for everything,and then some.they don't nickel and dime you they straight up Rob you legal.owner ops choose a different company,you've been warned.

Ex. 1, Shah Dec.

96.     On or about 2019, Flawless X described MGR Freight System Inc.:

Do not go to this company I did a three month lease and was owed 5,000 dollars at the end of my lease plus truck rental mileage they going to take all your money I swear Vicky and pay rolll are liars please stay away from this company also if your a lease driver your deduction are 3,000 dollars before fuel is taken out then there 12 percent they will starve you to death you cannot make no money here it's a scam

Ex. 1, Shah Dec.

97.     On or about 2019, Michael C. described MGR Freight System Inc.:

Worst company ever, Vicky Stole money from me and refused to pay it back. As a Owner Operator if you want to go out of business this is the place for you.

Ex. 1, Shah Dec.

98.     On or about 2018, Jessi H. described Compass Lease LLC:

A driver had a hit and run collision and was warranted to the Taylor MI (48180) police station. The incident occurred at around 10am on 01/17/2017. There is now an ongoing investigation and the involved party is considering retaining counsel to prosecute do to the driver not taking responsibility and continued driving. Your companies trailer was the primary collision involved. I have attached pictures of the truck/trailer and license plate as well as

28

the information, unwilling by him, provided on the driver of the semi.

Thank you for your time.

Sincerely,

Miss Harris, the daughter of, Mr. Harris who was hit in Michigan

Ex. 1, Shah Dec.

99.    On or about 2018, David D. described Compass Lease LLC:

Worst place to ever rent trailers from. They consider them changing a paperclip on the trailer a 100$ charge. These guys are scammers, they manipulate their lease agreements so they can charge you whatever when you give the trailers back. I spent over 2500 on brand new tires for their trailer when I gave it back, they still want to charge me to change all 8 tires at $900.00 for each tire. They send me a bill for over $10,000.00 on a trailer with tires that had about 95% tread on them, no dents, no dings nothing. 6months of use they racked up a bill of over $10,000.00. All Compass Lease companies in America do the same thing, scam, lie, and deceive. Don't ever rent trailers from this garbage bag of a company.

Ex. 1, Shah Dec.

100.    On or about 2018, Budala N. described Compass Lease LLC:

These guys are scammers. Even if you return it in perfect condition. They are going to make things up.

Ex. 1, Shah Dec.

101.    On or about 2018, Vadym Z. described Compass Lease LLC:

They are scammers!Charge was 1800$. I return trailer at same condition as as rent it.They charge me 900$ for old recap tires?I installed one new tire,because they tire didn't even last for one

week from day I rent it.That's crazy.This chargers are not fair.I don't know how they can do business like that!

Ex. 1, Shah Dec.

102. On or about 2018, Alex C. described Compass Lease LLC:

This people is a biggest lier we ever work with. We rent the trailers from them 3 reefer trailers in 2015 return 1 trailer in 2017. After 2 years use they they send us bill for the small dents and used tiers and breaks 11000$ for one unit. On top of this they over charge us for 1500$ for hours on one reefer and hold the deposit of 9000$ for 3 units. Non of the deposit is going to return to us and overcharged hours we not getting back. After conversation with Francisco we ask him why we not getting back the deposit and overcharge hours he simply hang up the phone and call reposes company on us and towed one of the trailer with load inside and holding hostage until we return 3rd trailer. This guys are thief and liars when you start business with them they will be nice and promise you everything, just to get you signed, after you sign in they will rip you off for every dollar they can. Scam artist be careful with this people. Better rent from some one else then this scammers.

Ex. 1, Shah Dec.

103. On or about 2018, Alex P. described Compass Lease LLC:

Never ever work with this company !!! Big liers and scammers !!! After you paid for their trailers they never appreciate this things and trying to get more money from you !!! After you return equipment you have to go to court because they make up bulshiit stories that you owe them money !!!

Ex. 1, Shah Dec.

104. On or about 2018, Right Arrow described Compass Lease LLC:

[R]un from this company , charges for nothing, who have non realistic charges from this company in 2010-2014 don't pay them

, their contract was not correct set , if you pay go back to court
and you will get money back

Ex. 1, Shah Dec.

105.    On or about October of 2020, Ur Honor described Compass Funding

Solutions LLC:

If you want get answers-you won't get , if you want that someone
will explain something-you won't get those explanations, if you
want that someone call you back - forget it , I would highly
recommend not to choose this factoring company for your invoices

Ex. 1, Shah Dec.

106.    On or about October of 2020, Tahir I. described Compass Funding

Solutions LLC:

Very very bad don't recommend to anyone they are big layers
specially Jose and  Vukan they just promise to cal you back and
you never receive the call back I don't Factor with them over 3
years since 2016 just asking for the Comfirmacion that I'didn't
have any invoice over 3 years waiting over mont to get the letter
don't deal with them

Ex. 1, Shah Dec.

107.    On or about July of 2020, Mirza D. described Compass Funding

Solutions LLC:

I am not quite sure where to begin they come up with things on
the go, make up rules that were not mentioned before signing up
with them. They extend your contract without letting you know,
don't send invoices to your customers on time and then block the
customer for slow payment even though the customer didn't
receive the BOLS. It is an on and on battle with getting our wire
in every time we submit a purchase, will definitely be moving

31

away from this company, and you should too. It will only cause
you headaches.

Ex. 1, Shah Dec.

108.    On or about April of 2020, Common Trans ATS described Compass

Funding Solutions LLC:

> Thieves, liars and crooks in the office everybody lies CEO
> included to the operations manager in the smallest cleark
> everybody's leaving their factoring company they are hiding
> funds from their customers not paying out on time and have
> several litigations over the past few years for unethical business
> practices and deceptive hidden fees as well as not providing the
> services that obligated to do  by contract

Ex. 1, Shah Dec.

109.    On or about February of 2020, CVD Inc. described Compass Funding

Solutions LLC:

> I USE THEM FOR FACTORING FOR 4 YEARS NOTHING
> GOOD JUST MESS YOU HAVE TO FIGHT FOR YOUR
> MONEY AND NOTHING IS GONNA HAPPEN THEN WHEN
> YOU LEAVE  YOU  OWE THEM A LOT OF MONEY
>
> THEY GONNA PROMISE EVERYTHING JUST TO MAKE YOU
> TO SIGN THE CONTRACT

Ex. 1, Shah Dec.

110.    On or about October of 2019, David M described Compass Funding

Solutions LLC:

> The worst customer service experience and a complete waste of
> my time. I went there to pick up titles from equipment that we
> had  paid  off  almost  two  weeks  before,  after  talking  to  their

specialist on the phone who assured me that they ( the titles) will be ready for pick up. After going there and talking to the "manager" she has told me that it takes 14 days for the titles to be released even though that wasn't the case the last  time I went to pick up different titles.

I am looking forward to the day that our company will be able to get out of the contract with Compass and work with somebody who know how to appreciate their customers.

Ex. 1, Shah Dec.

111.    On or about October of 2019, Cindy B. described Compass Funding Solutions LLC:

If you're looking for a factoring company with hidden fees, horrible customer service, terrible management and a rip off-you've come to the right place! They are programmed to tell you anything you want to hear just to get you to sign a contract. When you're stuck in the contract there's almost no way out. Please beware of this terrible place and take your business elsewhere!

Ex. 1, Shah Dec.

112.    On or about 2017, B2B Shipper described Compass Funding Solutions LLC:

Worst company ever, don't even think to work with them, will cheat you in a second. I'm sure that the persons who gave them five stars, they work for them. Pay attention, they don't have other stars, only 5 or 1, that's mean 1 star from real customers, 5 stars from there staff

Ex. 1, Shah Dec.

113.    On or about April of 2019, Employee described Compass Holding LLC:

I was told different things about the company when I applied and it all turned out to be not true. . . . .What I dislike. All. They need to appreciate hardworking people and allow them to improve within company. It is very discouraging seeing people who are not that engaged and knowledgeable get promoted only because they know people. Not a way to run the business.

Suggestions for improvement

Promote people based on their work not acquaintances.

Company Culture

Teammates are all secretive and knowing the owner helps you advance and not your skills.

Challenging Work

After a month, I got the gist of it.

Ex. 1, Shah Dec.

114.    On or about July 29, 2017, Arleesia McDonald described Compass

Holding LLC:

Compass' General Counsel Arleesia McDonald gives Compass Holding public review of 5.0 stars without disclosing affiliation with the company.

Ex. 1, Shah Dec.

115.    On or about January 10, 2018, Former Employee - Reviewer (Name

Withheld) described Compass Holding LLC:

"Work there at your own risk!"

[C]ons

The company is not what they claim to be, the CEO's motto is: "Your great attitude guarantees your success at Compass!", do not believe it. Ask about recent office closures (open less than 6months) and personal that has been let go. They also pay the lowest scale in the industry for most positions. If you stand up

and speak the truth, you will be forced out, not a good model for growth. Mangement fees are excess and hinder division managers and groups financial success.

Ex. 1, Shah Dec.

116.     On or about July 10, 2020, Current Employee - Reviewer (Name Withheld) described Compass Holding LLC:

"Bad relationships"

I have been working at Compass Holding full-time.

Cons

No real training no leadership. No professionalism. No expertise. Do what you can. Hope for the best a d wait to be blamed when things go bad. If you are family you will be boss.

Advice to Management

[R]emove your self if the shoes is big for you.

Ex. 1, Shah Dec.

117.     On or about February of 2020, Abdul U. described Compass Equipment Finance LLC:

I deal them and I make every month payment 1587$ I get accident my truck was total lost my insurance pay their balance money they took and still they a keeping title and they don't want explain me.no respect for the business  no customer service they Will not respect people's make them happy. one months And some days  I'm waiting title. Because my insurance they need to receive title and give me. my balance money

Ex. 1, Shah Dec.

118.    On or about 2017, Exte Nsion described Compass Equipment Finance

LLC:

> People save your nerves, avoid this company, stupid policies, specially when you need to get your title from them

Ex. 1, Shah Dec.

119.    On or about 2019, Sergio P. described Compass Equipment Finance

LLC:

> They've checked my credit history even i didn't apply for anything. I was told they're not going to remove this inquiry because whatever they did is legal???

Ex. 1, Shah Dec.

120.    On or about September of 2020, Nohely S. described Compass Truck

Sales LLC:

> This trucking company is extremely unprofessional. They send threatening unfriendly letters to your home address like : IS THERE A REASON WHY YOU ARE 2 WEEKS LATE ON YOUR PAYMENT? in bold and capitalized font. I have many loans - student loans from getting an education and other loans and I am appalled by the level of unfriendliness and unprofessionalism from this loan company. They aren't interested in helping. They sell broken trucks to small businesses setting the business in a track of failure when you are a start up business and have to invest 20,000 dollars worth of truck repairs from the truck THEY sell you. They then try to remove the truck when you can't afford to pay their monthly finance loan because you are trying to get the truck THEY sold you out the shop. HORRIBLE HORRIBLE COMPANY .

Ex. 1, Shah Dec.

121.    On or about 2017, Milos Z. described Compass Truck Sales LLC:

Bought two International pro stars a year ago. One died in 4000 miles, costed me $40.000 to fix, the other one was a better truck, but still died after 100.000 miles. So a year in my loan, I owe them $50K and I have two wrecks

Ex. 1, Shah Dec.

122.    On or about 2017, Henry A. described Compass Truck Sales LLC:

We buy truck from them last  april and the firt day out of dealer we have to change break chumber and rear wheel seal  after. thr truck by park for  two months we find a driver and he when from chicago to alabama two times and back to cincinati oh the engine star smok white we take to volvo dealer and tell me engine is bad was fix half way to sale but engine is not good at all plus we buy exten warranty and dont want pay so. Please becare off when you buy truck from. Then thanks

Ex. 1, Shah Dec.

123.    On or about 2018, Sandis H. described Compass Truck Sales LLC:

This is scammers company,easy financing but all truck from action ,this is garbage with broken engine and transmission, he buy truck for 10000$ with broken engine and not repair and for sale for 45000$ .If you crazy buy truck in Compass,Thanks.

Ex. 1, Shah Dec.

124.    On or about 2018, Bahtiyor S. described Compass Truck Sales LLC:

We purchased a truck from this crooks and we had to overhaul it within a month. Coolant was leaking inside the engine

Ex. 1, Shah Dec.

125.    On or about 2016, Denis L. described Compass Truck Sales LLC:

This truck sales for sale junk ,he have 3 complain bbb ,this truck sales deciver people, he buy heavy broken truck for 10000$ and not repair and for sale for 50000$ as is.

Ex. 1, Shah Dec.

126.    On or about 2019, D H described Compass Truck Rental and Leasing LLC:

Rental price is overpriced. Zero customer service. Talking to Lynn from rental is a waste of time. She doesn't have any idea of trucking business . They would agree on a price and will send you an agreement with other price ( of course much higher) blaming on miscommunication . This is not a mistake , it did happen twice. They have zero respect for us ,they should get the same thing from our side.

Ex. 1, Shah Dec.

127.    On or about 2018, Adam H. described Compass Truck Rental and Leasing LLC:

I wouldn't even give them a star ..but you have to . To write a review.. they won't tell you a lease or rental rate unless you give them a m.c number.. lol. How do you not know your own rate. That's cool I'll get the 20 trucks I need from someone else who doesn't sound sketchy right off the bat. You at least know what it cost for one truck. Sad customer service is like this.. I hope all of us .. all owners stop putting up with disrespectful people and spend or money elsewhere.. we work to hard to have company's trying to screw us on a rental.. if its that big of a deal on a rental, imagine buying one from them.. lord.  Oh well maybe 20 trucks dont mean to much to them..

Ex. 1, Shah Dec.

128. On or about 2018, Amal B. described Compass Truck Rental and Leasing LLC:

> If you work with compass lease and you pay them deposit you can forget about deposit. Overcharged hours we not getting back. Francisco is a thief we ask him why we not getting back the deposit and overcharge hours he simply hang up the phone and call reposes company on us and towed one of the trailer with load inside and holding hostage until we return 3rd trailer. This guys are thief and liars when you start business with them they will be nice and promise you everything, just to get you signed, after you sign in they will rip you off for every dollar they can. Scam artist be careful with this people. Better rent from some one else then this scammers.

Ex. 1, Shah Dec.

129. On or about 2018, Dispatch BKNY Transport, Inc. described Compass Truck Rental and Leasing LLC:

> Do not take trucks or treilers from Compass !!!
>
> They never return deposits and overcharging you for no reasons !!!!

Ex. 1, Shah Dec.

130. On or about 2016, Dima M. described Compass Truck Rental and Leasing LLC:

> This deceiver company ,for sale junk truck for big money ,DANGER !NO WARRANTY !Alex Petrushevski for sale truck 2011 volvo with broken transmission  ,i go in CA pick up truck after 3 day my truck go in volvo diler repair 14000$ ,Alex told my your problem not call me.

39

Ex. 1, Shah Dec.

131.    On or about September 25, 2019, Christopher described Compass

Payment Services LLC:

> For owner operators this fuel card is no good, you can't buy fuel
> at the small truck stops where fuel is cheaper than the larger
> truck stops like pilo loves etc. My company gives it to us owner
> operators and it sucks.  I WOULDN'T RECOMMEND IT FOR
> NOT EVEN FOR A FREE TRIAL!!!

Ex. 1, Shah Dec.

132.    On or about April 2, 2020, The WKA Boss described MGR and Berane:

> MGR / Berane inc is still current with their scamming and lying.
>
> If you are thinking about working for this company MGR freight
> or Berane Inc. which I believe they are the same company then
> here is a major tip, RUN FAR and FAST from them for they are
> a scam-scum company that shouldn't even exist. Everything that
> they mention or you talked about that made since or compatible
> for a company to offer to a driver will soon turn into a lie, and
> during these times during Covid 19 that a big no-no because
> time and money are precious commodities!! February 24- March
> 29th were some of the worst days of my life! There is no way to
> make this brief so I apologize in advance.
>
> I've been a truck driver for 20+ years with a spotless MVR, I
> responded to an add (MGR) offering $1500 weekly as a company
> driver (false advertisement), this would put me close to home,
> they liked my mvr and unbeknownst to me decided to hooked me
> up with Berane Inc, this became knowledge at the meeting with
> 3 members of the company at a restaurant but only one seemed
> to speak English that would be the only female Nina (if that's
> her real name) and one of the guys only half assed spoke English
> I believe it Ray Dobrasinovic the owner of Berane inc.
>
> The first payment which was not on time, properly sent, nor was
> it the amount per ad and discussion at meeting, and the day of

40

hire the 24th they wouldn't pay for all the work I did because of their incompetency before getting a load, then there was a week later a form for occupational health to sign and then they want to implement an escrow ( yes I did inquire of that in the meeting and they/she said no escrow you are a company driver) near the end of the second week because they pissed off another driver that abandoned the truck in Florida, I'm sure it was rightfully so, mind you I still haven't received my correct pay so by the time for the next payment is due more issues and I'm so very done and stressed out because my obligations (mortgage, car notes, utilities, etc.) are now not met and I've been hired by another company and because the action of these two companies which neither takes responsibility for their lack of proper business ethics or common sense for that matter, keep in mind it continues to get worse!  I have informed the dispatcher that I need to get back because I am quitting and the owner tells me that I'll get half my pay when I bring back his truck because he has to protect himself!

I have not received my last check as of yet I delivered my last load Saturday did my 34, unpacked my belongings from the cab and Oh I went to emergency room Sunday with chest pains which thankfully after all the testing was just stress (wonder why?), then I delivered truck to MGR lot Monday morning, and owner then lied and said he could not find the key to the truck, REALLY! There is so much more to this horror story but I will piggy back off of a review from this site 2018 that still rings true for this company to this day! Trucker stay safe and stay clear of these companies for it will be hazardous to your health!!

Ex. 1, Shah Dec.

133.    On or about October 19, 2019, Darkonetrucker described MGR:

This is for lease drivers..First of all they are not in Chicago,il they are in summit,il and you will have to pay your own way to get there once you get off in Chicago.they don't pay for no hotel no Nothing. Don't let them fool you saying that pay for this and that they are lying they just trying to bait you in..they charge $4 every time you fuel and $4 for Def no matter how many gallons. you pay for the trailer, the eld,the truck,and milage on the truck by the time you get your check for the week you will have

> $200 take home that's right! Out of a $4,000 week!! Then they want to make you wait 6 months to "pay every thing " like all the other companies out here.... they hit you with $150,000!! For a truck!!!! These companies are just flipping trucks I don't have time for that ...I closed the door got on the greyhound and went home.......

Ex. 1, Shah Dec.

134. On or about December 27, 2016, Truckerali described MGR, RD Expedited and Compass' interconnected rental and leasing operations:

> Do not make the same mistake I made. Stay away from MGR and RD expidited. I was owner operator for three months and I regret every single day. Say good bye to escrow and say hello to your paycheck getting random deductions. Plus I am 100% sure they don't pay you back the deposit money if you get into their rental program through equally horrible company named compass. They collect $5000 and when you return the truck with excellent condition they will find other ways to take your deposit. Stay away while you can. I worked with them for a year three months as an owner operator I wish someone told to stay away.

Ex. 1, Shah Dec.

135. On January 11, 2020, NoisyBoy described MGR, Radojica's operations, and Compass' intertwined operations and the Dobrasinovic brothers' different companies' building close proximity:

> MGR Freight System Inc

> I worked for the owners brother; or one of the owners brother Ray. They both kind of look alike. Ray owns a company called Danny Trans. and when my truck or trailer needed repair I would head down to Mgr yard in Summit. They both drove the same type pick up truck. I Use too see at least 50 empty MGR truck collecting dust. Also I think the owners of MGR also had a

Truck driving school right in the yard and They also owned Compass trailer lease and the fueling gas station down the road.

Ex. 1, Shah Dec.

136.    On November 14, 2018, an MGR insider BigBadWolf123 noted, in part, that MGR take fictitious deductions, take deposits as a matter of policy, and refuses final wage payments after "two [2] weeks notice" from drivers:

> [H]onestly man just dont do it....this company sucks in everything.It all looks good when you start but you will regret it soon man trust me.First time they take you $2000-$3000 for some stupid thing you will see that it was big mistake. And once you give them deposit money you can forget about that too.  In 20 years of MGR they never gave it back to anyone.  In 20 years they never paid last two weeks also.  And you wanna join? You have too much money you wanna waste? No problem I will recommend you few dispatchers, tell you who to avoid and stuff but my friend thats big mistake you are making.  Im not telling any names on any public post but you can PM me for any information you need about MGR and for recommended dispatchers and stuff.

Ex. 1, Shah Dec.

137.    On December 17, 2018,  when asked about the facts of MGR's operations, MGR insider BigBadWolf123 in multiple posts noted MGR's exploitative brokerage deductions, limited brokerage options due to being banned by many brokers, double brokering loads to operators, exploiting drivers on truck repairs and components pricing (such as tires), deceptive representations about dispatch Chicago office location (which in reality is overseas), and MGR's payment to post good reviews:

> Ok so why we have 2 MC ? And if we are not scamming brokers than please tell me what was last time you seen MGR doing load

43

with major brokers like R2 , Circle 8 , Coyote , Landstar ets....Ever been in dispatch Chriss ? No you didnt cos its across the ocean ... We have list of almost 200 brokers that we cant use or they dont want to use us....Every month we get updated list of around 50-60 brokers that we can use. Thats it...We just started using Nolan after years of being on Do not use. Oh and dont get me started on RD brokerage.... Double brokering loads to their own Owner Operators..... And yes my driver pays 10% to company and 2% for dispatch...Thats what MGR told them....Wanna buy new tires for lease truck???...Sure we will sell it for 5x price cos you have it in contract that you have to service lease truck with us....Btw I dont even know why Im arguing with MGR bot payed to post good reviews....Oh yeah i know about you guys too…

And for those who still dont belive this intel is coming from inside here is list of office feel free to check with your dispatcher :
Safety 2 offices : Chicago IL USA (manager Paula) and Berane,Montenegro (Former Yugoslavia , manager Marina)
Log book 1 office : Chicago Il (manager Lina )
Recruiting 4 offices all over Balkans

Now check this out , DISPATCH (PEOPLE WHO ARE MAKING YOU MONEY AND CHOOSING LOADS FOR YOU ) :
7 OFFICES :

BELGRADE SERBIA (MANAGER VLADIMIR) 1 OFFICE
KRAGUJEVAC SERBIA (NO CURRENT MANAGER, VLADIMIR IN CHARGE) 1 OFFICE
KUMANOVO MACEDONIA / SKOPLJE MACEDONIA 2 OFFICES (MANAGERS CHANGING ALL THE TIME ) (DISPATCHERS PAT,MAT,KRISSY ETS ALL FAKE NAMES)
PODGORICA MONTENEGRO (MANAGER HELEN) 1 OFFICE
BERANE MONTENEGRO 2 OFFICES (MANAGERS KATE/TIM) ALSO FAKE NAMES

Now go and ask them in what office is your dispatcher...If they tell you Chicago (they are all told to say Chicago) ask them anything about Chicago without giving them time to google. THEY WONT KNOW ANSWER COS THEY WERE NEVER IN USA . Ask them anything only American could know , put them to test and you will see everything is FAKE.

Im telling you all of this not cos of myself but cos of all my former driver that got ripped off by those thiefs.

44

Im not gaining anything from telling the truth.

Also another proof for you guys , I can just keep em coming for you :) Look at this review , just take a look at it...His name is Milan Neskovic ....American name ? Or is it ? Why is some guy with Serbian name leaving good review for MGR on google maps ? Because he is PAYED TO DO IT ! His fake name is Nash , he is working as dispatcher in Belgrade office for years....You see what Im talking about ?

Ex. 1, Shah Dec.

138.    On December 31, 2018,  upon reading the posts of MGR insider

BigBadWolf123, Marrius Darrisaw affirmed BigBadWolf123's postings:

Your analysis is SPOT ON…. I left this company at the beginning of September 2018.  I wished I hadd had this advice before coming here.  If anyone here don't believe you… tell them to ask me.  You definitely pointing out many of the things that go on there

Ex. 1, Shah Dec.

139.    On January 9, 2019, upon reading the posts of MGR inside

BigBadWolf123, The truckermer affirmed BigBadWolf123's postings and also noted

MGR's manufactured charges for service and repairs on truck trailers:

Everything he's saying it's true I'm a owner here and i knew almost everything but he forgot to tell you guys this . whenever you go to their terminal to try to fix something in your trailer they will change tires breaks even if they are still good and try to find other stuff and they will charge you .it just happened to me last month

Ex. 1, Shah Dec.

140.    On May 16, 2019, upon reading the posts of BigBadWolf123 and

others, SeeSaw affirmed being victimized by MGR's schemes to fraudulently charge

for parts, service, and repairs and described MGR as a "house of cards" that would

come down eventually:

> Lol. Yes, he is telling the truth about most of this. I just left them
> a couple of weeks ago. The money was good last year, but it went
> downhill quickly when the market slowed down. I had one of their
> trailers for 6 weeks, before I decided to buy my own trailer. When
> I went to turn it in, they "claimed" that I had ruined a brand new
> trailer tire in 6 weeks, and charged me almost $500 for a trailer
> tire. Then refused to give me this supposedly ruined trailer tire. I
> imagine that they left the tire on the trailer and scammed the
> next driver. You can check my other posts but I figured out very
> quickly that to survive at MGR, or anywhere, as an owner
> operator, you need your own "everything." Truck, trailer, fuel
> card, toll tags, and registration if possible. I'm stuck now with a
> $2000 Illinois tag and registration, that MGR won't refund the
> unused balance.
>
> But I learned my lesson with them. I would definitely steer clear
> of them. That house of cards will come down eventually.

Ex. 1, Shah Dec.

141. On May 16, 2019, upon reading the posts of BigBadWolf123 and

others, jon69 noted in multiple posts that the Dobrasinovic family had a large size,

family was a suspected source of positive reviews for the Dobrasinovic families'

services, that workers use fake names to hinder police and IRS investigations, and

that the companies change office locations to avoid detection:

> That's what t they do. Any positive reviews are from people who
> own the company or are working at the company not from drivers
> themselves.
>
> They are a clan- 50 or so family members each with 2 or 3 Google
> Id's and you see where all the positive reviews come from.
> Is this company Bulgarian by chance? or Macedonian?.
>
> They use a Google Voice number which has a USA area code such
> as 708 or 630 ( both Chicago). Their voice will be crystal clear and

46

unless they tell you they are abroad you will assume they are in the USA.

Fake names are used in case there is any investigation police will be unable to find them. Or the IRS for that matter as these companies are big tax cheats.

Notice how they are always changing offices. Over the course of a year they might move 5 or 6 times.

Ex. 1, Shah Dec.

142.   On May 18, 2019, upon reading the posts of BigBadWolf123 and others, SeeSaw noted MGR would lie to freight brokers about their drivers locations and status which resulted in MGR drivers being stranded, stuck after driving for extended periods, liable for inflated lease payments to MGR, and destruction of their ["Drive-A-Check"] DAC reports:

.

Yes. My dispatcher called me from a 708-xxx-4800 number (Chicago). One of the girls from safety called from a Florida number. My first dispatcher was Joey, who was great. He was very aggressive with getting good rates. My second dispatcher was Kate. She was horrible. My biggest problem with them was that they lied constantly to brokers. They would tell brokers that I was closer to a pickup than I actually was. Or they would tell brokers that I was empty when I wasn't. The final straws for me was when I was asked to not answer the phone when the brokers called, and they would ask me to lie to brokers. Eventually the brokers figured it out and started taking their loads back leaving me stranded without a load, often for hours or even until the next day. It was brutal for me with my own truck and trailer, so I can only imagine how devastating it was for those guys who were leasing trucks from them. Not to mention that they are probably destroying drivers' DAC report

Ex. 1, Shah Dec.

143.   On May 27, 2019 a dispatcher for MGR located in Eastern Europe,

Rykard211 described MGR's schemes to defraud drivers and threats to fire

dispatchers who do not lie and rip off MGR's drivers:

> I'm not sure if this is okay to post this here but I'd rather remain
> anonymous due to some of the things BigBadWolf123 said but I
> was hired by MGR as a dispatcher as I come from one of those
> Eastern European countries. It was my first work experience and
> I felt horrible coming every day. The people over there treated me
> like #### and didn't even bothered to properly tutor me to be a
> dispatcher. They didn't even give me a chance to properly
> dispatch one of the trucks but I remember them saying how
> important it was to lie to the drivers about everything and used
> scummy tactics to rip them off. I came upon this thread by typing
> the company's name and I wasn't shocked to find out people are
> giving them bad rep. The company forces their employees to act
> like the scum of the earth towards everyone because the
> dispatchers live in constant fear due to the fact that their
> worthless contract they give them can get you fired at any time
> even if you slightly go against their scummy policies. Sorry for the
> broken English but I went through a depression period after they
> fired me due to the fact I gave it all because it was my first job
> and it made me and my family go through a hard time cause of it.
> If this isn't the thread I should be posting, I should apologize
> cause this is my first time posting here. If you want any specific
> details, you can pm me.

Ex. 1, Shah Dec.

144.   On May 28, 2019 the dispatcher for MGR located in Eastern Europe,

Rykard211 stated his purpose in part for describing MGR's schemes to defraud

drivers and threats to fire dispatchers who do not lie and rip off MGR's drivers was

to encourage people to stay away from them:

> [I]'m not going to allow someone like you who obviously has no idea
> how MGR treats their dispatcher employees and the amount of insane
> ####ery they force their drivers to handle is something I'm not going to
> let it off so easily. I just wanted to share my experience with them as
> someone who actually has worked in the company for a short period of
> time and so that people might stay away from them. Like I said, if

anyone wants more details, I can easily share them in a private message but I'm not going to stand by and let other people get duped by this lying scum of a company.

Ex. 1, Shah Dec.

145.   On August 26, 2019, MGR insider BigBadWolf123 noted in multiple posts that MGR had discovered the negative comments about MGR's business, that MGR was taking steps to make "response" postings to make the posts "go away," that the purpose of posting was to warn others, and to explain how the dispatchers are trained to lie to drivers:

> They know about this post from day one, could hear em talking about it saying it needs to go away....Guy got job do take credibility of this post , named Chris but thanks God moderators seen it in time and delete all of his postings. Worse thing they can do if they found out its me (and I make it too hard for them to figure out) is to fire me ....

> They all act like then when you come in to work. promise good money but keep you in fear so you dont tell too much to drivers.Trust me brother money they tell you in start is not even that good...Been here for years still didnt achieve promised money even thou they consider me senior dispatcher lol Just try somewhere else, lots of companies out there that actually respect people working hard. Mgr is not only company who can teach you how to work....Anyway this post is to warn potential drivers and O/O for dispatchers and other people there they have different set of scams and rules. Story for some other post not this one . . .

> [L]et me put it this way. Trucks are presented to dispatcher by number. SO when starting a day there is list off all truck and areas. First two hours they let you work your way to get a load but after some time they put more and more pressure to move a truck. Once you tell them driver or even dispatcher want to find better paying load they start telling you that there is still for example 24 trucks left in office and that number has to go down so you book , send to driver and he can complain to safety if they dont like it. That reason MGR have so many cancellations and so may brokers on do not use. When dispatcher offer you bad load he probably already booked it for you but he want to pretend he is nice so he ,,offer,, it to you.Than he goes into convincing. 80 % of drivers get convinced. Something like ,, Oh you are going to

great area,, just to realize tomorrow thats its same #### but dispatcher was forced to take it. After driver reject load dispatcher get frustrated and thats when bad manners and rude behavior start. Not cos of driver cos we get it nobody like driving cheap but he gets pissed of on management cos he is the one who can sell it to driver. Paradox is he cant really be rude to management or he is out in 2 seconds so he transfer all that stress and frustration to driver.

Bottom line when management present you guys as simple number things cant work as they should.

Forgot to tell you. Lying is MUST !! Thats basic....seriously that like first thing they tell you when you come . Less truth driver know he is easier to manipulate. ALL DISPATCHER HAVE TO TELL WHAT OFFICE MANAGER TELLS THEM . Communication is watched so not a choice really.... I lie to my drivers but thing is they already know Im lying to them so they play along...But not many drivers and dispatchers have that relationship. I do have unofficial communication with my driver so they are aware what is going on.

Ex. 1, Shah Dec.

146.    On March 27, 2020 delusmc4 noted that MGR kept fuel discounts

while making drivers pay full price in addition to their other noted misconduct.

Ex. 1, Shah Dec.

147.    On March 28, 2020 Oscar9114 stated MGR called him their "slave" and

paid him $600 for four weeks worth of work:

Guys I work here 4 weeks and They treat me very bad all the money you make they put Deduction and they give you $600 I have never reach 1000 $ because they are so bad people they even call me Slave one of there Safety please I'm warning you never go this company I swear god they are Worst company ever I have Approve they pay me One dollar $1 you can see the net pay and all the money pu Deduction they are Thief never work here.

Ex. 1, Shah Dec.

148.    Oscar9114 then posted an Owner Operator Settlement Summary showing the driver grossed $1,936.00 with deductions of $1,934.19 for I-Pass, Rental Package, Cargo Insurance, Electronic Logbook, and Service Fee. The drivers net pay was $1.81 after driving 1,245 miles for MGR. Ex. 1, Shah Dec.

149.    On March 31, 2020 Willie879 warned, "Do not work for Berane inc. They are a bunch of shysters And thieves also Liars." Ex. 1, Shah Dec.

150.    On July 6, 2020, MGR insider BigBadWolf123 notified posters that MGR has "got him," that he was fired, was looking for work, and that MGR had sued him in Europe:

> Well I wont be able to give any more information as they officially got me.... This tread was really hurting them and they didnt stop until they figured out who posted it...Thanks for so many views brothers, if we helped one driver see truth about them i would say this post was worth it.... If someone know someone who hire remote dispatcher or anything trucking related i would really appreciate sending me PM as im without a job atm.....

> Not just fired lol....they also filed law sue....I mean my lawyer say we can call on freedom of speech but its Europe lol they gonna probably bribe their way to victory...anyway they say my online post on this and some other forums caused more than $100000 damage but funny thing is they didnt wrote i was lying simply stated that information i provided to general public harmed company financial ....They proved my point anyway....

Ex. 1, Shah Dec.

151.    On July 29, 2020, BigBadWolf123 noted, in part:

> [D]ispatchers there . . . cant do their job as they should due to managers imposing scammy and shady rules . I think I said more than enough for everyone to see how that company operate and more important everything I said i backed up with proof.... There is of course more think but im sure this is enough.
> . . .

As i already said if we managed to get truth out there for our friends who do honest work all this was more than worth ...Jobs come and go brothers , truth , honesty and hard works stay.

Ex. 1, Shah Dec.

*The Dobrasinovic Brothers Origins and the Dobrasinovic Brothers De Facto One Stop Center Operations*

152.   Roy Dobrasinovic has explained that he brought his brothers Radomir and Radojica, other family, godparents, friends and others from Montenegro and Serbia to the United States.  Dobrasinovic has observed there are more Dobrasinovics in Chicago than in the village where Dobrasinovic came from [Berane, Montenegro].  Dobrasinovic also explained that his younger brother Bato Dobrasinovic stayed in Berane, Montenegro.  Ex. 1, Shah Dec.

153.   Roy, Radomir, and Radojica operate a *de facto* Dobrasinovic Brothers' One Stop Center ("DB1SC"), which have coordinated entities operations, entity origination, customer intelligence, social and marketing outreach, geographic locations, and information exchange amongst other unitary characteristics.

154.   According to Roy Dobrasinovic, he entered the trucking industry in 1997, and formed his first Compass entities in 1999.  Ex. 1, Shah Dec.

155.   On or about one year later, in 2000, Radomir Dobrasinovic formed MGR Transportation Inc.  Ex. 1, Shah Dec.

156.   Also in 2000, Roy Dobrasinovic formed five additional Compass named entities.  Ex. 1, Shah Dec.

157.    In 2001 and 2002, Roy Dobrasinovic formed four additional Compass entities and Radomir Dobrasinovic formed an additional MGR entity.  Ex. 1, Shah Dec.

158.    Roy and Radomir's Compass and MGR entities formed from 1999 to 2002 have all been involuntarily dissolved or are not in good standing according to the Illinois Secretary of State.  Ex. 1, Shah Dec.

159.    From 2003 to 2005, Roy Dobrasinovic started three new Compass entities in fuel, equipment, and insurance with the fuel and insurance entities still active to this day, but the equipment entity "Compass Equipment Inc." has been involuntarily dissolved.  Ex. 1, Shah Dec.

160.    In 2006, Radomir formed MGR Freight System Inc. and RD Logistics, Roy formed Compass Lease LLC, and Radojica formed Berane Inc.  Ex. 1, Shah Dec.

161.    In 2007, Compass' driver was involved in a fatal accident which killed a married couple and their unborn child.  Ex. 1, Shah Dec.

162.    Within months of the fatal accident, Roy Dobrasinovic formed Compass Management Inc., Compass Funding Solutions LLC, and Compass Holding LLC. Ex. 1, Shah Dec.

163.    In 2007 and 2008, the FMCSA also involuntarily terminated and revoked three Compass entities' FMCSA authority.  Ex. 1, Shah Dec.

164.    In early 2009, Roy Dobrasinovic formed Compass Real Estate Holding LLC.  Ex. 1, Shah Dec.

165. By late 2009, Roy Dobrasinovic and Compass settled the fatal accident lawsuit.  Ex. 1, Shah Dec.

166. Within days of the settlement, Radomir Dobrasinovic formed a new MGR entity, "MGR Expedited Inc."  Ex. 1, Shah Dec.

167. At least ten of the Dobrasinovic brothers corporate entities with branding as Compass, MGR, RD, Berane, and/or Danny Trans are located along a roughly twenty mile perimeter in the McCook, Countryside, Clarendon Hills, La Grange, and surrounding areas:

### Dobrasinovic Brother Business Entity Locations



MGR, Compass, Berane, and Other Dobrasinovic Brother Business Entity Locations.

168. Some of the Dobrasinovic brothers' operations are literally next door to each other or across the street.  Ex. 1, Shah Dec.

169. For example, the MGR and RD entities are in the exact same building.

170. MGR and RD are next to Berane Inc. and across the street from Compass Lease. Ex. 1, Shah Dec.

171. MGR, RD, and Berane offer truck leasing and work with Compass Lease in the DB1SC. Ex. 1, Shah Dec.

172. The Dobrasinovic brothers also participate in the Eastern European and Chicago trucking community through social events and driver trucking associations such as the International Trucking Association to develop driver relationships, acquire information about drivers, and to encourage drivers to form their own fresh companies and to acquire information from drivers so that the Dobrasinovic brothers can arrange for their placement into the *de facto* Dobrasinovic Brothers One Stop Center.

173. For example, in a video dated September 17, 2019, Roy Dobrasinovic gave an interview to TV Avala at the ITA soccer tournament where he explained that he desires to introduce customer partners to bankers, accountants, insurance companies, finance companies, and other networking contacts within his Compass empire. Ex. 1, Shah Dec.

174. The networking contacts Dobrasinovic is referencing include but are not limited to his niece Jelena Dobrasinovic's accounting company, Lead Accounting LLC, and his brothers operations as motor carriers MGR/RD Expedited LLC, Berane Inc., and other family members and friends business ventures. Ex. 1, Shah Dec.

175.    In addition to founding Lead Accounting LLC, Jelena Dobrasinovic identifies herself as Controller of Compass Holding LLC and the Compass entities. Ex. 1, Shah Dec.

176.    The Dobrasinovic Brothers advertise their companies as family enterprises with humble beginnings and a philosophy of servicing drivers, new truck owner operators, and other motor carrier operators with anything to fulfill their transportation needs:



177.    MGR states on its website "MGR Offers Full Service Carrier Solutions for All Your Transportation and Logistics Needs" in a website which mirrors

Compass' website's statement, "Who we are - YOUR ONE STOP CENTER FOR ALL YOUR TRANSPORTATION NEEDS," and Compass' other C1SC advertising. Ex. 1, Shah Dec.

178.    Radomir Dobrasinovic and MGR confirm the MGR business' origins as a family owned and operated business:

**History**

Since that day in 2000 when MGR started with five trucks as a family-owned and operated business, we've dedicated ourselves to providing our customers and drivers with a positive and satisfying experience. We've built our business on integrity and a commitment to the highest standards in the multimodal transportation industry. That dedication to quality has helped MGR grow into one of the largest transportation carriers serving the U.S. and Canada.

Ex. 1, Shah Dec.

179.    The Dobrasinovics and Compass also advertise other social clubs and real estate investments such as Compass United and Compass Arena to target the Eastern European and Illinois trucking community.

180.    At Compass' ITA Annual Soccer Tournament and Transportation Industry Networking Event 2019 sometime on or around August 24 and 25, 2019, Dobrasinovic stated in an online video that Compass has strong support from Burr Ridge public officials, an alleged desire to guide those interested in starting a new trucking company, to help the Eastern European trucking community grow, and to use his family and fellow countrymen's love of soccer for the purposes of the One Stop Center philosophy:

"We have very good support from this community here because uh everybody knows Compass is a business in Burr Ridge and we have support from the Park District, from the Mayor [of] Burr Ridge - from

57

all these officials . . .People they like to play soccer. Its . . . mostly East European. Our game is . . . soccer . . .Compass Holding is a one stop center for all transportation needs. We are here if somebody wants to open a trucking company - we will open a trucking company free of charge and we are going to guide them to all success. If somebody wants to rent a truck, lease the trailers, have insurance - we have a very - I think we are unique regarding insurance, [] or established company we going to insure you, we are going to give you opportunity that you can grow unlimited, usually right now its most challenge for every trucking business is insurance and we solve that challenge because our insurance company is designed like that it won't stop you with your growth. And our insurance company Compass Speciality Insurance company - you can grow as much as you want, but like also you have to be smart and you must as I said our strategy is never give up short term profit for long term success and we will work together with our customers and we guide them that's how the idea for the slogan says "Where Success Begins."

See Ex. 1, Shah Dec.

181.     The stated winners of the ITA soccer tournament were MGR Freight System (1st Place), RD Expedited Inc. (2nd Place), and Compass Holding (3rd Place).  Ex. 1, Shah Dec.

182.     Compass Arena is a megaplex and will feature two indoor soccer fields in a three-level space for sporting events, concerts, a cafe, restaurant and bars, private whiskey lounge, and outdoor spaces for events.  Compass Arena is located at 625 Joliet Rd., Willowbrook, Illinois, 60527.

183.     ITA, Compass Soccer, and Compass Arena and other similar Dobrasinovic brothers' entities, locations, and organizations provide coordinated and collective opportunities for the Dobrasinovic brothers, family, and friends to size up members of the trucking community, form relationships, and acquire

information about potential targets for the Dobrasinovic brothers and family's businesses.

*Roy Dobrasinovic's One Stop Center Operations*

184.    Roy Dobrasinovic and Compass advertise the C1SC in the following graphical representation:



185.    The C1SC and its entities ask for customers "trust and confidence" to help maximize incoming cash flow through custom tailored factoring and work opportunities through Compass Funding Solutions LLC and Compass Logistics LLC.

186. The C1SC and its entities also ask for customers "trust and confidence" to help preserve cash flow through minimizing major costs for fuel card, insurance, driver safety training, equipment, and business/social networking through Compass Payment Services (fuel card), Compass Insurance Group and Compass Specialty Insurance RRG (motor carrier and other insurance), Compass Trcuk Rental and Leasing, Compass Lease LLC, Compass Equipment Finance, Compass Truck Sales, (equipment), and International Trucking Association, Compass Arena, and Compass United (driver training and social events).

187. Compass Holding, LLC then lists Client Reviews including but not limited to reviews from the following individuals: Abdou R, Al G, Al T, Alex G, Bobby D, James B, Jesus D, John S, Johnny B, Jose R, Joseph B, and Steve A. Ex. 1, Shah Dec.

188. The reviews are in a rotating text box describing the alleged willingness of Compass to help customers buy and lease trucks for same day purchases, get same day financing, get same day insurance, make "same day buying decisions" with multiple reviews stating all decisions were without any pressure from Compass, and with a willingness from Compass to fill out the paperwork on the customers behalf when the "customer doesn't understand." Allegedly, "Compass . . . explained everything . . . in laymans' terms to help . . . understand it." *Id*.

189. Compass represents a customer gave a review stating he "never thought [he] could have all of [his] trucking needs taken care of under one roof," and that "[n]ow [he didn't] have to worry about slow cash-flow anymore." *Id*.

60

190.    Throughout its advertising, Compass repeatedly states that its mission is to earn customers, "confidence, trust, and future relationship." *Id*.

191.    On March 6 or 14, 2020 the Serbian Times interviewed Roy Dobrasinovic in an article titled: INTERVIEW RADOVAN ROY DOBRASINOVIC: Our most successful businessman from Chicago reveals the secrets of his success, a story that must be read by anyone who dreams of the American Dream!.  The articles points to the large size of Compass and its One Stop Center "under one roof" along with fuel card relationships and advantages:

> "[T]hanks to his vision from day one, his Compass Holding company has a multimillion-dollar business and successfully collaborates with over 2,500 companies, 50,000 truck drivers, has a fleet of over 6,000 trucks and trailers for sale and rent, and his Holding financial group is currently financing operations in the transportation business of over $140 million.  Furthermore, his business has expanded to 10 US states.  As he proudly points out 60% of 300 employees who are working in his headquarters alone are from our region of the world and were given the opportunity to work in several of his sub-companies in the sectors such as insurance, business financing, entrepreneurship assistance, hands-on training in several aspects of the business, but most importantly help to facilitate the most favorable credit terms for individuals buying or renting trucks and trailers.  In addition to that, there is also a sector that provides our partners with the most imperative part of this business, and that is inexpensive fuel rates – this advantage is solely due to our long-standing contracts with major oil companies.  In a nutshell, all the aforementioned assistances and benefits under one roof."

*Id*.

192.    Roy Dobrasinovic and the Compass One Stop Center offer fuel card through Compass Payment Services and in conjunction with Pilot Flying J.

193.    In 2013 and 2014, Pilot Flying J's headquarters were raided by the FBI and IRS due to fraud connected to the company's withholding of fuel card rebates,

where Pilot Flying J paid $92M as a fine and restitution to companies victimized by the scam, and an additional $85M in a civil settlement to 5,500 trucking companies for monies wrongfully withheld in fuel rebates.

194.    Roy Dobrasinovic has been quoted as downplaying the impact of Pilot Flying J's fraud on Compass Holding, and Roy Dobrasinovic promotes and works with Pilot Flying J in offering Compass Payment Service's fuel card to clients.

195.    Roy Dobrasinovc and Compass promote and represent that Compass' fuel card offered through Compass Payment Services, "makes account management simple with cutting-edge technology," through cell phone applications and online customer portals, which allegedly provide real time access to information and 24/7 access to customers' fuel card accounts in a user friendly manner.

196.    Roy Dobrasinovic and Compass state their fuel card offered in conjunction with Pilot Flying J is, "QUALITY AND CARE - GUARANTEED":

> Compass customer service staff are available 24/7 with live online support to answer your questions and resolve all issues as quickly as possible. With your fleet fuel card and transportation system, time is of the essence.  We go the extra mile to make sure that your fleet is always fueled up and running on schedule!

> Get in touch to see how the Compass Payment Systems Fleet Fuel Card can boost your business and save you money.  Compass puts tools right in the palm of your hand.

See Ex. 1, Shah Dec.

197.    Roy Dobrasinovic and Compass also advertise their fuel card as jointly administered with Compass' factoring company, Compass Funding Solutions which Compass advertises and claims offer unique advantages:

**FUEL CARD PROGRAM**

Compass Funding Solutions is partnering with Compass Payment Services "CPS" to provide a uniquely designed fuel card for our customers. The CPS Fleet Fuel Card is the most convenient and customizable in fleet management.

**The advantages of having CPS fuel card:**

- Low transaction fees
- More control over fuel costs by monitoring each truck's activity
- Set daily purchase limits
- Nationwide discounts on fuel and other products
- Lowers costs and quicker availability of funds
- Fund your fuel card through advances from schedules or available reserve

**Important Facts about CPS Fuel Card:**

- We offer some of the lowest transaction fees in the industry. ($1.50)
- 24/7 access to the EFS website to administer account and reporting
- Customer service is available 24/7 Funds transferred to cards within an hour
- Receive daily reports informing of the activity on each fuel card
- Tailored to your needs you determine availability of daily cash, oil, additives, repairs, tires, etc.
- Adjust card's parameters at any time whether as an override or on a permanent basis

Ex. 1., Shah Dec.

198. Compass Funding Solutions advertises:

"**Compass Funding Solutions provides factoring to companies in the transportation industry. We help companies start and grow their trucking business by improving their cash flow!** . . .

**THE COMPASS ADVANTAGE**

63

- ***Reasonable rates***

- ***Simples account setup***

- ***Online access to view your account, 24/7***

- ***Flexibel term contracts***

- ***Team with transportation experience***

- ***Free online credit check***

- ***Interest free fuel cards***

Ex. 1, Shah Dec.

199. Compass Funding Solutions was operated and headed by Vlad Kostik as Senior Vice President from May 2008 until October 2019.

200. Compass Funding Solutions describes itself in a manner facing consumers:

THE COMPLETE SOLUTION.

We provide complete factoring solutions tailored to fit your needs. From planning and analysis to scalable growth.

Compass Funding Solutions welcomed its first customers over twenty years ago. The following years marked a period of significant growth and superiority regarding the range of trucking companies and customers covered. In addition, the quality of the services provided continued to expand and once more confirmed Compass to be the leading provider of factoring services.

Factoring Objectives:
- Creating value for customer
- Building a strong receivables financing
- Quality measurement and monitoring
  TAKING IT STEP BY STEP

[Graphics] - Business Analysis - We examine your business to understand how it works so we can make a detailed factoring solution tailored to fit your needs.

[Graphics]- Detailed Planning - We design a factoring plan that aligns with your company's needs and goals.

[Graphics]- Dependability and Monitoring - You have confidence in growing your business with intelligent software solutions and customer service that understands transportation.

YOUR BENEFITS

Compass Funding Solutions helps carriers focus on what they do best; maintain and build relationships with brokers and shippers. We can handle credit management, billing, collecting, and cash application. By outsourcing these tasks, a carrier, or any company, can maximize its resources and profits.

At Compass Funding Solutions, we compensate brokers with one of the highest commission structures in the industry. In addition, we provide brokers with continuous communication as it pertains to the status of their business. Check out our Broker Plan and join today.

Ex. 1, Shah Dec.

201.    Roy Dobrasinovic and the C1SC also represent Compass will assist C1SC customers obtain equipment through Compass Lease LLC (trailer leasing), Compass Truck Rental and Leasing (truck rental and lease), Compass Truck Sales (truck sales), and Compass Equipment Finance (financing for trucking equipment) with Compass' "Knowledgeable Consulting Team" and "partnership" invested in the customers success.

202.    Thomas Milowski was Credit and General Manager at Compass Equipment Finance LLC and President and COO of Compass Financial Holding LLC from June 2016 until March 2020. Ex. 1, Shah Dec.

203.    Compass Lease has locations at 5150 S. Lawndale Ave., McCook, IL 60525, 125 W. Bryant St., Bloomington, CA 92316, 4221 Halifax St., Dallas, TX 75247, 8514 North State Rd. 33, Lakeland, FL 33809, and Romulus, MI 48174.  *Id.*

204.    Roy Dobrasinovic and the C1SC's main Compass Lease LLC is located at 5150 Lawndale Ave., Summit, IL 60501.  *Id.*

205.    Across the street from Compass Lease LLC are Radomir Dobrasinovic's RD Logistics, MGR Express, MGR Trucking, MGR Lease, MGR Auto Lease among other entities at 5151 W. Lawndale Ave., Summit, IL 60501 and 7665 W. Lawndale Ave., Summit, IL 60501.  *Id.*

206.    Berance Inc. and Berane Lease Inc. are located only minutes away from the Compass Lease and MGR entities at 640 61st St., Countryside, IL 60525.  *Id.*

207.    In proximity to the Dobrasinovic Brothers leasing entities are Compass Truck Sales and Compass Truck Rental and Leasing, 15W580 N. Frontage Rd., Burr Ridge, IL 60527.  *Id.*

208.    The Dobrasinovic Brothers also have and have had other entities and locations in immediate proximity to one another (next door and across the street) involving motor carrier and logistics operations including but not limited to Compass Logistics, 450 W. 55th St., Countryside, IL 60525, Radojica Dobrasinovic's Danny Trans. Inc., 475 W. 55th St., #209, Countryside, IL 60525, and MGR Freight System Inc. and RD Expedited Inc., 500 W. Plainfield Road, Countryside, IL 60525.  *Id.*

209.    Radojica Dobrasinovic's currently active Berane Inc. and Berane Lease Inc. are also only minutes away from Compass Logistics Inc., Danny Trans Inc., MGR, and RD Expedited.  *Id.*

210.    Similarly, Radojica Dobrasinovic, Roy Dobrasinovic and Radomir Dobrasinovic live minutes away from each other and minutes away from the triangularly situated Dobrasinovic brothers business entity locations for logistics and freight hauling and triangularly situated Dobrasinovic brothers business entities for freight hauling and leasing amongst other businesses.  *Id.*

211.    Overall, the Dobrasinovic Brothers coordinate, feed into, exchange, and work jointly in drivers and equipment deals and One Stop Center operations, including but not limited to leasing trailers to drivers, driver information, logistics, and information about owner operators as a part of the C1SC and the DB1SC.

*Roy Dobrasinovic & the C1SC Insurance Offerings*

212.    Dobrasinovic also opened up about the key to his business, "that has always been and always will be insurance:

> ***The United States rests and depends on its insurance system, it manages and steers the whole of the economy.*** That was the case when I started, and it remains so to this day. ***When I realized that fact back in 2008, I expanded my focus from the trucking business towards insurance and started to further build my company around that pillar.*** Everything that I have experienced in life and the lessons I learned from them I have applied in my business practices. For that exact reason I always listen to my clients carefully, I am part of the trucking industry business, therefore, ***I am aware of the industry-specific problems and hardships they are facing, this is exactly why I make sure that our offers are adjusted to specific needs that in turn offer a solution and ultimately help them.*** At the end of every month, my clients send a report that determines the number of their insurance dues which average anywhere between $ 5,000 to $ 7,000 per truck. We have created a

formula that accurately determines the payment therefore the client is aware of it at any given time. ***This system is excellent for the "cash flow" component, and our accounting department is a stress-free zone because they don't have to deal with the so-called "insurance nightmare".***

Ex. 1, Shah Dec.

213.    Roy Dobrasinovic and the C1SC offer motor carrier insurance and trucking insurance agent and broker services through Compass Specialty Insurance RRG ("CSI RRG") and Compass Insurance Group.

214.    CSI RRG offers insurance to C1SC customers by selling shares in the CSI RRG entity.

215.    CSI RRG was formed in Tennessee by Roy Dobrasinovic on February 27, 2015 with 10,000,000 shares of stock, and according to the Tennessee Secretary of State currently lists principal office in Tennessee and mailing address at 1605 Main St., Suite 800, Sarasota, FL 34236.  *Id.*

216.    Compass Holding's website lists Compass Speciality Insurance RRG as located at 115 W. 55th St., Suite 201, Clarendon Hills, IL 60514.  *Id.*

217.    In filings with the Secretary of State of Florida, Compass, the C1SC, and Roy Dobrasinovic have represented that the Board of Directors of the CSI RRG consisted of Roy Dobrasinovic as Chairman and President, Angelia Demkovic as Secretary, Ana Aleksandrovska as Treasurer, Daliborka Savovic as Director, and Arnold Edward Jr. Curtis as Director.  *Id.*

218.    The C1SC represents that it follows a "RRG Code of Conduct and Ethics" and "RRG Corporate Governance Standards." *Id.*

219.   The C1SC and CSI RRG Code of Conduct and Ethics states in part:

A. Scope

This Code of Business Conduct and Ethics ("Code") applies to all directors, officers and employees of Compass Specialty Insurance Risk Retention Group, Inc. Such persons are referred to herein collectively as the "Covered Parties." Compass Specialty Insurance Risk Retention Group, Inc. is referred to herein as the "Company." All Covered Parties are expected to know, understand and comply with the policies set forth in this Code.

B. Purpose

Honesty and integrity are the backbone of the relationship of trust the Company has with its policyholders, vendors, service providers and governmental regulators. The purpose of this Code is to convey the basic principles of business conduct expected of all Covered Parties.

. . .

D. Ethical Standards

1. Conflicts of Interest

A conflict of interest exists when a person's private interest interferes in any way with the interests of the Company. A conflict can arise when a Covered Party takes actions or has interests that may make it difficult to perform his or her work for the Company objectively and effectively. Conflicts of interest may also arise when a

Covered Party, or members of his or her family, receives improper personal benefits as a result of his or her position at the Company. Loans to, or guarantees of obligations of, Covered Parties and their family members may create conflicts of interest. It is almost always a conflict of interest for a Covered Party to work simultaneously for a competitor, customer or supplier.

Conflicts of interest may not always be clear-cut, so if you have a question, you should consult with the President of the Company or, if circumstances warrant, the Company's outside counsel or captive manager.

All Covered Parties shall disclose any material transaction or relationship that reasonably could be expected to give rise to such a conflict to the Board of Directors of the Company, whether such a transaction or relationship is deemed to be a real or apparent conflict or may reasonably be expected to be perceived as such by third parties. No action may be taken with respect to such transaction or party unless and until such action has been approved by the Board . . .

2. Corporate Opportunities

Directors and officers of the Company stand in a fiduciary relationship to the Company [Compass Specialty Insurance Risk Retention Group, Inc.]. It is a breach of this duty for any such person to take advantage of a business opportunity for his or her own personal benefit when the

70

opportunity is within the corporate powers of the Company and when the opportunity is of present or potential practical advantage to the Company . . . .

3. Confidentiality

[C]overed Parties may not disclose to unauthorized persons or use for their own personal advantage or profit, or the advantage or profit of another, any confidential information that they obtain as a result of their position with the Company. The Company is entrusted with important information about its shareholders and their employees.

. . .

4. Fair Dealing

The Company's products and services must be sold fairly and honestly. Covered Parties should not attempt to take advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other unfair practice.

5. Integrity of Records, Funds and Assets

Accurate and reliable preparation and maintenance of Company records is of critical importance to proper management decisions and fulfillment of Company financial, legal and reporting obligations. All transactions must be properly documented and accounted for on the books and records of the Company. No off-book funds or transactions

are allowed. All reports, vouchers, bills, invoices, payroll and service records, business measurement and performance records or other essential data are to be prepared and maintained with care and honesty. Covered Parties are responsible for safeguarding Company assets and properties under their control and for providing an auditable record of transactions relating to the use or disposition of such assets and property.

. . .

7. Timely and Truthful Disclosure In reports and documents filed with or submitted to governmental regulators by the Company, and in public communications made by the Company, the Covered Parties involved in the preparation of such reports and documents (including those who are involved in the preparation of financial or other reports and the information included in such reports and documents) shall make disclosures that are full, fair, accurate, timely and understandable. Where applicable, these Covered Parties shall provide thorough and accurate financial and accounting data for inclusion in such disclosures. They shall not knowingly conceal or falsify information, misrepresent material facts or omit material facts which are necessary to avoid misleading the Company's government regulators, independent public auditors or shareholders.

. . .

E. Violations of Ethical Standards . . .

2. Accountability for Violations If the Company's Board or its designee determines that this Code has been violated, either directly, by failure to report a violation, or by withholding information related to a violation, the offending Covered Party may be disciplined for non-compliance with penalties up to and including removal from office or dismissal. Such penalties may include written notices to the individual involved that a violation has been determined, censure by the Board, removal by the Board of any officer involved, and/or a request by the Board to the Company's shareholders to remove any Director so involved. Violations of this Code may also constitute violations of law and may result in criminal penalties and civil liabilities for the offending Covered Party and the Company. All Covered Parties are expected to cooperate in internal investigations of misconduct.

Ex. 1, Shah Dec.

220.    The CSI RRG also states in part in its Corporate Governance Standards, in part, that, "[T]he Board of Directors (the "Board") oversees the performance of the Company [Compass Specialty Insurance RRG] in the interest and for the benefit of the shareholders . . . ." *Id*.

221.    In share offerings to the public, Roy Dobrasinovic, the C1SC, and the Compass entities identify the Captive Manager of CSI RRG as Captive Planning

Associates, and as working in cooperation with and with the reinsurance authority of Citadel Risk. *Id.*

222. CSI RRG shares were offered at $1/share on or around October of 2016 and share subscription agreements state in part:

> The undersigned (the "<u>Investor</u>") wishes to become a shareholder of COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. (the "Company"), a Tennessee captive insurance company risk retention group, and to purchase shares of the Company's stock, no part value ("Common Stock"), in the Company upon terms and conditions set forth herein . . .

> Accordingly, the Investor agrees as follows:

> I.     <u>SUBSCRIPTION FOR COMMON STOCK</u>

> (A)    The Investor agrees to (i) become a shareholder of the Company (a "Shareholder"), with an initial commitment equal to the Commitment set forth on the signature page hereto.

> (B)    **The Investor understands** and agrees that **the Company reserves the right to reject this subscription** for Common Stock for any reason or no reason, in which or in part, and **at any time prior to its acceptance**.

> (C)    The Investor understands and agrees that the acceptance of this subscription is conditioned on the agreement of the Investor . . . to procure insurance from the Company on terms and conditions acceptable to the Captive Manager. **This subscription opportunity may be withdrawn at any time by the Company prior to the closing of the transactions** contemplated by this Subscription Agreement.

> (D)    The Investor agrees that this Subscription Agreement and any agreement of the Investor made hereunder is irrevocable, and that this Agreement shall survive . . . dissolution or other termination of the existence of the investor.

> II.    CANCELLATION OF INSURANCE POLICY AND RIGHT OF REPURCHASE

(A) **In the event that the Investor cancels its insurance coverage** with the Company prior to three (3) years after inception, the **Investor shall forfeit all of its Common Stock purchased** hereunder and shall have no other rights to any capital of the Company.

(B) Provided that the Investor has maintained insurance coverage with the Company for at least three (3) years, in the event that the Investor thereafter terminates its insurance coverage with the Company, the Investor shall have the right to request that the Company repurchase all of its shares of Common Stock purchased hereunder, at a price equal to the Commitment set forth on the signature page hereto. The Company shall repurchase such shares of Common Stock at such price within sixty (60) days after the later to occur of: (i) three (3) years after the date of termination of coverage, and (ii) the date on which there are no longer any outstanding claims or reserves (including IBNR) related to Investor's insurance coverage by the Company.

See Ex. 1, Shah Dec.

223.    CSI RRG, the Captive Manager, and/or the Citadel Risk entities represent to potential shareholders that CSI RRG, the Captive Manager, and Citadel Risk may cancel share promises only before a potential shareholder actually purchases RRG shares.  *Id*.

224.    The plain language of the CSI RRG "RRG Code of Conduct and Ethics" and "RRG Corporate Governance Standards" states that the CSI RRG is a fiduciary of shareholders and is obligated to act in shareholders best interests and without any conflicts of interest.  *Id*.

225.    However, in practice, CSI RRG operates by quoting potential and actual C1SC customers with favorable annual insurance premium estimates to lure C1SC customers into purchasing shares in the CSI RRG.

226.  The manner of the CSI RRG's insurance offering, however, is by designed to extract as much information about the shareholder C1SC customer's business, drivers, financials, and cash flow, which is then used by the other Compass One Stop Center entities for their benefit and strategy to further penetrate into the shareholder and C1SC customer's trucking business.

227.  To explain, the CSI RRG's insurance is fundamentally premised upon the shareholder C1SC customer reporting *all gross sales and receipts by each of the C1SC's customers to Compass Specialty Insurance RRG.*

228.  Each month, the CSI RRG will then calculate a monthly premium by multiplying a given percentage (for example 4% by the C1SC customer's monthly gross sales receipts (with a potential fuel tax surcharge deduction)) and then charging the C1SC customer the calculated amount.

229.  In this way, CSI RRG learns the identify and volume of business for every single customer of the C1SC shareholder/C1SC trucking client.

230.  Although CSI RRG states that such information cannot be disseminated and is treated as highly confidential and highly sensitive information of the customer, the Board of Directors and their employees are all Compass One Stop Center officers which is an inherent conflict of interest, who have direct access to that information and work for other Compass One Stop Center entities which deduct, collect, and take away from the shareholders cash flows in the context of factoring, fuel card, insurance broker/agent, and equipment entities and relationships with the shareholders.

231. In addition, CSI RRG mandates that every shareholder must join Compass' International Trucking Association, and *pay* ITA for each of the shareholder's drivers to attend ITA safety training.

232. The ITA driver training is in reality marketing and advertising of Compass' and the Dobrasinovic brothers' products and services mixed with superficial safety slogans in an attempt to lure shareholder drivers away from the shareholders and into the DB1SC and C1SC.

*Roy Dobrasinovic & Compass' One Stop Center Advertising & Conflicts of Interest Representations*

233. Overall, Roy Dobrasinovic and the C1SC advertise with additional mottos and fiduciary representations including but not limited to:

    (a) "You [*sic*] One Stop Center For All Your Transportation Needs!", "Your One Stop Center For All Your Transportation Needs," "Compass is your One-Stop-Center for all your transportation needs! Truck & Trailer Rental - Leasing - Sales Factoring - Fuel Card - Equipment Finance - Insurance," and variations of those phrases ("One Stop Center" or "One Stop Shop" Motto Representations).

    (b) "Together We Will Navigate to Success," "**Your navigator to the world of success.** Smart. Reliable. Strategic," "*RELATIONSHIP EQUIPPED*" "*TOGETHER WE MAKE THE*

*BEST TEAM,*" "Together We Make The Best Team," "Your Ideal Payment Partner," "YOUR Logistics Partner."

(c) "**Start saving with Compass.**" "*SAVE MONEY & GROW WITH US,*" "Compass Funding Solutions turns your freight bills into cash quickly!" "Compass Funding Solutions turns your freight bills **into cash quickly!**" "You can improve your cash flow by choosing **Compass Funding Solutions**" "**FOCUS ON YOUR BUSINESS AND COMPASS FUNDING SOLUTIONS WILL TAKE CARE OF THE REST**" "Compass Logistics - One Call away from **receiving the cargo.**" "Compass Payment Services - APPLY FOR A CARD." "Making a Difference," "Do you want to be your own boss? We can help you!" "We will open a trucking company free of charge for you!" "You have a dream but you don't have a truck? **Rent from us.**" *See* Ex. 1, Shah Dec.

234.  Compass also represents expertise in the trucking industry, a desire to welcome new customers into the "Compass family," a desire to assist customers with cash flow, and a desire to help open and guide customers in creating and continuing success:

(a) Compass Holding, LLC - "Finding the perfect truck can be hard; the amount of research and time can be overwhelming.  It is

78

important to find an expert in the field to help you to make the best decision possible.  Check out our inventory . . ."

(b) Compass Holding, LLC - "Looking to become part of a #family? At Compass #United we welcome you.  Register today!"

(c) Compass Holding, LLC - "Where #success #begins . . ."

(d) Compass Holding, LLC - "Connect with #CFS to help your company receive #cash today.  Click the link to get started . . ."

(e) Compass Holding, LLC - "If you desire to be in the trucking business, ITA Carrier Services will help you open a trucking company free of charge.  We will help you open your trucking company and guide you to success."

(f) Compass Holding, LLC - "Is your business growing faster than you can keep up? #CTS carries a variety of #trucks that could keep your company running smoothly.  See all we have to offer . . ."

(g) Compass Holding, LLC - "Compass Insurance has unique and competitively priced products to manage risk and ensure your business assets.  Apply today for a quote! . . ."

(h) Compass Holding, LLC - "Our goal is to improve your #cashflow. Click the link to get started today . . ."

(i) Compass Holding, LLC - "From a single #truck to a full #fleet, never again deal with unreliable service.  Contact us today to

learn how we can help your #business thrive.  Click the link to get started today . . ."

(j) Compass Holding, LLC - "Compass Funding Solutions has several cash flow solutions to help your grow your trucking company.  Click the link to get started today . . ."

(k) Compass Holding, LLC - "We have the best insurance you can get! Apply today for a quote! . . ."

(l) Compass Holding, LLC - "Interested in moving freight but can't find any loads? Register with Compass Logistics and become an #approved #carrier for our customers . . ."

(m)     Compass Holding, LLC - "In need of a #truck but don't have all the funds to purchase it? #CEF can create a #loan to assist you! Check out our website for more information . . ."

(n) Compass Holding, LLC - "Become part of the #family.  Check out our member #benefits . . ."

(o) Compass Holding, LLC - "We want to see you #succeed! Allow #CFS to help grow your business today.  Click the link to get started . . . ."

(p) Compass Holding, LLC - "Our mission is to build lasting relationships with our customers.  Learn how Compass can help you grow your company while insuring it . . . ."

(q) Compass Holding, LLC - "With the CPS fleet card, our custom IFTA report will be a huge help when it comes to your IFTA filings. Apply for your card today! . . ."

(r) Compass Holding, LLC - "With the CPS fleet card, you get real-time, detailed reporting on all transactions, allowing you to run your business more effectively. Apply for your card today! . . ."

(s) Compass Holding, LLC - "Struggling to manage your business's #financial obligations? #CFS is here to help you succeed! Click the link to get started . . ."

(t) Compass Holding, LLC - "Financial solutions to keep your #business headed in the right direction. Apply today and finance your next #truck or #trailer. Click the link to get started today . . ."

*See* Ex. 1, Shah Dec.

235. The volume of Compass' advertising is upon information and belief thousands of online pieces including but not limited to social media accounts, websites, posts, videos, and other online representations. *Id.*

236. A major feature of Roy Dobrasinovic, Compass, and the C1SC's representations is that Compass does not participate in the motor carrier industry.

237. Dobrasinovic, Compass, and the C1SC recognize the C1SC's potential for grave conflicts of interests, and Dobrasinovic has stated on multiple occasions

including but not limited to an interview with the Serbian Times that he exited the motor carrier industry:

> In order to succeed in business, a person has to be ready to give up certain things in life. ***When I decided to create an Association and go into the insurance, sales and leasing business, I dissolved my trucking company because it was senseless to compete with my partners.*** It was a conscious sacrifice, but well worth it because today my company is much bigger and more successful than it was back then.

Ex. 1. Shah Dec.

238. In another instance, Dobrasinovic, Compass, and the C1SC again recognized the potential for grave conflicts of interest between the C1SC and if Roy Dobrasinovic operated a motor carrier company, and Dobrasinovic has stated that in 2008 when he formed Compass Funding Solutions that, "[R]oy decided to close Compass Express in an effort to avoid competing with his strong customer base . . . [Roy] then turned to the insurance market to capitalize on the "one stop shop" philosophy, so Compass Insurance Group was formed . . . ." *Id.*

239. Roy Dobrasinovic, Compass, and the C1SC conceal and fail to mention that Compass' operations are literally next door and across the street or minutes away from Dobrasinovic's brothers. *Id.*

240. Roy Dobrasinovic, Compass, and the C1SC conceal and fail to mention that Compass Express was banned from operations and had authority involuntarily revoked from operations in relation to a fatal accident of a couple and their unborn child - not Dobrasinovic's expertise and related decision to voluntarily exit the industry. *Id.*

82

241.    Roy Dobrasinovic, Compass, and the C1SC conceal and fail to mention that at the time Compass Express closed, Dobrasinovic and his brothers began opening new corporate entities and potentially forming entities with trucks from Compass Express after the FMCSA closed earlier iterations of Roy Dobrasinovic's Compass entities. *Id.*

*The Reality of the Dobrasinovic Brothers and Compass' One Stop Center*

242.    In contrast to the fiduciary representations made by Roy Dobrasinovic and the C1SC, Roy Dobrasinovic and the C1SC entities, including the entities of Radomir and Radojica Dobrasinovic, seek to "size up," extract information from, and exploit counterparties to the DB1SC and C1SC in factoring, freight hauling, labor, fuel card, insurance, equipment lease, sales, and finance, driver training, and related fiduciary and business relationships.

243.    The manner of the DB1SC and C1SC exploitation of counterparties and customers is simple- charge and inflate DB1SC and C1SC charges and deductions to create fictitious and outrageous debt obligations upon counterparties for DB1SC and C1SC services (fuel, equipment, insurance, driver training) to justify deductions and extortionate charges against counterparty customers.  In certain cases, if counterparties and customers are deeply into the DB1SC and C1SC, the DB1SC and C1SC entities will simply deduct their inflated and extortionate charges from the counterparties' incoming cash flow (whether from labor in the case of Radomir and Radojica's entities or from factoring in the case of Roy's entities.)

244.    Roy Dobrasinovic and Compass also intentionally, maliciously, and unlawfully take their own shareholder shares claiming such shares were "forfeited" by arranging for shareholders to be denied insurance coverage by their own RRG before three years of RRG provided coverage, where the RRG, after denying coverage with unlawful notice, will then disingenuously cite to a requirement in the RRG shares subscription agreement which requires shareholders to elect to be covered by the RRG for at least three years or risk cancellation of their shareholder rights.

245.    The Dobrasinovic brothers inflated and unlawful charging scheme have reaped them major profits, which they have funneled into real estate, arenas, satellite companies, and other ventures including but not limited to Compass Real Estate Holding LLC, Willowbrook 2012 LLC, Naples013 LLC, Plainfield 014 LLC f/k/a MGR 014 LLC, Wolf Ventures LLC, MGR Management 015 LLC, MGR IL Properties LLC, MGR IL Properties 2 LLC, St. Pete 2016 LLC, MGR 017 LLC, MGR 016 LLC, Compass United Soccer Club LLC, Compass Arena LLC, International Trucking Association LLC, and/or potentially other investments and corporate entities.

246.    In sharp contrast to the Dobrasinovic brothers major profits and money laundering, Compass and MGR's counterparties are ruined and often the subject of extortionate money demands after counterparties were induced into signing paperwork under the belief that the the Dobrasinovic brothers' entities were their fiduciaries based upon the Dobrasinovic brothers entities' representations,

84

language barriers, lack of familiarity with the US legal system and the Dobrasinovic's brothers fiduciary representations and positions of superiority and influence over such counterparties.

247.    Roy Dobrasinovic and Compass also use their in-house legal services headed by Arleesia McDonald and accounting headed by Jelena Dobrasinovic to deceptively induce parties into "Applications" paperwork which at Compass' election may be treated as contractual paperwork by Compass, to account for and to draft usurious, extortionate, unlawful, and blatantly exploitative and unconscionable collections paperwork amongst other tactics to make counterparties believe they are liable for grossly inflated and unlawful sums for fuel, insurance, equipment, factoring and other services, and to distort the actual amounts owed by failing to provide continuous 24/7 access to customer portals of customer accounts as promised, failing to provide accurate account information, the creation of fictitious accounts and fictitious amounts owed, engaging in fraudulent accounting, creating predatory, unlawful, and usurious debt magnifying paperwork, and to destroy counterparties' credit and other public records to prevent counterparties from having options outside the C1SC, amongst other exploitative and unlawful behavior.  Ex. 1, Shah Dec.

## **FACTS**

248.    In the fall of 2016, Dobrasinovic, Asentic, and Asentic's friend, Sinisa Marjanovic were at the popular Serbian restaurant Stefan Grill.

249.   Dobrasinovic had just started Compass Payment Services, and approached Asentic about obtaining Asentic and AS Corp's fuel card business.

250.   Dobrasinovic explained Compass' suite of different services and the alleged advantages of Dobrasinovic's fuel card offering due to his strong relationship with Pilot Flying J.

251.   In 2013 and 2014, Pilot Flying J's headquarters were raided by the FBI and IRS due to fraud connected to the company's withholding of fuel card rebates, where Pilot Flying J paid $92M as a fine and restitution to companies victimized by the scam, and an additional $85M in a civil settlement to 5,500 trucking companies for monies wrongfully withheld in fuel rebates.

252.   Dobrasinovic has been quoted as downplaying the impact of Pilot Flying J's fraud on Compass Holding, and Dobrasinovic promotes and works with Pilot Flying J in offering Compass Payment Service's fuel card to clients.

253.   Asentic turned Dobrasinovic down - AS Corp was happy with fuel card services with Love's Express.

254.   Dobrasinovic then represented Compass could offer liability insurance to AS Corp at a steeply discounted price.  Dobrasinovic invited Asentic to AS Corp's Burr Ridge office to provide additional details.  Asentic agreed to take the meeting.

255.   At Compass' office, Dobrasinovic had congregated several employees and quoted Asentic with liability insurance at around $220,000 to $230,000 per year in contrast to larger amounts AS Corp had paid the previous year.

256. Dobrasinovic explained the "One Stop Center" philosophy, and that in order to have such insurance, AS Corp would also need to utilize other Compass' services such as those for driver training through "ITA" or International Trucking Association, factoring of AS Corp's receivables through Compass Funding Solutions, fuel card through Compass Payment Services and Pilot Flying J, and truck purchase or finance through Compass Truck Sales and Compass Equipment Finance among potentially other Compass entities.

257. In addition to mandatory driver training for insurance through ITA and Compass' insurance entities, Compass promoted and sold the "One Stop Center" philosophy for fuel card, factoring, truck sales, and finance. Dobrasinovic attempted to sell trucks to AS Corp through Compass Truck Sales, but Asentic and AS Corp declined. Dobrasinovic then offered to, at a minimum, finance AS Corp's truck purchases, even if from third parties.

258. On September 13 and 14, 2016, Dobrasinovic directed Compass entities to send AS Corp application paperwork for fuel services offered in conjunction with Pilot Flying J.

259. On or around September 13, and 14, Pilot Flying J also sent AS Corp application paperwork.

260. Around the time of the execution of the Compass and Pilot Flying J application and fuel rebate paperwork, Pilot Flying J and Dobrasinovic offered Asentic a NASCAR VIP pass after learning Love's had offered NASCAR VIP passes to Asentic.

261.    On September 16, 2016, Dobrasinovic directed Compass Equipment Finance to send loan applications and checklist paperwork to AS Corp.

262.    On September 26, 2016, AS Corp obtained its first Compass fuel card statement from its main contact, Milos Gubic, who sent a "Carrier Statement" disclosing a $1.50 per fuel transaction fee. *See Exhibit 2*, AS Corp's First Fuel Card Statement from Compass Payment Services.

263.    By and on September 27, 2016, Compass had requested and then required Asentic to visit Compass' offices for paperwork signing related to the Compass Equipment Finance loan asking him to bring his IRS paperwork, insurance certificate, MC#, and Tax ID, in order for AS Corp to obtain a truck from QTA Repairs Inc.

264.    On September 29, 2016, Compass Funding Solutions requested AS Corp's contract with AS Corp's previous factoring company, Great Plains, and other information allegedly "[t]o figure out what [AS Corp's] early termination fee would be, if any . . . so we can continue the process."

265.    On or around October 13, 2016, Compass prepared a Notification of Assignment of AS Corp receivables.

266.    On or around October 20, 2016, Compass sent ITA and Compass Specialty Risk Retention Group membership application, share subscription, proposal letter, and related paperwork.

267.    Compass has at least two insurance entities - Compass Insurance Group which acts as an insurance agent and insurance broker and Compass

Specialty Insurance Risk Retention Group ("RRG") which provides members with insurance coverage.

268. On October 20, 2016, AS Corp purchased $63,750.00 worth of shares at $1.00 per share, or 63,750 shares in Compass Speciality Insurance Risk Retention Group, Inc. according to a subscription agreement. *See* Ex. 1, Shah Dec.

269. The subscription agreement states in part:

The undersigned (the "Investor") wishes to become a shareholder of COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. (the "Company"), a Tennessee captive insurance company risk retention group, and to purchase shares of the Company's stock, no part value ("Common Stock"), in the Company upon terms and conditions set forth herein . . .

Accordingly, the Investor agrees as follows:

I.    SUBSCRIPTION FOR COMMON STOCK

(A)    The Investor agrees to (i) become a shareholder of the Company (a "Shareholder"), with an initial commitment equal to the Commitment set forth on the signature page hereto.

(B)    **The Investor understands** and agrees that **the Company reserves the right to reject this subscription** for Common Stock for any reason or no reason, in which or in part, and **at any time prior to its acceptance**.

(C)    The Investor understands and agrees that the acceptance of this subscription is conditioned on the agreement of the Investor . . . to procure insurance from the Company on terms and conditions acceptable to the Captive Manager. **This subscription opportunity may be withdrawn at any time by the Company prior to the closing of the transactions** contemplated by this Subscription Agreement.

(D)    The Investor agrees that this Subscription Agreement and any agreement of the Investor made hereunder is irrevocable, and that this Agreement shall survive . . . dissolution or other termination of the existence of the investor.

89

II.    CANCELLATION OF INSURANCE POLICY AND RIGHT OF REPURCHASE

(A)    **In the event that the Investor cancels its insurance coverage** with the Company prior to three (3) years after inception, the **Investor shall forfeit all of its Common Stock purchased** hereunder and shall have no other rights to any capital of the Company.

(B) Provided that the Investor has maintained insurance coverage with the Company for at least three (3) years, in the event that the Investor thereafter terminates its insurance coverage with the Company, the Investor shall have the right to request that the Company repurchase all of its shares of Common Stock purchased hereunder, at a price equal to the Commitment set forth on the signature page hereto. The Company shall repurchase such shares of Common Stock at such price within sixty (60) days after the later to occur of: (i) three (3) years after the date of termination of coverage, and (ii) the date on which there are no longer any outstanding claims or reserves (including IBNR) related to Investor's insurance coverage by the Company.

Ex. 1, Shah Dec.

270.    Compass Specialty Insurance RRG provides and offers insurance by requiring customers to report their gross monthly receipts, estimates, and the degree of difference between the estimates and the actual gross monthly receipts. More specifically, CSI RRG takes "Adjusted Gross Receipts" deducts "Fuel Surcharge 17.00%" resulting in the "Premium Base." The "Liability Rate %" or 4.75% is multiplied by the Premium Base for that month to calculate the monthly premium amount which the customer is then required to pay. *Id.*

271.    In statements provided to AS Corp, CSI RRG has made confusing representations that AS Corp owned up to 80,825 shares, that 6,228 shares were needed for reinsurance, and that AS Corp owned fractions of its purchased shares

by contrasting "Shares Per Audited, Previous Premium" and "Shares Per Actual, Current Premium." *Id.*

272. Before and on or around October 27 and 28, 2016, Compass Funding Solutions purchased AS Corp's accounts receivables from Great Plains Transportation Services, Inc. for $183,845.59. Compass Funding Solutions worked out the deal with Great Plains Transportation Services, Inc. on behalf of AS Corp. *Id.*

273. Compass through Compass Payment Services and Pilot Flying J provided AS Corp with fuel card services, through Compass Funding Solutions provided AS Corp with factoring, through Compass Insurance Group, CSI RRG, and ITA provided AS Corp insurance and driver training, and through Compass Equipment Finance provided AS Corp loans for truck acquisitions from third parties.

274. On or around December 8 & 9, 2016, Asentic sent repeat informational papers including three months worth of bank statements, which Compass requested in connection with a second Compass Equipment Finance loan. Asentic applied for the second Compass Equipment loan personally.

275. On January 23, 2017, Compass Payment Services requested that AS Corp fill out a new application for fuel because it didn't have an application on file.

276. Compass communicated weekly throughout the course of early 2017 regarding AS Corp's fuel card account, typically sending AS Corp a weekly report which lacked details and failed to itemize fees and charges on an individual

transaction basis. The lack of details is in contrast to Compass sending the first "Carrier Report" on the fuel card account.

277. Compass also began sending significant correspondence to AS Corp and Asentic in January, February, and April of 2017 regarding his Compass Equipment Finance loans (sometimes informing him of payments and balances due and the status of his CEF accounts). Due to cash flow issues, Asentic sometimes made multiple payments on the loans based on Compass' representations that accounts were behind by a payment or two in correspondence. At no time did Compass represent or mention the amounts of any late fees in that correspondence and similar correspondence which continued.

278. On or around April 25, 2017, Compass told AS Corp that its balance on the AS Corp fuel card account was high, and was on or around $298,364.56 (somewhere around one to one and a half months worth of fuel for AS Corp's average fuel usage at the time). Ex. 1, Shah Dec.

279. Beginning on April 26, 2017, Compass sent AS Corp emails requesting that Asentic sign versions of a document titled "Payment Plan and Stay of Litigation." *Id.*

280. Compass first version of the proposed "Payment AS Corp would begin taking 15% of AS Corp's Compass Funding Solutions incoming receivables to apply towards AS Corp's fuel card balance. *Id.*

281. Asentic explained that AS Corp had just lost ten drivers and had multiple other one-time unexpected disruptions to its business. AS Corp indicated

that taking 15% of its receivables invoices would "destroy" Asentic and AS Corp, that AS Corp would not be able to pay its drivers, and that with a less aggressive solution, AS Corp would be still be able to clear its balance with some time.

282.   In sharp contrast to Compass' advertising and promises to help guide its customers, promote customer's growth, preserve cash flow, and ensure customer's success, Compass sent a second more aggressive version of the Payment Plan and Stay of Litigation stating that AS Corp would be required to pay Compass $15,000.00 per week to payoff its accrued $293,543.44* balance.  The dollar amount is marked with an asterisk and in a footnote states "* indicates the amount is subject to change based on the usage of the Compass Payment Services fuel card." *Id.*

283.   On May 1, 2017, Compass sent a third version of the Payment Plan and Stay of Litigation stating that Compass would need to take $15,000.00 weekly and 1.5% of AS Corp's incoming invoices from AS Corp's factoring accounts.  *Id.*

284.   On May 2, 2017, in an attempt to pay off the accrued balance as fast as possible, Asentic emailed Compass reminding them Asentic had sent $50,000.00 to Compass towards the accrued balance.  Asentic stated that the purportedly accrued balance would be paid off within four months, or roughly around September of 2019.

285.   Compass represented that it purportedly would segregate the pre-May 1, 2017 balance from any new fuel card charges post May 1, 2017 balance accrued up to May 1, 2017.

286.    Compass also represented that Compass would begin deducting $15,000.00 per week from AS Corp's factoring accounts and receivables towards payment of the pre-May 1, 2017 fuel card balance referenced by Compass as CFS Account#6006, and on some occasions, Compass Funding Solutions statements indicate Compass deducted sums from AS Corp's factoring account for an alleged post May 1, 2017 fuel card balance referenced by Compass as CFS Account#6005. Ex. 1, Shah Dec.

287.    Compass' purported customer portals including for fuel card claimed to provide customers real time access to their account balances, and other fuel card data.

288.    AS Corp made payments through wire, with checks, and other payment methods in the belief that it would clear the pre-May 1, 2017 balance as soon as possible.

289.    On July 26, 2017, Compass' predatory, usury, and unlawful fuel card led AS Corp's largest customer Risinger to remark, "First of all Compass is taking advantage of you with their interest charges . . . ."

290.    On or about July 28, 2017, AS Corp and Asentic inquired into the purported loan balances at Compass Equipment Finance due to Compass consistent representations that the loans were delinquent despite multiple payments to bring the loans current and paid.

291.    On or about August 22, 2017, Compass Equipment Finance and Compass Insurance requested that Compass Funding Solutions take weekly

deductions from AS Corp's incoming factored receivables to satisfy alleged on-going obligations to each entity respectively. According to the arrangement Compass Funding Solutions deducted $3,000.00 per week on behalf of Compass Equipment Finance and $5,000.00 per week on behalf of Compass Specialty Insurance RRG. Compass Funding Solutions weekly deductions on behalf of CEF for the equipment loans and on behalf of CSI RRG insurance for alleged insurance premium from AS Corp's receivables began on September 4, 2017 and were planned to continue every week (every Monday) thereafter. Ex. 1, Shah Dec.

292.    Asentic and AS Corp relying on Compass' representations that AS Corp's accounts were behind led Asentic and AS Corp to believe that the aggressive arrangement could clear AS Corp's balances. AS Corp's reliance upon Compass' representations and Compass' alleged expertise also led AS Corp to state that if insurance premiums were less than the $5,000 per week being applied towards insurance that any excess funds should be applied to pay off the Compass Equipment Finance balances sooner.

293.    On September 7, 2017, Compass' main fuel card contact represented that AS Corp's Account Number: 10098 bad fuel card debt was paid in full pursuant to the Payment Plan and Stay of Litigation dated May 1, 2017. Ex. 1, Shah Dec.

294.    On September 25, 2017, Asentic discovered that his credit was being destroyed by Compass despite Compass Funding Solutions deducting a total of $8,000 weekly for the benefit of CEF and CSI RRG. Asentic pleaded with Compass'

senior leadership including Thomas Milowski to have the unjustified negative credit reporting removed.

295.    On or around November 6, 2017, Asentic contacted Compass Equipment Finance regarding pay off in light of roughly $18,000.00 in payments having been made to Compass Equipment Finance from deductions taken by Compass Funding Solutions and other regular payments made by Asentic and AS Corp to Compass Equipment Finance on both loans.  Compass told Asentic:

> The payoff Adrian gave you is the total pay off, which in addition to the loan (principal and interest) includes late fees and NSF.
> The payoff you have on loans is:
> Ln # 7730: $ 1,904.86
> Ln # 7772: $ 7,512.39

296.    In response, Asentic told Compass that $3,000.00 was being sent to CEF by CFS and that the $3,000.00 should be applied to pay off Loan 7730, and the remainder to pay off Loan 7772.

297.    On December 14 and 15, 2017, Asentic complained to Compass again that Compass had destroyed his credit, and that Compass' negative credit reporting caused his credit score to go from 750 to 550.  However, because AS Corp's strategy was to grow by adding more trucks to increase revenues, AS Corp under the belief that his Compass Equipment Finance loans were paid off and due to his newly ruined credit score (stopping his ability to seek loans from outside parties) asked about obtaining loans so AS Corp could purchase additional trucks.  Defendant Milowski nor Compass Equipment Finance never mentioned late fees.

298.   On January 15, 2018, Compass informed Asentic with one-day notice that his fuel card account would no longer have a credit line and AS Corp would be required to prepay for all fuel.  Compass indicated AS Corp's fuel card account balance was "too high" at around $218,000 (a roughly one month balance for AS Corp's average fuel usage), that it would need to be paid off in 90 days, and would require an immediate sizeable payment within one day.  Compass then stated it would hold all AS Corp titles from the Compass Equipment Finance loans as collateral for the fuel card balance.  Compass sent AS Corp a spreadsheet of AS Corp's alleged fuel card account balance, payment, and credit history with Compass Payment Services.  Ex. 1, Shah Dec.

299.   Around January 15, 2018, Asentic indicated forcing AS Corp to pre pay for fuel would cause his trucks to stop, that he had a family emergency which he had discussed with Dobrasinovic (re: Asentic's father), and that due to cash flow issues Compass' demands would lead AS Corp to struggle and fail.  Asentic stated also that interest and additional charges would make Compass' demand unbearable during a time of personal and family crisis involving his father.  Ex. 1, Shah Dec.

300.   Around January 16, 2018, Compass stated it would have its Legal team headed by Defendant Arleesia McDonald draft up a document to convert AS Corp's outstanding balance into a loan, and demanded that AS Corp begin factoring all of its incoming receivables through Compass Funding Solutions headed by Vlad Kostik (targeting AS Corp's receivables from its biggest customer - Risinger).  By forcing AS Corp to factor all of its customers invoices, Compass obtained complete

control over all of AS Corp's incoming cash flow and receivables and extracted exact data for the amounts invoiced by AS Corp to all its major customers.

301.    Compass' manufactured outrage over AS Corp's entirely reasonable fuel card balance (one month balance for AS Corp), led Compass to continue to generate charges, late fees, interest, and other fraudulent reasons to take sums from AS Corp's receivables - destroying AS Corp's cash flow.  Ex. 1, Shah Dec.

302.    On January 18, 2018 Compass' accounting team sent an alleged reconciliation of AS Corp's fuel card account.  Ex. 1, Shah Dec.

303.    The reconciliation does not match Compass' online customer portal data, and the customer data misrepresents dates of AS Corp's payments, the CPS Portal underrepresents the amount of AS Corp's payments, and is missing a number of payments AS Corp made to Compass.

304.    In addition, Compass represented that it segregated the pre and post May 1, 2017 balances, but the reconciliation on January 18, 2018 is not consistent with Compass' representations.  Ex. 1, Shah Dec.

305.    From January 18, 2018 forward, AS Corp prepaid for fuel (Account# 10312) and AS Corp was simultaneously paying off the alleged balance from the previous fuel card balance (Account #10098).

306.    By early March, 2018, Compass demanded $20,000 per week and began taking greater and greater sums from AS Corp's factoring receivables, despite AS Corp experiencing extreme and crippling cash flow problems including falling short of funds for fuel and for paying AS Corp drivers.

307.    On or about May 7 and 8, 2018, Compass Funding Solutions also began targeting and directly asking for AS Corp to factor AS Corp's largest client Risinger.

308.    On or about May 7 and 8, 2018, AS Corp indicated that Risinger did not prefer to work with factoring companies, and Compass personnel indicated they would contact people they knew at Risinger in order to find out why and investigate Risinger's reluctance to factor.

309.    By April, 2018, Compass demanded AS Corp's largest customer Risinger factor its accounts with CFS.  CFS offered to give AS Corp "a break" by requiring AS Corp to pay $30,000.00 a month instead of $15,000 a week (or $60,000.00 a month for allegedly past due fuel balances).  CFS sent a NOA of AS Corp's invoices to Risinger instructing Risinger to send all payments for AS Corp's services to Compass directly.

310.    By June, 2018 Asentic noticed that Pilot Flying J was not providing fuel rebates for the full amount of AS Corp's fuel usage.  Compass also began taking steps to destroy AS Corp via cutting off AS Corp's fuel.  On June 27, 2018, AS Corp's principal described the situation in an e-mail to AS Corp's largest customer Risinger with Compass copied onto the correspondence:

> Bob unfortunately Compass is refusing to help me with fuel as they promised when I gave Risinger settlement  to their funding and even that I added more trucks and I am doing way more better then last weeks I guess they don't understand that my trucks needs to run to pay everything to them and to Risinger
> Last night I run out of fuel which was solved this morning and now they are saying no help even that will stop my operation and lower my miles and lose my drivers
>
> I reached out to Roy but with no success and they even accused me of selling the fuel or something in that line of words

Bob I don't know what to do I tried reason with them but no success.My miles are doubled since 2 weeks ago and requires me to have more money for fuel but as I said they won't help

I am under lots of stress and I hope you can replay to this email and confirm that my miles are way better and that I added trucks to you guys and if I can see I am at 24,574 since this morning with miles and that is almost what I had for whole week last week…

Ex. 1, Shah Dec.

311.    On June 29, 2018, Risinger confirmed to Asentic AS Corp's work on

behalf of Risinger in order to have Compass provide AS Corp with fuel as needed for

AS Corp's ability to operate its business for Risinger:

Emilijan,

I can confirm that your miles have gone up over the last 3-4 weeks and that you have hired additional drivers.  Here is

A summary of your miles over the past 3 weeks and the current week.

Week of 6/3 – 6/9                          15037 miles

Week of 6/10 – 6/16                        18168 miles

Week of 6/17 – 6/23                        26925 miles

This week should exceed last week.

Ex. 1, Shah Dec.

312.    Compass fuel card fraud led Risinger to state in an e-mail on June 30,

2018 Risinger:

Emilijan,

Without any fuel funding you will not be able to work with us.  I am not sure what is going on with Compass.  Are they trying to shut you down.  You were working your way back but now all the sudden you can't get fuel funding. This is not good.  You better do something quickly otherwise I will stop sending you loads to move.

Bob

Ex. 1, Shah Dec.

313.    In July, 2018, Asentic and AS Corp allocated a majority of AS Corp funds to Compass for an alleged fuel card balance.

314.    In August, 2018 due to Compass' fraud and mismanagement of AS Corp's fuel card, AS Corp's trucks were waiting to fuel and perform truck repairs after Compass virtually cut-off fuel card services.

315.    By September, 2018, AS Corp had lost its major customers, including Risinger and Central Transport due to Compass' fraud, mismanagement, and mishandling of AS Corp's accounts.

316.    By October, 2018 Compass had virtually destroyed AS Corp, AS Corp cash flow was destroyed and trucks were left without fuel, and unable to complete hauls to end customers for invoiced jobs.  Asentic pleaded with Compass' Vlad Kostic that Compass' actions were destroying AS Corp and that Asentic needed the funds he was owed in order to send funds to his parents overseas.  Kostic insulted Asentic and cursed his parents need for Asentic to send them funds.  Asentic also pleaded with Dobrasinovic that AS Corp's charges and accounting were mishandled for fuel and other services to no avail.  Ex. 1, Shah Dec

317.    On October 22, 2018, Geno Napolitano e-mailed Compass Insure and CSI RRG personnel:

> Wiley and Milan:
> Please take this email and attachments as submission as an opportunity to look at AS Corp. for a new piece of business for the RRG.  If you have any questions please feel free to let me know.

Napolitano referred to AS Corp as a new piece of business despite the fact that Asentic was a shareholder of the RRG and had CSI RRG motor carrier coverage for two consecutive years. Napolitano represented to Asentic that he also verbally talked to the RRG to fight for Asentic. Napolitano then represented later that day that the RRG denied AS Corp's application as new business for the RRG.

318. On or around October 22, 2018, AS Corp contacted counsel, and counsel contacted Compass counsel and informed her that the Illinois code requires notice of insurance nonrenewal to be mailed to a client 60 days before nonrenewal and that Compass was required by law to retain proof of mailing nonrenewal to the clients *citing* 215 ILCS 143.17(a)-(c).

319. Compass counsel responded and represented AS Corp had failed to provide CSI RRG with necessary loss history (loss run) information requested by Compass in August of 2018, however, AS Corp had provided that information a year earlier, and had used Compass for motor carrier insurance ever since the loss run information had already been provided. Compass counsel also represented that AS Corp owed Compass Funding Solutions in excess of $107,000.00 and owed Compass Payment Services allegedly in excess of $157,000.00. Compass claimed AS Corp's previous policy had expired on October 20, 2018, and that Compass had decided to offer a new proposal and that AS Corp failed to comply with Compass' requests for information leading to a non-renewal decision by October 22, 2018.

320. By the end of October 2018, uncertainty involving AS Corp's insurance, fuel, and operations forced AS Corp to cease operation. Despite contesting the

validity of many of Compass' charges and negative credit reports, including to Thomas Milowski, Compass had destroyed AS Corp and Emilijan Asentic's credit, and therefore the plaintiffs ability to find outside financing.

321.    On November 5, 2018, Compass' counsel Defendant McDonald sent AS Corp a document titled "CPS Outstanding Balance Spreadsheet Balance 10.31.18.xlsx" which states on its summary that AS Corp paid $5,803,301.68 for fuel in total of Accounts 10098 and 10312.  Compass Funding Solutions headed by Vlad Kostik took $2,022,901.04 for alleged amounts owed on fuel card, as well.  Compass' counsel also represented that CFS took $84,295.20 for "Interest Collections" and claimed the interest amounts were not applied towards purported fuel balances. The spreadsheet claims AS Corp owed $51,084.48 on Account 10098, and $87,322.08 on Account 10312 for a total of $138,406.56.  Compass also sent AS Corp documents titled "AS Corp. - CFS Aging Report 11.5.18.pdf" representing AS Corp was liable to Compass Funding Solutions for amounts in excess of $100,000.00 for payments not yet made by AS Corp's factored clients.

322.    On November 7, 2018, AS Corp checked the FMCSA website and saw that Compass had represented to the FMCSA an alleged date of cancellation of AS Corp's coverage as of December 5, 2018 rather than October 27, 2018.

323.    On November 7, 2018, AS Corp pointed out that based on a cursory review, Compass' accountings missed AS Corp payments made to Compass, including but not limited to significants sums for $25,934.64 and $50,000.00

payments made on AS Corp's fuel account, and that any CFS sums not yet collected would be owed by AS Corp's factored customers - not AS Corp.

324. Compass' counsel Defendant McDonald stated in an e-mail on November 7, 2019:

> Counsel:
>
> See the attached detail accounting for the payments that you mentioned. They have been accounted for.
>
> CFS purchases invoices for a fee from its carrier customers like AS Corp so that they do not have to wait 30-90 days for payment. The carrier's interest in those invoices are then assigned to CFS for payment. When the brokers/shippers pay the invoices in 30-90 days, they pay Compass, as assignee. If the brokers do not pay the invoices that CFS purchased, then those invoices are charged back to the carrier customer's account and the carrier customer will be responsible for making sure that they are paid. – Does that answer your question?
>
> Ex. 1, Shah Dec.

Compass' counsel Defendant McDonald then added the payments identified as missing by AS Corp into their Quickbooks software and generated a document titled "AS CORP- QB Detail on 10098.xlsx." The new report includes newly entered and highlighted entries for the missing payments - listing them as "Undeposited funds."

325. According to certain Compass' representations, Compass claimed to offer factoring on a recourse basis with purported rights to collect from a truck company client, such as AS Corp, but only if a truck company's freight customers for a factored account did not pay ninety (90) days from invoice.

326. Compass' CFS Statements show none of the AS Corp factored customers had invoices more than 90 days old - therefore AS Corp owed $0.00 to

Compass Funding Solutions rather than the alleged $107,000+ claimed by Compass (even after assuming the existence of recourse factoring for AS Corp's account).

327.    On November 7, 2018, AS Corp requested paperwork from Compass to show AS Corp had a recourse factoring account with Compass in the first place. AS Corp also requested clarification on the CPS Outstanding Balance 10.31.18, QB Detail on 10098, and CFS Aging Report 11.5.18 documents including principal payment amounts, the amount of interest charged, the amount of interest paid, the dates and amounts of any interest charges, the dates of any "loans" or their payoff, factoring deductions towards any "loans," non-factoring payments, and all other accounting paperwork.

328.    The parties continued extensive written and telephone communications including additional requests for accountings with all necessary information, and certain additional but still incomplete information was provided. Compass represented that Compass Funding Solutions deducted $1,701,013.19 and applied it towards Account#6005 CPS FUEL ACCOUNT. Compass also represented that Compass Funding Solutions deducted $321,887.85 and applied it towards Account#6006 CPS PAST DUE BALANCE. None of the accounts lists the principal balances or balances as payments were applied.

329.    On November 21, 2018, Compass sent via U.S. mail a demand for alleged fees on a Compass Equipment Finance loan with account number 7730. According to the letter, the accounts beginning balance was $30,970.00 and interest rate was 19.99% and the last payment received was November 8, 2017.

330.    Later AS Corp also asked for insurance policy paperwork and a copy of policy CAL201734, and all effective dates, dispositions, and replacements as noted on the FMCSA website.

331.    On December 12, 2018, AS Corp received a letter dated December 6, 2018 seeking $4,392.92 in late fees/NSF fees for Compass Equipment Finance loan#7772.  AS Corp sought accountings for every AS Corp account with Compass, with all account numbers, account opening and closing dates, penalties, interest, payment dates, payment due dates, principal and account balances, interest, and all other relevant details.  AS Corp requested accountings from a CPA or bookkeeper rather than auto or semi auto generated statements and report from non-accountants.

332.    On December 13, 2018, Compass provided an alleged payment history for the Compass Equipment Finance loan with account number 7730, which alleged an outstanding balance of $3,989.53 in late fees.  Compass accused AS Corp of being "less than forthcoming" and "less than truthful" about insurance and Compass Equipment Finance.  Compass stated that it sends out monthly statements to the last known address when there is an outstanding balance on an account.

333.    AS Corp responded that all information requested for insurance had already been provided.

334.    On December 13, 2018, Compass responded:

Counsel:

Just because a customer has insurance coverage through us, does not mean that they do not have insurance coverage elsewhere.

106

> We have already sent you the email chain where we requested information from AS Corp (i.e loss runs, risk manager information etc). We have already sent you the declination letter stating that AS Corp failed to provide the updated IFTAs, failed to provide updated carrier loss information for the past five years; failed to provide updated business or safety plans, failing to accurately report number of drivers and/or units etc.

Ex. 1, Shah Dec.

335.    AS Corp had already provided its loss runs, risk manager information, IFTA information, updated carrier loss information, safety plans, driver and units (through ITA submissions, CSI RRG reporting, and other submissions to Compass entities).

336.    The parties continued communications about AS Corp's accounts, including the late charges assessed by Compass Equipment Finance, AS Corp's insurance coverage, and other related issues.

337.    On March 25, 2019, AS Corp needed to register trucks acquired with funds from Compass Equipment Finance.

338.    In order to register the trucks, AS Corp required copies of its titles from Compass, and needed such titles before Friday, March 29, 2019.

339.    Originally, Compass refused to provide any titles.

340.    Eventually, on March 28, 2019, Compass provided copies of two titles out of the five titles in Compass' possession, and demanded payment of $7,981.53 for alleged late fees on the Compass Equipment Finance accounts in order for Compass to provide copies or return the titles for the trucks back to AS Corp.

341.    Approximately one month later, on May 16, 2019, after communications between the parties pertaining to AS Corp's titles had cooled, Compass' counsel Defendant McDonald bypassed AS Corp's counsel, and directly sent AS Corp's President Emilijan Asentic a letter threatening to file suit for around $85,000.00 against AS Corp for unspecified amounts due to AS Corp's alleged refusal to directly communicate with Compass or Compass' counsel, and with the additional threat that the $85,000 sum would change if Compass filed suit. Ex. 1, Shah Dec.

342.    AS Corp counsel was unaware of Compass' demand letter. *Id*.

343.    However, only one day after Compass sent the demand letter on May 16, 2019, coincidentally, on May 17, 2019, AS Corp counsel via e-mail requested a copy of AS Corp's insurance policies from Compass' counsel. In that e-mail correspondence with Compass counsel Defendant McDonald, AS Corp counsel explained that the insurance policies were needed in order to submit insurance claims for a no fault Michigan accident being adjusted by Auto-Owners Insurance representative Alisha Deanda.

344.    Compass' counsel Defendant McDonald responded that a copy of the old policies previously emailed to AS Corp would be requested. Compass' counsel Defendant McDonald then also inquired into whether the nature of AS Corp's inquiry was for an accident which wasn't AS Corp's fault, or whether AS Corp was attempting to report a claim. Compass' counsel Defendant McDonald also

requested a date of loss and copy of police report from AS Corp counsel, and stated "if there was coverage, [Compass] can start the claims process."

345.    On the very same day, May 17, 2019, AS Corp counsel submitted the claim to Compass counsel with a copy of the police report.

346.    Compass' counsel Defendant McDonald never mentioned the demand letter mailed to Asentic on May 16, 2019 in Compass counsel's communications with AS Corp counsel just one day later on May 17, 2019.

347.    AS Corp then requested all paperwork on file with Compass and requested meaningful accountings as had been requested on many occasions.

348.    On June 13, 2019, Compass stated that AS Corp allegedly owed Compass Payment Services $87,551.39, Compass Equipment Finance $7,982.45, and Compass Specialty Insurance RRG $3,150.00.  Compass sent additional reports titled "CPS - AS Corp. - Outstanding Obligations Binder - zip.pdf," "CEF - AS Corp. Outstanding Obligations Binder 6.12.19.pdf," and "CSI-RRG - AS Corp. Statement 10.2018.pdf."  Compass refused to provide any meaningful accounting.  Later that same day, Compass revised the e-mail and claimed AS Corp's alleged obligation to CSI RRG was only $3,105.35.

349.    On June 25, 2019, AS Corp requested amortization schedules for fuel card, and all AS Corp login and passwords for every AS Corp account with Compass.

350. Compass indicated it did not have an amortization schedule and represented no passwords were in Compass' possession but that a reset was possible.

351. The parties continued correspondence in August of 2019 regarding two claims made involving AS Corp as an insured under Compass Speciality Insurance RRG. AS Corp also requested copies of the AS Corp-Compass Factoring and Security Agreement and CAL201734 Insurance Policy and an updated on the Leatherman insurance claim submitted to Compass.

352. On September 3, 2019, an attorney on behalf of Auto-Owners Insurance in the Leatherman claim indicated Auto-Owners would pay damages up to $1,000 for "damages not covered by insurance," as Michigan was a no fault state. Compass' counsel was copied on such correspondence.

353. Compass has not provided any additional information regarding the Leatherman claim, any meaningful or accurate accountings, or access to every AS Corp online account.  Ex. 1, Shah Dec.

354. On December 16, 2019 Plaintiffs in their individual capacities and not in a class capacity or derivatively on behalf of shareholders of the RRG, filed a Verified Complaint and sought *ex parte* TRO which was denied at hearing in the Circuit Court of Cook County - Chancery Division on December 17, 2019.

355. Plaintiffs' in their individual capacities and not in a class capacity or derivately on behalf of shareholders of the RRG appealed the denial of the TRO.

356. The appellate court affirmed the denial of the TRO only.

357.   Plaintiffs individually and not in a class capacity or derivatively on behalf of shareholders of the RRG later moved for preliminary injunctive relief, had plaintiff People of the State of Illinois ex. rel. AS Corp Inc. dismissed, had the preliminary injunctive relief denied, and plaintiffs individually and not in a class capacity or derivatively on behalf of shareholders of the RRG voluntarily dismissed Count V, and later the state court dismissed all other Counts apart from Counts I and II with prejudice as pled in an individual capacity and not in a class capacity or derivatively on behalf of shareholders of the RRG.  That litigation is on-going.

## CLASS ALLEGATIONS.

358.   Plaintiffs bring claims against the Dobrasinovic Brothers One Stop Center ("D1SC") defendant entities and individuals on a class basis as one of the victims of the DB1SC entities, which number in the hundreds if not thousands, and satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and the additional requirements of Rule 23(b)(2) that classwide declaratory and injunctive relief is appropriate for the causes of action which seeks declaratory and class relief, and the additional requirements of Rule 23(b)(3) that common questions of law and fact predominate over questions affecting only individual members, and that class action adjudication would be a superior method of adjudicating the controversy between the victims of the DB1SC defendants in light of the *de minimus* likelihood that the class members will obtain legal representation due to various financial, linguistic and cultural considerations, because class members litigation which has already taken place is still in the early

stages of litigation, because the Northern District of Illinois is the state and location of the defendants, and because the use of classes and subclasses will address any likely difficulties in managing this action as a class action.

359.   Plaintiffs bring claims against the Compass One Stop Center ("C1SC") defendant entities and individuals on a class basis as one of the victims of the C1SC entities, which number in the hundreds if not thousands, and satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and the additional requirements of Rule 23(b)(2) that classwide declaratory and injunctive relief is appropriate for the causes of action which seeks declaratory and class relief, and the additional requirements of Rule 23(b)(3) that common questions of law and fact predominate over questions affecting only individual members, and that class action adjudication would be a superior method of adjudicating the controversy between the victims of the C1SC defendants in light of the improbable likelihood that the class members will obtain legal representation due to various financial, linguistic and cultural considerations, because class members litigation which has already taken place is still in the early stages of litigation, because the Northern District of Illinois is the state and location of the defendants, and because the use of classes and subclasses will address any likely difficulties in managing this action as a class action.

360.   Plaintiffs bring claims against the Compass Specialty Insurance RRG ("CSI RRG") defendant entities and individuals on a class basis as one of the victims of the CSI RRG defendant entities and individuals, which number in numbers

greater than twenty (20) and potentially on or around the hundreds, and therefore satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and the additional requirements of Rule 23(b)(2) that classwide declaratory and injunctive relief is appropriate for the causes of action which seeks declaratory and class relief, and the additional requirements of Rule 23(b)(3) that common questions of law and fact predominate over questions affecting only individual members, and that class action adjudication would be a superior method of adjudicating the controversy between the victims of the C1SC defendants in light of the *de minimus* likelihood that the class members will obtain legal representation due to various financial, linguistic and cultural considerations, because class members litigation which has already taken place is still in the early stages of litigation, because the Northern District of Illinois is the state and location of the defendants, and because the use of classes and subclasses will address any likely difficulties in managing this action as a class action.

### COUNT I - RICO - § 1962(c)
### (pled against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis, Berane Inc., Berane Lease Inc., Danny Trans Inc., MGR Freight System Inc., MGR Express Inc., RD Expedited Inc., MGR Lease LLC, and MGR Auto Lease LLC)

361.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

362.    The federal RICO statute is designed to combat persons participating in organizations which are corrupt or influenced by racketeering activity.  The statute's definitions include "racketeering activity," "person," "enterprise," "pattern of racketeering activity," "unlawful debt," and other material terms for the purposes of the statute. 18 U.S.C § 1961.

363.    Pursuant to 18 U.S.C. § 1962 (c) it is unlawful: "for any person employed by or associated with any [such] enterprise . . . to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt."

364.    The Defendants captioned in Count I, Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis, Berane Inc., Berane Lease Inc., Danny Trans Inc., MGR Freight System Inc., MGR Express Inc., RD Expedited Inc., MGR Lease LLC, and MGR Auto Lease LLC, collectively the Count I Defendants compromise the person(s) which control, operate, and manage the criminal Dobrasinovic enterprise, the Dobrasinovic Brothers One Stop Center ("DB1SC") and which includes of Dobrasinovic brothers' entities, Dobrasinovic family entities, the Compass One Stop Center ("C1SC") and affiliated business entities (including certain entities which have also been listed as

Defendants in this litigation and as described in the Background and Fact sections of the Complaint).

365.    The DB1SC enterprise conducts business and social gatherings targeting the U.S., Illinois and Eastern European trucking communities where members of the U.S., Illinois and Eastern European trucking communities are "sized up" and which are then approached by the appropriate Dobrasinovic brothers entities for multiple business type relationships including but not limited to labor (motor carrier work), factoring, freight brokerage services, fuel card, insurance broker/agent services, insurance motor carrier coverage, equipment rental/lease/purchase/finance, driver training and invitations for participation in social organizations involving soccer and/or events at Compass Arena, amongst other offerings.

366.    The Compass subset of individuals and entities expressly represents to U.S., Illinois and Eastern European trucking companies that the Compass One Stop Center ("C1SC") will act to earn truck company counterparties' trust and confidence, to guide them to success, to consult them, to advise them, and to help them.

367.    The Compass subset of individuals and entities purports to act as fiduciary agents of their trucking company counterparties and customers, and also induces such trucking company counterparties to permit Compass to "help them" fill out paperwork styled as "Applications" due to language barriers and unfamiliarity with US styled legal matters amongst other characteristics which place Compass

and the DB1SC entities into positions of superiority and influence over their trucking company counterparts and customers.

368.  Upon the DB1SC and/or C1SC entities and individuals obtaining signed paperwork and forming labor, factoring , freight broker, fuel card, insurance broker/agent, insurance relationships, equipment relationships, driver training, and/or social relationships with a given counterparty, such as but not limited to AS Corp Inc., and others, the DB1SC and C1SC act to obtain highly confidential and sensitive information about the trucking company counterparties' operations, and to expand the number of relationships between the DB1SC and/or C1SC and the target trucking company counterparty.

369.  One of the main goals of the C1SC defendants are to ultimately extract a complete profile of the trucking company counterparties' business, including their monthly revenues, their clients, their monthly revenues from each of their clients and their cash flow.

370.  The C1SC obtains this type of information in at least two main ways - the first is through its insurance offering made through Compass Specialty Insurance RRG and the second is through its factoring offering made through Compass Funding Solutions LLC.

371.  Trucking companies which obtain insurance through the C1SC must purchase shares in CSI RRG.

372.  The CSI RRG shares agreement states that CSI RRG cannot forfeit or cancel its subscription agreements after receiving payment for shares from

shareholders, and that as long as shareholders seek insurance from the RRG for three consecutive years, that their shares will not be cancelled or lost.

373. The CSI RRG shares agreement and policy and governing documents as described in the Background and Facts section represents that CSI RRG does not permit its Board of Directors to have conflicts of interest, and that the CSI RRG will act in the best interests of its shareholders.

374. The CSI RRG Board of Directors are senior officers, officers, and/or employees of the other C1SC entities who act in the interests of the C1SC - not shareholders, which is a conflict of interest and breach of fiduciary duties.

375. By its fundamental nature, the CSI RRG business model requires shareholders to submit all of their grossly monthly revenue by client to CSI RRG, and to have all the shareholder join the International Trucking Association ("ITA"), and have all of the shareholders drivers attend ITA safety training at a cost to the shareholder for each driver.

376. In this way, CSI RRG learns about each and every driver who works with or for their shareholders.

377. CSI RRG charges monthly premiums based upon the shareholders monthly gross revenues which deducts a certain percentage of gross monthly sales based upon "fuel surcharge," which resulting figure is then multiplied by a premium percentage (which varies amongst shareholders but was around 4% for AS Corp Inc.), which then results in the monthly premium due to CSI RRG for insurance coverage.

378.    As to the CSI RRG shareholders, CSI RRG works in conjunction with, in coordination with, and with control and oversight of the administration of insurance from the Citadel Risk entities Citadel Risk Services Inc. and Citadel Risk Management Inc.

379.    CSI RRG pretextually and unlawfully denied AS Corp Inc. coverage in its third and final year, and similarly unlawfully notified AS Corp Inc. of its loss of coverage from CSI RRG on or around October of 2018.  CSI RRG and/or the C1SC Defendants then falsely reported that AS Corp Inc. had coverage until Decmber of 2018 on the FMCSA Safer Portal.

380.    CSI RRG pretextually and unlawfully denied and unlawfully notified AS Corp Inc. of the loss of insurance coverage through the CSI RRG in order to strip AS Corp Inc. of its shares, and has taken the same or similar actions to strip shareholders of their shares, as well.

381.    Irrespective of whether C1SC counterparties utilize the CSI RRG insurance offerings, the C1SC also obtains information about trucking counterparties incoming cash flow through factoring services which were led by Vlad Kostik.

382.    For established trucking companies, the C1SC Defendants factoring offering involved acquiring a trucking counterparties' accounts receivable (including acting as the trucking counterparties' agent to transfer the trucking counterparties' accounts receivables to Compass Funding Solutions (the C1SC factoring entity)).

383.    Upon seizing control of the trucking counterparties' accounts receivables, the C1SC would learn invoice by invoice about the trucking counterparties' incoming cash from the clients factored with the C1SC.

384.    Irrespective of whether C1SC counterparties utilize the incoming or factoring, C1SC counterparties may also use fuel card, equipment, driver training, and/or social offerings of the C1SC.

385.    The C1SC offers fuel card and represents that such fuel card if bundled with factoring is "zero interest," and designed to help provide the customer the best rates in the industry and real time information about fuel card usage in customer portal and customer phone applications.

386.    Compass Payment Services and its affiliate Pilot Flying J unlawfully charge $1.25 per transaction and in excess of 70% interest (if not much greater) as in the case of AS Corp Inc. and others when the limit of fees per transaction is $.25 and the cap of annual interest for revolving credit is 18% as unlicensed revolving credit providers pursuant to Illinois' Usury Statute codified at 815 ILCS 205/4.2 & 6.

387.    Compass Payment Services also price gouges and engages in predatory and deceptive as noted in the fact section and as occurred against AS Corp and others in the C1SC's Payment Plan and Stay of Litigation ("PPSL") paperwork which is *per se* unlawful due to the usury statutes, the Illinois Collection Agency Act, the mail and wire fraud and stolen property statutes of the U.S. Code, and similar statutes.

388.  Compass' PPSL paperwork deceptively represents alleged past fuel card balances as having been transferred to Compass Funding Solutions from Compass Payment Services, but in reality the fuel card balance is double counted and inconsistently represented between the C1SC entities, inaccurately represented in online portals and represented using fictitious and/or misleading account numbers and labels in order to confuse and inflate fuel card charges.

389.  The C1SC decision to convert fuel card into a "prepaid" card as occurred against AS Corp Inc. on or around January of 2018 also was designed to destroy AS Corp's cash flow and destroy AS Corp Inc, and similar actions have also been taken against others, as well.

390.  In addition to the C1SC entities inflated and deceptive representations of fuel card obligations to C1SC trucking counterparties, the C1SC also inflate and deceptively represent amounts owed for equipment which the C1SC entities lease, rent and lease, sell, and/or finance through Compass Lease LLC, Compass Truck Rental and Leasing LLC, Compass Truck Sales LLC, and Compass Equipment Finance LLC.

391.  The Radomir and Radojica corporate entities including but not limited to the MGR, RD, Berane, and Danny Trans entities (including MGR Auto Lease LLC, MGR Lease LLC, Berane Lease) feed into and work in coordination with the C1SC to rent, lease, and otherwise arrange for drivers of the Radomir and Radojica entities to obtain equipment for labor and work for the Radomir and Radojica entities.

392.   Overall, the C1SC and DB1SC entities overcharge truck counterparties for alleged damages to rented or leased equipment, and similarly offer "lemon" trucks in truck sales, and charge inflated and deceptively presented fees and charges for financed equipment (even after payoff).

393.   Overall, the Count I Defendants orchestrate for the criminal enterprise entities to establish as many and as extensive relationships as possible through fiduciary representations and the "One Stop Center" philosophy presented by Roy Dobrasinovic and the Compass entities, and the *de facto* philosophy utilized by the Dobrasinovic brothers which involve not only the Compass offerings, but the collective offerings of Roy Dobrasinovic, Radomir Dobrasinovic, and Radojica Dobrasinovic's entities, amongst other family, friends, and affiliates to the trucking community.

394.   Once the C1SC and DB1SC entities establish business and fiduciary relationships with trucking customer counterparties, the C1SC and DB1SC entities' inflate charges and customer obligations in an extortionate, hostile, and premeditated manner in connection with any of the C1SC or DB1SC service offerings (fuel, insurance, equipment, or driver training) which represent cash flow deductions or outgoing cash flow.

395.   If the C1SC or DB1SC entities have established incoming cash flow relationship in the context of factoring, freight brokerage, or freight work, the C1SC and DB1SC entities will apply inflated charges to automatically deduct and convert

any incoming cash flow away from the trucking counterparty and into the C1SC
and DB1SC entities.

<u>COUNT II - RICO - § 1962(b)</u>
**(pled against Roy Dobrasinovic, Compass Management Inc., Compass
Holding LLC, Compass Capital Management Group LLC, Compass
Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald,
Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana
Aleksandrovska, Arnold Curtis; Compass Funding Solutions LLC, Compass
Payment Services LLC, Compass Logistics LLC, International Trucking
Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass
Equipment Finance LLC, and Compass Truck Rental and Leasing LLC,
Compass Insurance Group, and Compass Specialty Insurance RRG)**

396.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as
if fully stated in this Count.

397.    The federal RICO statute is designed to combat persons participating
in organizations which are corrupt or influenced by racketeering activity.  The
statute's definitions include "racketeering activity," "person," "enterprise," "pattern
of racketeering activity," "unlawful debt," and other material terms for the purposes
of the statute. 18 U.S.C § 1961.

398.    Pursuant to 18 U.S.C. § 1962 (b) it is unlawful: "for any person through
a pattern of racketeering activity or through collection of an unlawful debt . . . to
acquire or maintain, directly or indirectly, any interest in or any control of any
enterprise";

399.    Pursuant to 18 U.S.C. § 1964 (c): "[a]ny person injured in his business
or property by reason of a violation of 1962 . . . may sue . . . in any appropriate
United States district court and shall recover threefold the damages he sustains
and the costs of the suit, including a reasonable attorney's fee."  Securities law

violations cannot be used to establish violations of Section 1962 absent a criminal conviction. *Id*.

400.    The Defendants captioned in Count II, Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis; Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, and Compass Truck Rental and Leasing LLC, Compass Insurance Group, and Compass Specialty Insurance RRG collectively the Count II Defendants and/or the Compass One Stop Center ("C1SC") which engage in racketeering and unlawful collections and other unlawful conduct proscribed by statute to takeover and seize control over legitimate businesses such as AS Corp Inc, and or others.

401.    The Count II and C1SC Defendants engage in mail and wire fraud, transportation of stolen property, extortion, embezzlement, usury violations, insurance code violations, theft and conversion, and other financial crimes by misrepresenting and concealing RRG share forfeiture provision in subscription agreements offered to shareholders, through the RRG Board of Directors unaddressed and unresolved conflicts of interests, through the Board of Directors actions hostile to and against shareholders and instead in favor of the C1SC entities and Defendants, through the failure to safeguard highly confidential and highly

sensistive information about the shareholders businesses from being utilized by or known to the C1SC defendants, by inflating obligations for C1SC services, by absolutely prioritizing the C1SC defendants inflated, fictitious, and unlawful debt collection for the C1SC defendants above any other consideration including the survival of the C1SC trucking counterparty customer, by pretextually and unlawfully converting and stealing shareholders shares by denying RRG insurance coverage and unlawfully notifying shareholders of the loss of coverage, and through similar unlawful and predatory conduct described in the Background, Fact, and other Counts of the Complaint.

402.    The Count II and C1SC Defendants engage in this conduct to seize control of RRG shareholders and the other C1SC customers.

### COUNT III - RICO - 1962(d)
### (pled against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, Citadel Risk Management Inc., Citadel Risk Services Inc., Pilot Flying J, Captive Planning Associates LLC)

403.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

404.    The federal RICO statute is designed to combat organizations which are corrupt or influenced by racketeering activity.  The statute's definitions include "racketeering activity," "person," "enterprise," "pattern of racketeering activity," "unlawful debt," and other material terms for the purposes of the statute. 18 U.S.C § 1961.

405.    Pursuant to 18 U.S.C. § 1962 (d) it is unlawful: "for any person to conspire to violate any of the provisions of" the previous subsections [(a)(b)or(c)].

406. The Dobrasinovic Brothers have conspired with directly and indirectly each other and their Compass, MGR, RD, Berane, Danny Trans, and other corporate entities and enterprises to work together in the Dobrasinovic Brothers One Stop Center ("DB1SC") and Compass One Stop Center ("C1SC") operations which includes acts of racketeering and unlawful conduct as described in Counts I and II of the Complaint.

407. The Citadel Risk Management Inc., Citadel Risk Services Inc., and Captive Planning Associates LLC entities have partnered with, participated in, and directly and indirectly operate and control the ability of Compass Specialty Insurance RRG shareholders to obtain shares, to obtain coverage, and to otherwise be notified about the affairs of CSI RRG, the value of their shares, the actions of the CSI RRG Board, to have their insurance claims covered by the RRG, to be notified of the loss of their insurance coverage through the RRG, and to have their shares protected from unlawful and deceptive cancellation or forfeiture.

408. The Citadel Risk Management Inc., Citadel Risk Services Inc., and Captive Planning Associates LLC entities conspired with the C1SC entities, CSI RRG, CSI RRG Board, and others to the detriment of the CSI RRG shareholders including but not limited to AS Corp and Emilijan Asentic, and others.

**COUNT IV - Declaratory Judgment - Alter Ego & Piercing Corporate Veils (pled against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, MGR Express Inc., Compass Fuel Inc., Compass Insurance Group Inc., MGR Freight System Inc., Berane Inc. Compass Lease LLC, RD Logistics Inc., Compass Management Inc., Compass Funding Solutions LLC, Compass Holding LLC, Compass Equipment Finance LLC, Compass Auto Lease LLC, Compass Truck Sales LLC, Danny Trans Inc., Compass Insurance Company, Compass Real Estate Holding LLC, MGR Expedited Inc., RD Expedited Inc., MGR Truck Sale Inc., MGR Lease LLC, MGR Truck Repair Inc., Willowbrook 2012 LLC, Naples013 LLC, MGR Auto Lease LLC, Compass Truck Rental and Leasing LLC, Compass Payment Services LLC, Plainfield 014 LLC, MGR Finance LLC, Compass Specialty Risk Retention Group Inc., Wolf Ventures LLC, MGR Management 015 LLC, MGR Management 015 LLC, MGR Freight LLC; MGR Expedited 1 LLC, MGR IL Properties LLC, MGR IL Properties 2 LLC, Compass Financial Holding Group LLC, Compass Capital Management Group LLC, St. Pete 2016 LLC, MGR 017 LLC, MGR 016 LLC, Compass Logistics LLC, RD Express LLC, MGR Transportation LLC, MGR Expres LLC, MGR Expedited LLC, Compass Logistics Holding LLC, Berane Lease Inc., Smartboard LLC, Compass United Soccer Club LLC, MGR Holding LLC, Compass Arena LLC, International Trucking Association LLC, Compass Management LLC)**

409.   Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

410.   Federal courts have the power to issue declaratory judgments pursuant to 28 U.S.C. § 2201.

411.   Similarly, courts have the ability to permit parties to "pierce the corporate veil" or to find that corporate entities and/or persons or other corporate entities are the "alter egos" of each other, and to hold liability against one such entity as a liability against the alter ego entities or individuals pursuant to Illinois law where the entities are of a unitary interest or nature, and/or if considering the entities as distinct and separate entities would permit a fraud or scheme to defraud, and even where such "pierced" Defendants are not named in actual litigation where

there is a finding of liability. *Angell v. Santefort Family Holdings LLC* 2020 IL App (3d) 180724.

412. State and federal common law including the State of Illinois' precedent have permitted "lateral veil piercing", "upward veil piercing," and "downward veil piercing," amongst related corporate entities, and against individuals who are the alter egos of their corporate entities. *Id.*

413. Radovan "Roy" Dobrasinovic is the founder and alter ego of the Compass entities, and in reality, and as a part of the Compass One Stop Center ("C1SC"), the Compass entities are alter egos of each other.

414. Radomir Dobrasinovic is the founder and alter ego of the MGR and RD entities, and in reality, and as a part of MGR's operations, the MGR, RD, and other Radomir Dobrasinovic entities are alter egos of each other.

415. Radojica Dobrasinovic is the founder and alter ego of the Berane Inc., Berane Lease Inc., and Danny Trans Inc. entities, and such entities are alter egos of each other.

416. As described in the remaining and other counts, the Dobrasinovic brothers act in concert to perpetuate schemes of fraud and unlawful activity, and act in an openly unitary nature amongst their subset and categories of entities.

417. The Court should declare the entities formed by Roy Dobrasinovic, including but not limited to the Compass entities are alter egos of each other and of Roy Dobrasinovic.

418.  The Court should declare the entities formed by Radomir Dobrasinovic, including but not limited to the MGR and RD entities are alter egos of each other and of Radomir Dobrasinovic.

419.  The Court should declare the entities formed by Radojica Dobrasinovic, including but not limited to the Berane and Danny Trans entities are alter egos of each other and of Radojica Dobrasinovic.

420.  The Court should also declare and find that the three Dobrasinovic brothers entities were formed, are located, and operate in coordination with one another and that all three brothers and their entities should be jointly and severally liable for the damages due to the plaintiffs for their coordinate and collective unlawful activities.

**COUNT V- Declaratory Judgment - Investment Advisors Act § 215
(pled against Roy Dobrasinovic, Compass Management Inc., Compass
Holding LLC, Compass Capital Management Group LLC, Compass
Financial Holding Group LLC, Compass Funding Solutions LLC, Compass
Payment Services LLC, Compass Logistics LLC, International Trucking
Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass
Equipment Finance LLC, and Compass Truck Rental and Leasing LLC,
Compass Insurance Group, Compass Specialty Insurance RRG; Citadel
Risk Management Inc., Citadel Risk Services Inc., Captive Planning
Associates LLC)**

421.  Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

422.  Federal courts have the power to issue declaratory judgments pursuant to 28 U.S.C. § 2201.

423.  For the purposes of this Count, Section references are to the Investment Advisers Act of 1940.

128

424.   The Defendants captioned in Count V, Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, and Compass Truck Rental and Leasing LLC, Compass Insurance Group, and Compass Specialty Insurance RRG, collectively the Count V Defendants are individuals or entities which manage or operate the Compass One Stop Center ("C1SC") and which for compensation engage in the business of advising others directly and through writings and fiduciary representations about the desirability of obtaining insurance through Compass Insurance Inc., Compass Specialty Insurance RRG, Citadel Risk Management Inc., Citadel Risk Services Inc., and Captive Planning Associates LLCwhich by definition requires parties to purchase shares in the RRG.

425.   § 202 of the Investment Advisers Act of 1940 defines the terms "Investment Adviser," "Person," "Person Associated With An Investment Adviser," "Security," and other relevant terms.

426.   § 203(a) requires that investment advisers register with the SEC as stated in that section.

427.   § 203(c)(1) requires investment advisers to submit information, educational background, nature of business, CPA certified financial statements including balance sheets, investment advisor compensation documents, and

additional types of information for purposes of registered with the SEC for investment adviser activity.

428.   §§ 204, 204A, 205(a), and 206 create record keeping and access requirements, mandates to prevent misuse of information, restrictions on certain provisions in investment advisory contracts, and prohibitions and proscriptions of fraud in connection with an investment advisers services to clients and customers.

429.   § 209(d) permits the SEC to bring actions against parties to address violations of the Investment Advisers Act broadly.

430.   § 215(b) states in relevant part:

Every contract made in violation of any provision of this title and every contract heretofore or hereafter made, the performance of which involves the violation of, or the continuance of any relationship or practice in violation of any provision of this title, or any rule, regulation, or order thereunder, shall be void (1) as regards the rights of any person who, in violatin of any such provision, rule, regulation, or order, shall have made or engaged in the performance of any such contract, and (2) as regards the rights of any person who, not being a party to such contract, shall have acquired any right thereunder with actual knowledge of the facts by reason of which the making or performance of such contract was in violatin of any such provision

IAA § 215(b) (2009).

431.   Pursuant to the Investment Advisers Act, the Count V Defendants have failed to properly register with the SEC, and have otherwise failed to regularly hold shareholder meetings, provide shareholders with valuation documentation, have acted in unlawful, deceitful, fraudulent, and manner proscribed by the IAA for acceptable investment advisor conduct to counterparties owed fiduciary duties.

432.    Pursuant to § 215(b), the Count V Defendants and any contracts which they have entered into should be declared void and subject to rescission at the election of counterparties, with restitution to such counterparties, and all remedies permitted by § 215(b) of the IAA.

**COUNT VI- Violation of the 1934 Securities Exchange Act (10b-5 & § 29(b)) (pled against Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis; Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, and Compass Truck Rental and Leasing LLC, Compass Insurance Group, Compass Specialty Insurance RRG, Citadel Risk Management Inc., Citadel Risk Services Inc., and Captive Planning Associates LLC )**

433.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

434.    Membership interests in a risk retention group are considered securities for the purposes of certain fraud provisions in the Securities Act of 1933 and the Securities Exchange Act of 1934.  15 U.S.C. § 3904(a)(2).

435.    The Securities Exchange Act states in relevant part:

It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce or of the mails, or of any facility of any national securities exchange—

(a)    To use or employ, in connection with the purchase or sale of . . . any security not so registered. . . any manipulative or deceptive device or contrivance in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors.

436.   It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails  . . .

(a)      to employ any device, scheme, or artifice to defraud

(b)      to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or to engage in any act, practice, or course of business which operates or would operate as fraud or deceit upon any person, in connection with the purchase or sale of any security.

437.   The Defendants captioned in Count VI, Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis; Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, and Compass Truck Rental and Leasing LLC, Compass Insurance Group, Compass Specialty Insurance RRG, Citadel Risk Management Inc., Citadel Risk Services Inc., and Captive Planning Associates LLC collectively the Count VI Defendants operate the Compass One Stop Center ("C1SC") and/or work in conjuction with the C1SC, and operate with the aim that C1SC customers will purchase shares in CSI RRG, which administers insurance in a manner which divulges the shareholders entire business profile to the C1SC, and is subject to the control and oversight of the Citadel Defendants and Captive Planning Associates.

132

438.    The Count VI Defendants participate directly or indirectly in a
Compass One Stop or C1SC scheme to usurp shareholders of the RRG of their
shares by misrepresenting the RRG and RRG affiliates, including Captive Planning
Associations and the Citadel Defendants ability to deny RRG shareholders
coverage, by failing to timely notify RRG shareholders of their denial of coverage, by
failing to conduct regular shareholder meetings, by failing to disclose the value of
shares, by failing to inform shareholders of their rights, by misrepresenting
cancellation and forfeiture provisions, and by scheming to usurp, cancel, and take
away shareholders shares pretextually.

439.    Pursuant to § 29(b) of the '34 Act, the shareholders should have the
right to rescind their subscription agreements and be refunded and obtain
resitution for the Count V Defendants fraudulent conduct in connection with the
sale of RRG securities.

440.    Pursuant to Rule 10b-5 of the '34 Act, the shareholder should also have
the right to damages, punitive, damages, attorneys' fees, and all other remedies
permitted by the '34 Act.

**COUNT VII- Violation of the Illinois Collection Agency Act**
**(pled against Compass Management Inc., Compass Holding LLC, Compass**
**Capital Management Group LLC, Compass Financial Holding Group**
**LLC,Compass Funding Solutions LLC, Compass Payment Services LLC,**
**Compass Logistics LLC, International Trucking Association LLC, Compass**
**Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC,**
**Compass Truck Rental and Leasing LLC, Compass Insurance Group, and**
**Compass Specialty Insurance RRG)**

441.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as
if fully stated in this Count.

442.   Illinois has declared:

Sec. 1a. Declaration of public policy.  The practice as a collection agency by any entity in the State of Illinois is hereby declared to affect the public health, safety and welfare and to be subject to regulation and control in the public interest.  It is further declared . . . that only qualified entities be permitted to practice as a collection agency in the State of Illinois.  This Act shall be liberally construed to carry out these objects and purposes . . . It is further declared to be the public policy of this State to protect consumers against debt collection abuse.  225 ILCS 425/1a.

443.   A person acts as a collection agency when . . . it:

(a) Engages in the business of collection for others of any account, bill or other debt;

(b) Receives, by assignment or otherwise, accounts, bills, or other debt from any person owning or controlling 20% or more of the business receiving the assignment, with the purpose of collecting monies due on such account, bill or other debt;

(c) Sells or attempts to sell, or gives away or attempts to give away to any other person, other than one licensed under this Act, any system of collections . . . where the name of any person, other than that of creditor, appears in such manner as to indicate . . . .that a request or demand is being made by any person other than the creditor . . .

(d) Buys accounts, bills or other debt;

(e) Uses a fictitious name in collecting its own accounts, bills, or debts with the intention of conveying to the debtor that a third party has been employed to make such collection; or

(f) Engages in the business of collection of a check or other payment that is returned unpaid by the financial institution upon which it is drawn.

225 ILCS 425/3.

444.   Collection agencies must be licensed:

No collection agency shall operate in this State, directly or indirectly engage in the business of collecting debt, solicit debt

claims for others, have a sales office, a client, or solicit a client in this State, exercise the right to collect, or receive payment for another of any debt, without obtaining a license under this Act except that no collection agency shall be required to be licensed if the agency's activities in this State are limited to collecting debts from debtors located in this State by means of interstate communication, including telephone, mail, or facsimile transmission, electronic mail, or any other Internet communication from the agency's location in another state provided they are licensed in that state and these same privileges are permitted in that licensed state to agencies licensed in Illinois.

225 ILCS 425/4 (2015).

445.    Unlicensed practice, in addition to any other penalty may include civil penalties for each violation not to exceed $10,000 for each violation among other penalties and remedies for such unlicensed practice.  The civil penalties in Section 4.5 are payable to the Department. 225 ILCS 425/4.5 (2015).

446.    Collection agencies are required to file and maintain a surety bond for the benefit of creditors in the sum of $25,000.00.  225 ILCS 425/8 (2015).

447.    Collection agencies shall at all times maintain a separate bank account where all monies received are deposited, referred to as a "Trust Account" with sufficient funds at all times to pay creditors amounts due, and such trust account must be established at a bank or similar depository institution with the bank and depository institution(s) names and persons authorized to access such accounts with any changes to the banking or depository institution or authorized personnel to be updated within 30 days.  225 ILCS 425/8c(a)(b)&(d).

135

448.    Collection agencies which engage in proscribed conduct including but not limited to the following may be subject to disciplinary action listed in Section 9(a):

> (2) violations of this Act or of the rules promulgated hereunder
>
> (5) aiding or assisting another person in violating any provision of this Act or rules adopted under this Act.
>
> (11) Practicing or attempting to practice under a false or, except as provided by law, an assumed name.
>
> (13) Failure to file a return, or to pay the tax, penalty or interest shown in a filed return, or to pay any final assessment of tax, penalty or interest, as required by any tax Act administered by the Illinois Department of Revenue until such time as the requirements of any such tax Act are satisfied.
>
> (20) Using profane, obscene or abusive language in communicating with a debtor, his or her family or others.
>
> (23) Engaging in any conduct that is intended to cause and did cause mental or physical illness to the debtor or his or her family.
>
> (24) Attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist.
>
> (30) Misrepresenting the amount of the debt alleged to be owed.
>
> (31) Representing that an existing debt may be increased by the addition of attorney's fees, investigation fees or any other fees or charges when such fees or charges may not legally be added to the existing debt . . .
>
> (33) Collecting or attempting to collect any interest or other charge or fee in excess of the actual debt unless such interest or other charge or fee is expressly authorized by the agreement creating the debt unless expressly authorized by law or unless in a commercial transaction such interest or other charge or fee is expressly authorized in a subsequent agreement.
>
> (34) Communicating or threatening to communicate with a debtor when the collection agency is informed in writing by an attorney that the attorney represents the debtor concerning the debt. If the attorney fails to respond within a reasonable period of time, the collector may communicate with the debtor. The collector may communicate with the debtor when the attorney gives his or her consent.

(35) Engaging in dishonorable, unethical, or unprofessional conduct of a character likely to deceive, defraud, or harm the public.

225 ILCS 425/9(a) (2018).

449.    Violation of Section 9(a) are unlawful practices. 225 ILCS 425/9(b)

(2018).

450.    Private parties may seek injunctive relief to enjoin the operation of

unlicensed entities or those violating the licensing requirements of the ICAA:

> The practice as a collection agency by any person not holding a valid and current license under this Act is declared to be inimical to the public welfare, to constitute a public nuisance, and to cause irreparable harm to the public welfare. The Secretary, the Attorney General, the State's Attorney of any county in the State, or any person may maintain an action in the name of the People of the State of Illinois, and may apply for injunctive relief in any circuit court to enjoin such entity from engaging in such practice. Upon the filing of a verified petition in such court, the court, if satisfied by affidavit or otherwise that such entity has been engaged in such practice without a valid and current license, may enter a temporary restraining order without notice or bond, enjoining the defendant from such further practice. Only the showing of non-licensure, by affidavit or otherwise, is necessary in order for a temporary injunction to issue. A copy of the verified complaint shall be served upon the defendant and the proceedings shall thereafter be conducted as in other civil cases except as modified by this Section. If it is established that the defendant has been or is engaged in such unlawful practice, the court may enter an order or judgment perpetually enjoining the defendant from further practice. In all proceedings hereunder, the court, in its discretion, may apportion the costs among the parties interested in the action, including cost of filing the complaint, service of process, witness fees and expenses, court reporter charges and reasonable attorneys' fees. In case of violation of any injunctive order entered under the provisions of this Section, the court may summarily try and punish the offender for contempt of court. Such injunction proceedings shall be in addition to, and not in lieu of, all penalties and other remedies provided in this Act.

225 ILCS 425/14a (2015).

451.   The Defendants captioned in Count VII, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC,Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, Compass Truck Rental and Leasing LLC, Compass Insurance Group, and Compass Specialty Insurance RRG collectively are a part of or form the Compass One Stop Center ("C1SC") and which as a matter of policy act as collection agencies on behalf of one another.

452.   The C1SC Defendants engage in the business of collection on behalf of one another, assign each other debts, buy and sell debts amongst one another and buy accounts receivables, and engage in other collections activities on behalf of one another and in the case of Compass Funding Solutions engage in collections on behalf of trucking counterparty clients.

453.   The C1SC assignment and transfer and cross collection by Compass Funding Solutions, Compass Payment Services, and Compass Equipment Finance (which withheld truck titles for paid off trucks) against AS Corp Inc. based upon unlawful fuel card debt (excessive transaction fees), unlawful PPSL fuel card debt (usury and consumer fraud and RICO violations) and for other fictitious or inaccurately accounted for (deceptive customer portal data) and inflated fuel card debts is an example of the unlawful and unlicensed collections activity which the C1SC defendants engage in as a matter of their regular business.

138

454.   The Count VII Defendants should be enjoined from any further unlicensed collections activity, and be found liable for damages to violations of the provisions of that statute, punitive damages, and attorneys fees.

**COUNT VIII- Violation of the Illinois Consumer Fraud Act (Deceptive Acts and Unfair Practices)**
**(pled against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis, Berane Inc., Berane Lease Inc., Danny Trans Inc., MGR Freight System Inc., MGR Express Inc., RD Expedited Inc., MGR Lease LLC, and MGR Auto Lease LLC)**

455.   Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

456.   The Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") prohibits unfair, deceptive, and unlawful business practices, conduct, and actions against consumers included in making loans and extensions of credit. 815 ILCS 505/2(2E)(2F). Section 10(a) of the ICFA permits persons and consumers covered to bring private actions for violations of the ICFA, and Section 10a(c) permits the court to enter injunctive relief for violations of the ICFA.

457.   Illinois courts have recognized business' are "persons" and can be "consumers" with standing under the Act.

458.   Pleading deceptive acts in an ICFA context requires plaintiffs to allege a deceptive act with intent for reliance in "trade" or "commerce" causing actual damage to the plaintiff. *Robinson v. Toyota Motor Credit Corp.*, 775 N.E.2d 951, 960 (2002). Pleading unfair practices in an ICFA context requires plaintiffs to allege

139

a public policy violation, unscrupulous conduct, or substantial injuries repugnant to the public and consumers. *Id.* A court may find unfairness even if the claim does not satisfy all three criteria. *Id.* For example, a "practice may be unfair because of the degree to which it meets one of the criteria or because to a lesser extent it meets all three." *Id.*

459. The Illinois legislature and executive branch have identified certain industries, market actors, and types of conduct as being *per se* deceptive, including but not limited to certain lenders and financial service practices and price gouging related to petroleum in market emergencies - but also in certain instances for non market emergencies. *See* Ill. Adm. Code title 14 § 465.10 ([t]he purpose of this Part is to describe circumstances in which the charging of unconscionably high prices for petroleum products constitutes an unfair or deceptive act or practice. *This Part shall not be construed to limit the ability of . . . the courts* to determine *that acts and practices other than those described* in this Part *are unfair or deceptive acts of price gouging* in the absence of market emergencies; *see also* Ill. Adm. Code title 14 § 475.220 ("[i]t is an unfair or deceptive act to use, in any advertising, one or more footnotes or asterisks which, alone or in combination, confuse, contradict, materially modify or unreasonably limit the material terms of an advertisement.").

460. The Defendants captioned in Count VIII, pled against Roy Dobrasinovic, Radomir Dobrasinovic, Radojica Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Jelena Dobrasinovic, Arleesia McDonald, Vlad

Kostik, Thomas Milowski, Daliborka Savovic, Angelia Demkovic, Ana
Aleksandrovska, Arnold Curtis, Berane Inc., Berane Lease Inc., Danny Trans Inc.,
MGR Freight System Inc., MGR Express Inc., RD Expedited Inc., MGR Lease LLC,
and MGR Auto Lease LLC are the Compass Management Entities and Compass
Management Individuals or Compass Management Defendants, the Board of
Directors of Compass Specialty Insurance RRG, the Dobrasinovic Brothers,
Radomir Dobrasinovic's Management Entities, Radojica Dobrasinovic's
Management Entities, and certain interconnected leasing entities which collectively
represent the Compass One Stop Center ("C1SC") Defendants, the *de facto*
Dobrasinovic Brothers One Stop Center ("DB1SC") Defendants, and the CSI RRG
Defendants.

461. The DB1SC, C1SC, and CSI RRG Defendants operate within the One
Stop Shop philosophy of the Dobrasinovic brothers, including but not limited to Roy
Dobrasinovic's One Stop Center philosophy which similarly interconnects with his
brothers operations through social organization such as ITA, Compass Arena,
Compass United Soccer and other organizations, as well as through equipment and
leasing relationships between the brothers and their entities.

462. The DB1SC and C1SC Defendants charge for inflated amounts for fuel,
equipment, insurance and other services provided.

463. The C1SC Defendants also use CSI RRG and factoring to obtain highly
confidential and sensitive information about customers which they use to their

benefit to strategically inflate and deduct from customers incoming cash flow for the C1SC entities' benefit.

464. Examples of the C1SC diversions are seen in the factual history of the unlawful, usurious, unlicensed, fictitious, and inflated charges by Compass Equipment Finance, Compass Payment Services (PPSL/Pre-Paid Fuel Card), Compass Insurance, and the other C1SC entities against AS Corp Inc.

465. The Count VIII Defendants should be enjoined from operations and ordered to pay damages, punitive damages, attorneys' fees, and all other relief permitted by that statute.

**COUNT IX- Accounting**
**(pled against MGR Express Inc., Compass Fuel Inc., Compass Insurance Group Inc., MGR Freight System Inc., Berane Inc. Compass Lease LLC, RD Logistics Inc., Compass Management Inc., Compass Funding Solutions LLC, Compass Holding LLC, Compass Equipment Finance LLC, Compass Auto Lease LLC, Compass Truck Sales LLC, Danny Trans Inc., Compass Insurance Company, Compass Real Estate Holding LLC, MGR Expedited Inc., RD Expedited Inc., MGR Truck Sale Inc., MGR Lease LLC, MGR Truck Repair Inc., Willowbrook 2012 LLC, Naples013 LLC, MGR Auto Lease LLC, Compass Truck Rental and Leasing LLC, Compass Payment Services LLC, Plainfield 014 LLC, MGR Finance LLC, Compass Specialty Risk Retention Group Inc., Wolf Ventures LLC, MGR Management 015 LLC, MGR Management 015 LLC, MGR Freight LLC; MGR Expedited 1 LLC, MGR IL Properties LLC, MGR IL Properties 2 LLC, Compass Financial Holding Group LLC, Compass Capital Management Group LLC, St. Pete 2016 LLC, MGR 017 LLC, MGR 016 LLC, Compass Logistics LLC, RD Express LLC, MGR Transportation LLC, MGR Express LLC, MGR Expedited LLC, Compass Logistics Holding LLC, Berane Lease Inc., Smartboard LLC, Compass United Soccer Club LLC, MGR Holding LLC, Compass Arena LLC, International Trucking Association LLC, Compass Management LLC, Citadel Risk Management Inc., Citadel Risk Services Inc., Pilot Flying J, Captive Planning Associates LLC )**

466.    Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

467.    "To sustain an action for an accounting in equity the complaint must allege the absence of an adequate remedy at law and one of the following: (1) a breach of a fiduciary relationship between the parties; (2) a need for discovery; (3) fraud; or (4) the existence of mutual accounts which are of a complex nature". *People ex rel. Hartigan v. Candy Club*, 149 Ill. App. 3d 498, 500-01 (1986).

468.    An accounting may be ordered even though there is no showing made as to the adequacy of legal remedies and there is no duty on the plaintiff to plead their inadequacy in cases in which an accounting is sought and which is based on a breach of a fiduciary duty. *Mayr v. Chesman & Co.*, 195 Ill. App. 587 (1915).

469.    The Defendants captioned in Count IX, MGR Express Inc., Compass Fuel Inc., Compass Insurance Group Inc., MGR Freight System Inc., Berane Inc. Compass Lease LLC, RD Logistics Inc., Compass Management Inc., Compass Funding Solutions LLC, Compass Holding LLC, Compass Equipment Finance LLC, Compass Auto Lease LLC, Compass Truck Sales LLC, Danny Trans Inc., Compass Insurance Company, Compass Real Estate Holding LLC, MGR Expedited Inc., RD Expedited Inc., MGR Truck Sale Inc., MGR Lease LLC, MGR Truck Repair Inc., Willowbrook 2012 LLC, Naples013 LLC, MGR Auto Lease LLC, Compass Truck Rental and Leasing LLC, Compass Payment Services LLC, Plainfield 014 LLC, MGR Finance LLC, Compass Specialty Risk Retention Group Inc., Wolf Ventures LLC, MGR Management 015 LLC, MGR Management 015 LLC, MGR Freight LLC;

MGR Expedited 1 LLC, MGR IL Properties LLC, MGR IL Properties 2 LLC, Compass Financial Holding Group LLC, Compass Capital Management Group LLC, St. Pete 2016 LLC, MGR 017 LLC, MGR 016 LLC, Compass Logistics LLC, RD Express LLC, MGR Transportation LLC, MGR Express LLC, MGR Expedited LLC, Compass Logistics Holding LLC, Berane Lease Inc., Smartboard LLC, Compass United Soccer Club LLC, MGR Holding LLC, Compass Arena LLC, International Trucking Association LLC, Compass Management LLC, Citadel Risk Management Inc., Citadel Risk Services Inc., Pilot Flying J, Captive Planning Associates LLC are collectively the Dobrasinovic Brothers One Stop Center ("DB1SC") and Compass One Stop Center ("C1SC") and affiliated company collectively Count IX Defendants, which have direct or supplementary accounts for customers of the DB1SC and C1SC, including but not limited to DB1SC and C1SC customers fuel, factoring, equipment, insurance, driver, freight brokerage, and similar material account information.

470. Radomir Dobrasinovic investment enterprise entities includes but is not limited to MGR 016 LLC, MGR 017 LLC, MGR Finance LLC, MGR IL Properties LLC, MGR Properties 2 LLC, Naples013 LLC, Plainfield 014 LLC.

471. Roy Dobrasinovic investment enterprise entities includes but is not limited to Compass Arena LLC, Compass Logistics Holding LLC, Compass Real Estate Holding LLC, Compass United Soccer Club LLC, Smartboard LLC, St. Pete 2016 LLC, Willowbrook 2012 LLC, and Wolf Ventures LLC.

472.   The Dobrasinovic Brothers investment entity enterprises have received some, a substantial amount, or all of their capitalization from the unlawful profits and monies affiliated with the racketeering activity, consumer fraud, breaches of fiduciary duty, and other illegal conduct outlined in the Background, Facts, and remaining Counts of the Complaint, and therefore should subjects them to accounting.

473.   Similarly, the Dobrasinovic Brothers investment entity enterprises are ultimately vehicles to hold monies and attempts to detach and launder the money earned from the DB1SC and C1SC unlawful activities described above and below.

474.   The Court should order the Count IX Defendants to provide full accountings including but not limited to complete customer lists, capital and cash accounts, current assets, balance sheets, and any and all other material information about the financial sources and status of the Count IX Defendants entities.

### COUNT X- Breach of Fiduciary Duty
**(pled against Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, Compass Truck Rental and Leasing LLC, Compass Insurance Group, Compass Specialty Insurance RRG; Citadel Risk Management Inc., Citadel Risk Services Inc., Captive Planning Associates LLC, Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis)**

475.   Plaintiff incorporates paragraphs 1 - 360 and from all other Counts as if fully stated in this Count.

476.    Accountants, corporate officers, fellow shareholders, investment advisers, insurance brokers and agents, those holding funds for others, and those who act as "experts" soliciting the trust and confidence of others owe fiduciary duties to those who utilize their services.

477.    In determining whether a fiduciary relationship exists, courts consider, "[t]he degree of kinship between the parties, the disparity in age, health, mental condition and education and business experience between the parties; and the extent to which the 'servient' party entrusted the handling of . . . business affairs to the 'dominant' party and placed trust and confidence in the 'dominant' party." *In re Estate of Bontkowski*, 337 Ill. App. 3d 72, 78 (2003) (citing *Gonzalzles v. American Express Credit Corp.*, 315 Ill. App. 3d 199, 210 (2000)).

478.    Once a fiduciary relationship is shown to exist, the presumption is that a transaction between the dominant and servient parties which profits the dominant party is fraudulent. *Lemp v. Hauptmann*, 170 Ill. App. 3d 753, 757 (1988).

479.    The Defendants captioned in Count X, Roy Dobrasinovic, Compass Management Inc., Compass Holding LLC, Compass Capital Management Group LLC, Compass Financial Holding Group LLC, Compass Funding Solutions LLC, Compass Payment Services LLC, Compass Logistics LLC, International Trucking Association LLC, Compass Lease LLC, Compass Truck Sales LLC, Compass Equipment Finance LLC, Compass Truck Rental and Leasing LLC, Compass Insurance Group, Compass Specialty Insurance RRG; Citadel Risk Management Inc., Citadel Risk Services Inc., Captive Planning Associates LLC, Daliborka

Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis which includes the Compass Management Entities and Compass Management Individuals (the Compass Management Defendants), the Compass Operations Defendants (which combined with the Compass Management Defendants are the Compass One Stop Center Defendants ("C1SC"), the Citadel Defendants (which includes Citadel Risk Services Inc. and Citadel Risk Management Inc.), Captive Planning Associates LLC, and the Board of Directors of Compass Specialty Insurance Risk Retention Group ("CSI RRG") which includes Daliborka Savovic, Angelia Demkovic, Ana Aleksandrovska, Arnold Curtis, and Roy Dobrasinovic (who is also a fiduciary in his ownership, control, operations, and management of the C1SC), which in total are the Count X Defendants.

480. The Count X Defendants owe fiduciary duties to customers and trucking company counterparties to the C1SC entities, as the C1SC entities represent that trucking customer counterparties, such as AS Corp and others could entrust the C1SC entities with their fuel card, factoring, insurance, equipment, driver training, social and networking business needs and accounts, but which the C1SC entities, the C1SC entities' affiliates such as the Citadel Defendants and Captive Planning Associates, the CSI RRG Board, CSI RRG, and others use to establish fiduciary relationships, which allows the Count X Defendants to extract highly confidential and sensitive one stop counterparties business information which the Count X Defendants exploit in violation of fiduciary duties to overcharge, overbill and self-profit at the expense of the one stop counterparties.

481.    The C1SC, CSI RRG, CSI Board, and affiliated Citadel and Captive Planning Associates also participate in the one stop center customer's exploitation in the context of shareholder exploitation and usurping shareholders shares in violation of their fiduciary duties to shareholders in order to benefit the C1SC, CSI RRG, the CSI Board, and the Citadel and Captive Planning Associates entities and individuals.

WHEREFORE, Plaintiffs, derivatively on behalf of shareholders of Compass Specialty Insurance RRG ("CSI RRG") and on behalf of the respective classes and subclasses as presented in the Complaint and as will be presented in class certification briefing, respectfully seek the following relief:

A.  Awarding Plaintiff and the respective class members treble damages pursuant to RICO § 1962(c),(b), and (d) as pled, along with attorneys' fees and costs; and punitive damages against the Defendants listed in Counts I to III jointly and severally;

B.  Declaring the Radovan "Roy" Dobrasinovic formed entities to be vertically and horizontally the alter egos of one another and of Roy Dobrasinovic personally, and that Roy Dobrasinovic and his Compass formed entities constitute the Compass One Stop Center ("C1SC") Defendants;

C.  Declaring the Radomir Dobrasinovic formed entities to be vertically and horizontally the alter egos of one another and of Radomir Dobrasinovic personally;

D.  Declaring the Radojica Dobrasinovic formed entities to be vertically and horizontally the alter egos of one another and of Radojica Dobrasinovic personally;

E.  Declaring the three Dobrasinovic brothers entities were formed, are located and placed next to and proximate to each other, and operate in coordination with one another in the Dobrasinovic Brothers One Stop Center ("DB1SC"), and that all three brothers and their entities should be jointly and severally liable for the damages due to the plaintiffs for their coordinated and collective unlawful activities and acts;

F.  Declaratory and injunctive relief providing all Compass One Stop Center customers the option and election to rescind all Compass One Stop Center entities contracts pursuant to § 215 of the IAA including but not limited to

148

RRG shareholders right to elect for rescission and restitution for their shares in CSI RRG;

G. Declaratory and injunctive relief declaring the CSI RRG Board of Directors are in violation of the Conflict of Interest and other Standards of the CSI RRG by their actions against and to defraud shareholders, and actions not on behalf of and in the best interests of shareholders of the RRG;

H. Enjoining and freezing the operations of the RRG sales of shares by any C1SC Defendant, by any Citadel Defendant, and/or by Captive Planning Associates LLC or any other entities which sell Compass Specialty Insurance RRG shares;

I. Ordering an accounting including providing a list of every shareholder of the CSI RRG; the date of their purchase; the number of shares; the date(s) of cancellation of shares; the identity of all shareholders denied coverage, the dates such shareholders were notified of the denial of coverage, and the dates of any shareholders who lost their shares whether by cancellation, forfeiture, or any other label or circumstances;

J. Declaring that any and all shareholders past and present may elect to rescind and receive restitution for their RRG shares pursuant to § 29(b) of the Securities and Exchange Act of 1934;

K. Awarding shareholders of the CSI RRG damages, punitive damages, and attorneys' fees and any and all other relief deemed necessary and just pursuant to the Securities and Exchange Act of 1934

L. Enjoining the C1SC unlawful and unlicensed collections activity and awarding damages pursuant to the ICAA, including punitive damages, attorneys' fees, and costs, as described in Count VII.

M. Enjoining the consumer fraud violations identified in Count VIII, and awarding the classes compensatory damages, punitive damages, attorneys' fees, and costs.

N. Ordering all Defendants in Count IX to provide accountings of their and their customer accounts, including but not limited to customer lists, customer accounts, account balances, and all other material financial information.

O. Awarding class members breach of fiduciary duty damages, including compensatory and punitive damages, attorneys' fees, and costs; and

P. All other relief deemed equitable and just.

Dated: October 20, 2020.

Respectfully submitted,

Ankur Shah
SHAH LEGAL REPRESENTATION
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
T: (312) 612 - 9221
Cook County ID: 59669

AS CORP INC. and EMILIJAN
ASENTIC

/s/ Ankur Shah

_____
*One of its attorneys*

## **VERIFICATION**

Under penalties provided by and pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies the statements set forth in this instrument are true and correct, except as to the matters stated to be on information and belief, and as to such matters, the undersigned certifies that he verily believes the same to be true based only by his attorneys' declaration, which is attached as an Exhibit to this Complaint.

Dated this 20th Day of October, 2020.

_____
*Emilijan Asentic*
*President*
*AS Corp Inc.*

## Exhibit List

**Exhibit 1** - Shah Declaration

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AS CORP INC., EMILIJAN ASENTIC on behalf of themselves and those similarly situated and derivatively on behalf of COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. | ) ) ) ) ) ) ) |
|           Plaintiffs, | ) |
| v. | ) ) |
| MGR EXPRESS INC.;COMPASS FUEL INC.) COMPASS INSURANCE GROUP INC.;MGR) FREIGHT SYSTEM INC.; BERANE INC.; COMPASS LEASE LLC; RD LOGISTICS INC.; COMPASS MANAGEMENT INC.; COMPASS FUNDING SOLUTIONS LLC; COMPASS HOLDING LLC; COMPASS EQUIPMENT FINANCE LLC; COMPASS AUTO LEASE LLC; COMPASS TRUCK SALES LLC; DANNY TRANS. INC.; COMPASS INSURANCE COMPANY; COMPASS REAL ESTATE HOLDING LLC; MGR EXPEDITED INC.; RD EXPEDITED INC.; MGR TRUCK SALE INC.; MGR LEASE LLC; MGR TRUCK REPAIR INC. WILLOWBROOK 2012 LLC; NAPLES013 LLC; MGR AUTO LEASE LLC; COMPASS TRUCK RENTAL AND LEASING LLC; COMPASS PAYMENT SERVICES LLC; PLAINFIELD 014 LLC F/K/A MGR 014 LLC;) MGR TRUCK RENTAL LLC; MGR FINANCE LLC; COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP INC.; WOLF VENTURES LLC; MGR MANAGEMENT 015 LLC; MGR FREIGHT LLC; MGR EXPEDITED 1 LLC; MGR IL PROPERTIES LLC; MGR IL PROPERTIES 2 LLC; COMPASS FINANCIAL HOLDING GROUP LLC; COMPASS CAPITAL MANAGEMENT GROUP LLC; ST. PETE 2016 LLC; MGR 017 LLC; MGR 016 LLC COMPASS LOGISTICS LLC; RD EXPRESS | Civil Case No.<br><br>) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

```
LLC; MGR TRANSPORTATION LLC        )
MGR EXPRESS LLC; MGR EXPEDITED     )
LLC; COMPASS LOGISTICS HOLDING     )
LLC; BERANE LEASE INC.;            )
SMARTBOARD LLC; COMPASS UNITED     )
SOCCER CLUB LLC; MGR HOLDING LLC   )
COMPASS ARENA LLC; INTERNATIONAL   )
TRUCKING ASSOCIATION LLC;          )
COMPASS MANAGEMENT LLC; CITADEL    )
RISK MANAGEMENT INC.; CITADEL      )
RISK SERVICES INC.; PILOT TRAVEL   )
CENTERS D/B/A PILOT FLYING J;      )
CAPTIVE PLANNING ASSOCIATES        )
LLC; RADOJICA DOBRASINOVIC;        )
RADOMIR DOBRASINOVIC; RADOVAN      )
"ROY" DOBRASINOVIC; ANA            )
ALEKSANDROVSKA; ARNOLD CURTIS;     )
ANGELIA DEMKOVIC; DALIBORKA        )
SAVOVIC; ARLEESIA MCDONALD; VLAD   )
KOSTIK; JELENA DOBRASINOVIC;       )
THOMAS MILOWSKI                    )
                                   )
                Defendants         )
```

**DECLARATION OF ANKUR SHAH - ATTORNEY FOR AS CORP INC.**

I, Ankur Shah, Principal of Shah Legal Representation declare as follows:

1. I am the Principal of Shah Legal Representation, Attorney for AS Corp Inc. in this case.

2. I have represented in multiple matters involving complex insurance coverage, insurance coverage financing, business disputes, and I have had multiple conversations and e-mail exchanges with Compass' legal department involving requests for full accurate and fair accountings, title requests after loan payoffs, requests for material documents on file involving AS Corp at Compass, requests for insurance claim information, and have been denied meaningful or full and accurate information for the majority of the information requested.

2

3. I learned Compass' legal department headed by Arleesia McDonald bypassed me and sent my client written correspondence threatening to bring suit against AS Corp along with other threats as described in the Verified Complaint.

4. Despite AS Corp having no issue with accessing Compass customer portals originally, upon AS Corp's relationship with Compass souring, AS Corp has been unable to access all of its online accounts with login and passwords which have otherwise been consistently used, and to date AS Corp has not been able to access all customer portal including insurance, fuel, equipment finance, driver, and other customer accounts.

5. I conducted multiple searches for the Defendant Entities in the Illinois Department of Financial and Professional Regulation ("IDFPR") databases online including but not limited to financial institution and collection agency licensing. The IDFPR has the telephone number: 1-800-560-6420.

6. I performed searches for the defendants collection agency licensing on the IDFPR site including but not limited to searches using the following methodology:

(a) visiting www.idfpr.com

(b) Clicking "Professional Regulation";

(c) Clicking "License Look-Up" and arriving at "Search for a License" with web address:
https://ilesonline.idfpr.illinois.gov/DFPR/Lookup/LicenseLookup.aspx

(d) Selecting "COLLECTION AGENCY" in the "Search Criteria" and "**License Type" Menu Options.

(e) Searching for "Compass" in the "Legal Business Name" and "Doing Business As" Fields.

(f) The results of the searches found only that the non defendant entities, "COMPASS RECEIVABLES MANAGEMENT CORPORATION" and "COMPASS RECEIVABLES MANAGEMENT LP" had their licenses CANCELLED or NOT RENEWED as of the year 2000.

3

*Exhibit A, IDFPR Searches for Collection Agency and Financial Entity Licensing.*

7. I performed other searches using a similar methodology at the IDFPR site including but not limited to extensive searches online for the Compass and the Defendant Entities as licensed Financial Institutions and found the following:

   (a) Compass Equipment Finance LLC located at 15W580 North Frontage Road, Burr Ridge, IL 60527 had a license as a "Sales Finance Agency" which expired on July 12, 2016. The entity's current status is INACTIVE.

   (b) Compass Financial Group Inc. located at 15W580 North Frontage Road, Burr Ridge, IL 60527 had a license as a "Sales Finance Branch" which expired on January 20, 2009. The entity's current status is INACTIVE.

   (c) Compass Financial Group Inc., located at 9001 West 79th Place, Justice, IL 60458 had a license as a "Sales Finance Agency" which expired on January 20, 2009. The entity's current status is INACTIVE.

   *Id.*

8. The description of the Defendants' representations and origins are from e-mail reviews, the Secretaries of State, sourced from online articles, complaints made with Google, glassdoor, Truckers Report, and other sites, publicly available litigation, social media accounts, and public websites including but not limited to:

   www.compassholding.net
   www.compassinusre.com
   www.compassfs.net
   www.compassef.com
   www.compasstrucksales.com
   www.compasstruckrental.com
   www.compasslease.com

www.compasslogistics.net
www.compasspaymentservices.com
www.internationaltrucking.org
www.smartboardtms.com
www.compassutd.com
www.glassdoor.com
www.google.com
www.thetruckersreport.com
www.serbiantimes.info
www.youtube.com
www.facebook.com
mgrfreightsystem.net/

For purposes of brevity, a sample of the online advertising via Compass' online brochures and certain other documentation and representations have been attached along with this declaration.

*Exhibit B, Compass Online Representations Excerpt.*

9. A sample of the Dobrasinovic brothers extensive litigation via online docket searches performed on the Circuit Court of Cook County and other court clerk websites against customers in the context of leasing, equipment finance, factoring, and fuel is available

10. I have also litigated against only the Compass Defendants and Roy Dobrasinovic since 2019 until the present, in a case captioned Asentic v. Dobrasinovic et. al., 2019 CH 14458.

11. I have discovered that Compass fuel card offering was deeply fraudulent to AS Corp and others. *Exhibit C, Fuel Card Evidence (1st Statement, Payment Plan and Stay of Litigation Documents, Payoff Letter, January 18 to 22, 2018 CPS Documents).*

12. More specifically, AS Corp's account number with Compass Payment Services ("CPS") for fuel card began on or around September of 2016 and had CPS Account#10098.

13. On or around May 1, 2017, CPS and Compass Funding Solutions ("CFS") extortionately demanded AS Corp agree to Payment Plan and Stay of Litigation documentation ("PPSL" documentation).

14. The PPSL documentation upon close examination is per se predatory, extortionate, and unlawful.

15. Through the PPSL documentation, Compass extortionately claimed AS Corp's already accrued balance of $293,543.44 with CPS somehow required AS Corp to pay $15,000.00 a week and 1.5% of the "balance" to avoid or "stay litigation" by CFS.

16. In connection with the PPSL documentation, CFS created CFS Account#6005 and CFS Account#6006 ("CFS-CPS Accounts" or "PPSL Accounts").

17. CFS Account#6005 and CFS Account#6006 were misleadingly manufactured to create the false impression that pre and post May 1, 2017 CPS fuel card debt was separately and independently being accounted for after the PPSL documentation.

18. After the PPSL documentation, CFS Account#6005 deductions from AS Corp's CFS receivables meant that the deduction was taken and applied towards AS Corp's post May 1, 2017 CPS fuel card balance (held by CPS).

19. On the other hand, CFS Account#6006 deductions on AS Corp's receivables supposedly meant that the deductions were taken and applied towards AS Corp's pre May 1, 2017 CPS fuel card balance (according to the PPSL - held by CFS).

20. On or around January 18, 2018, with one (1) day notice, Compass Payment Services ("CPS") also created a new "pre-paid" fuel card Account#10312 - requiring AS Corp to prepay for fuel moving forward.

21. Compass also claimed Compass Funding Solutions ("CFS") would need to expand and acquire AS Corp's largest client receivables, that CFS would need to deduct greater sums weekly from AS Corp, and that Compass Equipment Finance ("CEF") would need to withhold AS Corp titles despite payoff based on the predatory CPS-CFS-PPSL fuel card balance calculations.

22. Overall, Compass withheld more than six months of all incoming cash flow from every single one of AS Corp's customers, literally cutting off all incoming cash into AS Corp, which led to its destruction.

23. Compass then arranged for AS Corp's insurance and shares to be terminated and stolen on or around October of 2018, which proved fatal to the plaintiffs, and to many others. *Exhibit D, RRG Subscription Document.*

24. Unless stated upon information and belief, I have personal knowledge of the facts described in the Verified Complaint referencing this Declaration. If called on to testify, I can competently attest to the matters described above.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Executed on October 20, 2020.

/s/ Ankur Shah

_____

*Ankur Shah, Attorney for AS Corp Inc.*

7

## Exhibit List

**Exhibit A -** *IDFPR Searches for Collection Agency and Financial Entity Licensing.*

**Exhibit B -** *Compass Online Representations Excerpt.*

**Exhibit C -** *Compass Fuel Statements*

**Exhibit D -** *RRG Subscription Agreement*

# EXHIBIT A

| | Name | License Status | Credential | City/State | Original Issue Date | Current Expiration Date | Ever Disciplined | DBA |
|---|---|---|---|---|---|---|---|---|
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 017020318 | HUNT VALLEY, MD | 08/06/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT,LP | CANCELLED | 017020353 | HOUSTON, TX | 01/07/1999 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | NOT RENEWED | 009000563 | LAS VEGAS, NV | 01/12/1999 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000540 | TAMPA, FL | 08/13/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000539 | PHOENIX, AZ | 08/13/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000561 | NORTH AURORA, IL | 12/17/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000548 | PITTSBURGH, PA | 09/29/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | NOT RENEWED | 009000549 | SOUTH BEND, IN | 09/30/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000585 | ROLLING MEADOWS, IL | 02/26/1999 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | NOT RENEWED | 009000547 | ST CHARLES, MO | 09/29/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | CANCELLED | 009000541 | NORCROSS, GA | 08/13/1998 | 05/31/2000 | N | · |
| Detail | COMPASS RECEIVABLES MANAGEMENT CORPORATION | NOT RENEWED | 009000546 | WASHINGTON, DC | 09/29/1998 | 05/31/2000 | N | · |

As:

| Name | License Status | Credential | City/State | Original Issue Date | Current Expiration Date | Ever Disciplined | DBA |
|------|----------------|------------|------------|---------------------|-------------------------|------------------|-----|

No records found for the criteria entered.



Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**Credential**

| License | License Type | Issue Date | Expiration Date | Status |
|---------|--------------|------------|-----------------|--------|
| SF.0001295 | Sales Finance Agency | 02/18/2009 | 07/12/2016 | INACTIVE |

**Contact**

| Name | Address |
|------|---------|
| Compass Equipment Finance LLC | Compass Equipment Finance LLC 15W580 North Frontage Road Burr Ridge, IL 60527 |

Generated on: 11/10/2019 2:00:51 PM

 Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**Credential**

| License | License Type | Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| SF.0001230-BRH | Sales Finance Branch | 08/31/2007 | 01/20/2009 | INACTIVE |

**Contact**

| Name | Address |
|---|---|
| Compass Financial Group Inc | Compass Financial Group Inc 15W580 Frontage Road Burr Ridge, IL 60527 |

Generated on:  11/10/2019 8:41:10 PM

 Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**Credential**

| License | License Type | Issue Date | Expiration Date | Status |
|---------|--------------|------------|-----------------|--------|
| SF.0009376 | Sales Finance Agency | 08/31/2007 | 01/20/2009 | INACTIVE |

**Contact**

| Name | Address |
|------|---------|
| Compass Financial Group Inc | Compass Financial Group Inc 9001 West 79th Place Justice, IL 60458 |

Generated on: 11/10/2019 8:45:33 PM

EXHIBIT B

HOME   ABOUT   COMPANIES   MEMBERSHIP   EVENTS   ITA MAGAZINE   CONTACT US   MEMBER PORTAL | LOG OUT




**COMPASS HOLDING**

www.compassholding.net
consultus@compassholding.net
(888)287-5711
15W580 N Frontage Rd
Burr Ridge
IL 60527




**COMPASS INSURANCE GROUP**

www.compassinsure.com
cs@compassinsure.com
(888) 587-7950
115 w. 55th Street, Suite 201
Clarendon Hills
IL 60514



**COMPASS FUNDING SOLUTIONS**

www.compassfs.net
genlead@compassf.net
(844) 899-6023
115 w. 55th Street, Suite 101
Clarendon Hills
IL 60514



**COMPASS EQUIPMENT FINANCE**

www.compassef.com
info@compassef.com
(630) 517-5725
115 w. 55th Street, Suite 105
Clarendon Hills
IL 60514



**COMPASS TRUCK SALES**

www.compasstrucksales.com
sales@compasstrucksales.com
(630) 789-5871
0 N Frontage Rd
Burr Ridge
IL 60527



**COMPASS TRUCK RENTAL & LEASING**

www.compasstruckrental.com
info@compasstruckrental.com
(630) 286-7240
15W580 N Frontage Rd
Burr Ridge
IL 60527



**COMPASS LEASE**

www.compasslease.com
joer@compasslease.com
(800) 924-9029
3150 S. Ashland Ave
McCook
IL 60525



**COMPASS LOGISTICS**

www.compasslogistics.net
info@compasslogistics.net
(800) 414-4480
450 W. 24th Street
Countryside
IL 60525



**COMPASS PAYMENT SERVICES**

www.compasspaymentservices.com
support@cpsfuelcard.com
(800) 893-5807
115 w. 55th Street, Suite 201
Clarendon Hills
IL 60514



**INTERNATIONAL TRUCKING ASSOCIATION**

www.internationaltrucking.org
michele@internationaltrucking.org
(800) 356-4257
15W580 N Frontage Rd
Burr Ridge
IL 60527



**SMART BOARD**

www.smartboardtms.com
support@smartboardtms.com
(630) 230-1117
115 W 55th Street
Clarendon Hills
IL 60514



**COMPASS UNITED**

www.compassutd.com
victor.z@compassholding.net
(630) 847-4092
115 W 55th Street
Clarendon Hills
IL 60514

---

**SUBSCRIBE TO OUR EMAILS**

Subscribe to our emails for updates on our newest projects and promotions!



Download on the App Store

Google play

**QUICK LINKS**

> Home
> About
> Companies
> Membership
> Events
> ITA Magazine
> Contact Us
> Careers

**MEMBERSHIP**

> Membership Benefits
> Routes & Road Conditions
> Fuel Prices
> Join ITA

**CONTACT US**

15W580 N Frontage Rd
Burr Ridge, IL 60527
(800) 356-4257
michele@internationaltrucking.org

Offices are open:
Monday - Friday 8:00am - 5:00pm
We are closed on all major Federal Holidays

Compass Trucking LLC 2019. ALL RIGHTS RESERVED.

Privacy policy | Terms of Use



## ABOUT US

## OUR PARTNERS



## OUR SERVICES

### COMPASS FUNDING SOLUTIONS

### COMPASS INSURANCE GROUP

### COMPASS LEASE

### COMPASS LOGISTICS

### COMPASS PAYMENT SERVICES

### COMPASS TRUCK RENTAL AND LEASING

### COMPASS TRUCK SALES

### COMPASS EQUIPMENT FINANCE

### INTERNATIONAL TRUCKING ASSOCIATION



## TRANSPORTATION NEWS

## WHAT CLIENTS SAY

Trucking employment swings upward in November after October slip

Think you're done raising driver pay? Think again, expert says

Hard braking for deer spells trouble

Indicators: 'Trucking conditions' skid to 11-month low, expected to climb through year's end

## INTERNSHIP AT COMPASS

## OPEN POSITIONS AT COMPASS



SUBSCRIBE TO OUR EMAILS

QUICK LINKS

COMPANIES

CONTACT US



# FOUNDER AND CEO – ROY DOBRASINOVIC

Roy was born in Berane, Montenegro on August 5th, 1969. He moved to the US in 1997 and has lived there ever since.

Mr. Dobrasinovic owns a group of well-established businesses, which address a variety of customer-related needs in the transportation industry. Compass Holding, LLC and Compass Financial Holding Group, LLC have several separate business entities that serve the modern trucking industry.

**ABOUT COMPASS**

About

ABOUT COMPASS

### 1997 - Beginning

In 1997, Roy started working for Roberts Express in Akron, Ohio as a company truck driver. The following year, he purchased his first truck and joined Watkins Motor Lines as an owner and operator.

### 1999 - Compass Express

In 1999, Roy had a vision and looked to make an impact on Chicago's transportation industry. He then opened the trucking company, Compass Express. What started as a small trucking company with only a few trucks turned into a large operation with over 100 trucks. Understanding the importance of safety for a trucking company, Roy provided his drivers with extensive safety training and orientation programs. At its peak, Compass Express operated 250 trucks.

With a set of sharpened business skills in the transportation industry, Roy purchased a property in McCook, Illinois in 2003 – which he used to build a modern gas and fueling station. With accessibility for large trucks and automobiles, Compass Fuel provides customers with a modern convenience store and a Dunkin Donuts franchise.

### 2004 - Compass Truck Sales

In 2004, Roy opened Compass Trucks Sales, LLC, which is a heavy-used truck dealership in the Chicago area. It was built upon the philosophy "buy here, pay here" – Compass Equipment Finance, LLC was then formed to provide flexible in-house financing for customers.

### 2007 - Compass Lease

In 2007, Compass Lease, LLC was formed to provide trucking companies with trailer rentals and leasing options.

### 2008 - Compass Funding

In 2008, many local start-up trucking companies began to form, most of them facing serious cash flow challenges. Roy took notice of this trend and decided to offer small carriers with a solid financial solution – so Compass Funding Solutions, LLC was formed to provide factoring services. Compass Funding Solutions helps improve cash flow for trucking companies, while helping them build valuable relationships with brokers and shippers.

In the same year, Roy decided to close Compass Express in an effort to avoid competing with his strong customer base in the transportation industry. He then turned to the insurance market to capitalize on the "one stop shop" philosophy, so Compass Insurance Group was formed, providing a broad assortment of coverages to trucking businesses.

### 2014 - Compass Truck Rental and Leasing

In 2014, Compass Truck Rental and Leasing, LLC were formed to lease and rent trucks to trucking companies. The years 2015 and 2017 marked the beginning of several new Compass affiliates: Compass Payments Services LLC, Compass Specialty Insurance Risk Retention Group Inc. and Compass Logistics LLC. The scope of these new companies ranges widely, from providing commercial fuel funding to owner operators and writing commercial liability insurance to arranging the transportation of freight between shippers and carriers.

Over the years, Roy has built a valuable commercial real estate portfolio. As a philanthropist, he supports several charitable events and sporting activities; he has donated much of his time and money to the Shriners Hospital for Children and other recognizable organizations. Roy is held in high regard by his employees and enjoys respect in his local community.

Roy Dobrasinovic is a confident businessman who promotes the power of vision among his employees and management team. One of Roy's favorite quotes is "Vision empowers you to see

## HOW FACTORING WORKS?





**Your Truck Company** is taking a load from a broker.

**Brokers don't pay** the moment you deliver your load.



Factoring Company buys your Company's **unpaid invoice** for a small fee.

Instead of waiting 30, 60 or 90 days for payment, your Company receives it's **advance money today.**



When a broker pays the invoice your Company receives the rest of the balance minus the small fee.

Your Company has enough **cash flow** to grow business operations.




**COMPASS** *HOLDING*
www.compassholding.net

## YOUR ONE STOP
# CENTER FOR ALL
# YOUR
## TRANSPORTATION
# NEEDS

115 W. 55th Street, Suite 301, Clarendon Hills, IL 60514
## (844) 899 - 8092

  


**COMPASS** *FUNDING SOLUTIONS*
www.compassfs.net



# FACTORING
## FOR YOUR BUSINESS

---

## TURN YOUR FREIGHT BILLS INTO SAME DAY CASH!

**Compass Funding Solutions provides factoring to companies in the transportation industry.**

**We help companies start and grow their trucking business by improving their cash flow!**

# FACTORING SERVICES DESIGNED FOR TRUCKING COMPANIES



## (844) 899 - 8092

### WHY CHOOSE COMPASS FACTORING?

*Whether you are a start-up, an established company or a developing business, we can help with easy eligibility, practical financial solutions, and exceptional customer services.*

*We have been in the transportation industry for over 20 years, so we understand your day to day challenges.*

### CHECKOUT OUR MOBILE APP!




**COMPASS** *FUNDING SOLUTIONS*
www.compassfs.net

### THE COMPASS ADVANTAGE

- *Reasonable rates*
- *Simple account setup*
- *Online access to view your account, 24/7*
- *Flexible term contracts*
- *Team with transportation experience*
- *Free online credit check*
- *Interest free fuel cards*


Invoice
WE WILL BUY YOUR INVOICES AND GIVE YOU YOUR CASH THE SAME DAY
PAID

Print Form

**COMPASS**
**FUNDING SOLUTIONS**

Client No:_____

## SCHEDULE OF ACCOUNTS

(BRING THIS FORM TOGETHER WITH YOUR INVOICES)

Date/Time_____

This is to certify that the parties named bellows are indebted to the undersigned in the sums set opposite their respective names, for merchandise sold and delivered on for work and labor done and accepted

| COMPAS FUNDING SOLUTIONS USE ONLY | DEBTOR NAME | INVOICE NUMBER | DATE | REFERANCE PO NUMBER | INVOICE AMOUNT | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DO NOT WRITE IN THIS BOX - COMPASS FUNDING USE ONLY

| | | | |
|---|---|---|---|
| CHECK NO | | TOTAL | |
| CHACK DATE | | FEE_____% | |
| MAIL    PICK UP    WIRE    OTHER | | RESERVE | |
| PREP BY. | | CHARGE BACK | |

For valuable consideration, receipt of which is hereby acknowledged, the undersigned hereby sells, assigns, sets over and transfers to CFS, its successors or assigns, all its right, title, and interest in and to the accounts above named, including all monies due or to become due thereon, all in accordance with and pursuant to that certain Factoring Agreement now existing by and between the undersigned and CFS, the conditions, representations, warranties, and agreements of which are made part of this sale and assignments and incorporated herein by reference. This is to certify that the parties named above are indebted to the undersigned in the sums set opposite their respective names for merchandise sold and delivered or for work and labor done and accepted

| | | |
|---|---|---|
| FEE REBATE | | |
| RESERVE REBATE | | |
| OTHER _____ | | |
| OTHER _____ | | |
| CASH PAYMENT | | |

**Access Your Account ANYWHERE with the COMPASS HOLDING APP**

 



**115 W. 55th Street, Suite 201, Clarendon Hills, IL 60514**


### COMPASS HOLDING
www.compassholding.net

### CPS
www.compasspaymentservices.com

## YOUR ONE STOP CENTER FOR ALL YOUR TRANSPORTATION NEEDS



## It's Time For An Upgrade!

---

## WHY CPS?

### 800-593-5807

### CPS
www.compasspaymentservices.com

*Convenient*
- ✔ Simple fee structure
- ✔ Straightforward fleet management
- ✔ NATIONWIDE FUEL DISCOUNTS

*Customizable*
- ✔ Get the most accurate data about your fleet with free custom reports
- ✔ Free Custom Card Logos
- ✔ LIVE 24/7/365 CUSTOMER SUPPORT

### The CPS Advantage

*We're the leading provider of fleet management. As the most innovative and technology centered fuel card provider, we offer one of the most extensive packages of payments solutions on the market.*





### FOCUS ON YOUR BUSINESS AND CPS WILL TAKE CARE OF THE REST

*Coverage*
- ✔ Top-of-the line technology means that your fleet is always protected
- ✔ Unique logins for the app make it easy to protect your information on the road
- ✔ ACCESSIBLE ANYTIME AND ANYWHERE












## LITTLE PAPER WORK, EASY APPILCATION, SAME DAY DECISION!

- **Specialized in the Transportation Industry**

  We've helped countless owners grow their fleet and get the equipment they need - We know transportation.



- **Fast Results**

  We ensure same day credit decisions so you don't have to wait to fund your future.



- **Customer Care**

  A representative will guide you through the application process to make it simple and easy.




**www.compassholding.net**

## YOUR ONE STOP CENTER FOR ALL YOUR TRANSPORTATION NEEDS



## SIMPLE & EASY FINANCING



**BILL OF SALE**

---

# 630-517-5526
*115 W. 55th Street, Suite 101, Clarendon Hills, IL 60514*

   

*www.compassef.com*

---

## WHY COMPASS EQUIPMENT FINANCE?

*Our team of experts are available to create a loan to assist you in the purchase of a new truck or trailer.*

# #1 IN CUSTOMER SERVICE



## THE COMPASS ADVANTAGE

- **Affordable equipment financing plans**
- **Quick credit decisions**
- **Extended warranty options**
- **Preventative maintenance incentives**
- **No prepayment penalties**

## EQUIPMENT GUIDELINES

- **Gliders & overhauls permitted**
- **No age or mileage limits**
- **OTR; day cabs & box trucks**
- **Tow trucks & flatbeds**
- **Finance soft costs**

## COMPASS EQUIPMENT FINANCE

### CREDIT SUBMISSION REQUIREMENTS

- **Fill out a credit application at www.compassef.com**
- **Copy of the applicant(s) CDL**
- **Preliminary bill of sale**
- **Unit spec sheet**



*www.compassef.com*

# OCCUPATIONAL
## ACCIDENT COVERAGE
### (866)583-7890



www.compassholding.net

**COMPASS** HOLDING

**COMPASS** INSURANCE GROUP

With Physical Damage Insurance you are protecting your truck, but with Occupational Accident Insurance you are protecting the most important thing: YOURSELF

*Occupational Insurance for only $120 to $140 includes:*

- *Accidental Medical Expense Benefit*
- *Accidental Dismemberment Benefit*
- *Accidental Death Benefit*
- *Survivor's Benefit*
- *Paralysis Benefit*
- *Temporary Total Disability Benefit*
- *Continuous Total Disability Benefit*

*Limits of Liability up to $1,000,000 and Aggregate Limits of Liability up to $2,000,000 (Varies per plan)*

**WE OFFER NON-OCCUPATIONAL ACCIDENT BENEFITS**



## YOUR ONE STOP
# CENTER
# FOR ALL
# YOUR
## TRANSPORTATION
# NEEDS

# PROTECTION
## WITH DIRECTION



**PROTECT YOURSELF TODAY!**
*115 W. 55th Street, Suite 201, Clarendon Hills, IL 60514*



*www.compassinsure.com*

---

# SUCCESS BEGINS
# WITH SAFETY

*Compass Insurance Group works with the biggest global insurance networks to provide you and your business the lowest rates and the best available coverage. Upgrade to Compass Insurance, and get the coverage your fleet can depend on.*

## COVERAGES WE OFFER:

**PRIMARY TRUCKING LIABILITY**
The most important coverage you will need. Protect yourself, your family, and others!

**CARGO**
Create custom solutions to fit your needs and budget. Protect your future, protect your cargo.

**PHYSICAL DAMAGE**
24-hour protection which goes everywhere you go.

**NON-TRUCKING LIABILITY**
Protect your livelihood by protecting your truck!

**OCCUPATIONAL ACCIDENT**
The most valuable cargo you are hauling is you and your drivers.


**COMPASS** INSURANCE GROUP

**FLEET INSURANCE FOR STARTUPS AND ESTABLISHED COMPANIES OF ANY SIZE!**

*Hundreds of trucking companies are insured through Compass Insurance Group for one reason: we know transportation. With our broad knowledge of the industry, we'll work with you to reduce costs and keep your transportation business insured.*





### (866)583-7890



*www.compassinsure.com*

www.compasstruckrental.com

**IL: 630-286-7240**
**TX: 214-396-5942**

IL: 15W580 N. Frontage Road, Burr Ridge, IL 60527
TX: 4221 Halifax Street, Dallas, TX 75247

**COMPASS**
TRUCK RENTAL & LEASING

Dallas, TX

Chicago, IL




www.compassholding.net

**COMPASS**
HOLDING

# YOUR ONE STOP
# CENTER
# FOR ALL
# YOUR
## TRANSPORTATION
# NEEDS





www.compasstruckrental.com
*Truck Rental & Leasing*

**COMPASS**
TRUCK RENTAL & LEASING



# COMPASS
### TRUCK RENTAL & LEASING

## IL: 630-286-7240
## TX: 214-396-5942

## www.compasstruckrental.com



**About Us**

At Compass Truck Rental & Leasing, we offer flexible truck rental and leasing solutions that cater around your needs.

We work with both startups and established companies.

**Why Lease with Compass?**

- No maintenance expenses
- Best fit for small and medium companies
- Short lease terms
- Reasonable return conditions
- Always virgin brand tires
- Fast responding billing team
- No CPI related price increases
- Fixed operating costs

**Why Rent with Compass?**

- No overhead
- Newer equipment
- Help address peak season
- No maintenance expenses
- 24/7 call center
- Always virgin tires
- Access to national accounts
- Better driver retention

EXHIBIT C

## Fwd: CPS Statement 09.19. thru 09.25

### Emilijan Asentic

Mon 9/26/2016 8:30 AM

**To:** aleksandra.ascorp@yahoo.com <aleksandra.ascorp@yahoo.com>

📎 4 attachments (69 KB)

ATT00001.htm; AS CORP INC STATEMENT 2016-09-25.pdf; ATT00002.htm; image003.jpg;

ascorpinc.com

Begin forwarded message:

> **From:** Milos Gubic <mgubic@compasspaymentservices.com>
> **Date:** September 26, 2016 at 8:25:23 AM CDT
> **To:** "aleksandra.ascorp@yahoo.com" <aleksandra.ascorp@yahoo.com>,
> "alen.ascorpinc@gmail.com" <alen.ascorpinc@gmail.com>, "as_corp_inc@hotmail.com"
> <as_corp_inc@hotmail.com>, "petar.ascorp@gmail.com" <petar.ascorp@gmail.com>
> **Subject: CPS Statement 09.19. thru 09.25**
>
> Good Morning,
>
> Please find a ached CPS Statement for 09.19. thru 09.25.
>
>
> **Thank you,**
>
> **Milos Gubic**
> **Compass Payment Services LLC**
> **450 W 55th Street Suite 200, Countryside Il 60525**
> **d:630-848-9584 c:708-890-5577 e:mgubic@compasspaymentservices.com**

# CARRIER STATEMENT
## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | |
|---|---|---|---|
| 800689 STEVE & RICHARD | fuel: 24.89, 2.659, 66.19 | Amount: | 66.19 |
| Pilot Travel Center, Evanston, WY | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | 2016-09-20 | Total: | 67.69 |
| 800158 NOUBANI ABDELGHANI | fuel: 82.94, 2.359, 195.68 | Amount: | 195.68 |
| Pilot Travel Center - Road Ranger, Lake Station, IN | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | 2016-09-20 | Total: | 197.18 |
| 800020 KAYSI AND AHMED | | Amount: | 385.00 |
| Comcheck | other: 385.00 | Fee: | 1.50 |
| Unit: 29 | 2016-09-20 | Total: | 386.50 |
| 800689 STEVE & RICHARD | fuel: 65.24, 2.759, 180.00 | Amount: | 230.00 |
| Flying J Travel Plaza, Caldwell, ID | cash: 50.00 | Fee: | 1.50 |
| Unit: 10, PO: AS10 | 2016-09-20 | Total: | 234.00 |
| 800665 YOUNIS YOUSIF | fuel: 113.18, 2.359, 267.00 | Amount: | 267.00 |
| Pilot Travel Center, Braselton, GA | | Fee: | 1.50 |
| Unit: 8, PO: AS8 | 2016-09-20 | Total: | 268.50 |
| 800665 YOUNIS YOUSIF | | Amount: | 10.50 |
| Pilot Travel Center, Braselton, GA | other: 10.50 | Fee: | 1.50 |
| Unit: 8, PO: AS8 | 2016-09-20 | Total: | 12.00 |
| 800057 ERIK BRIDGES | | Amount: | 355.00 |
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 72 | 2016-09-20 | Total: | 356.50 |
| 800172 ANTHONY BILLQUIST | | Amount: | 355.00 |
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 12 | 2016-09-20 | Total: | 356.50 |
| 800703 MILAN SIMONOVIC | | Amount: | 245.00 |
| Comcheck | other: 245.00 | Fee: | 1.50 |
| Unit: 95 | 2016-09-20 | Total: | 246.50 |
| 800727 MILOS NIKOLIC | | Amount: | 205.00 |
| Comcheck | other: 205.00 | Fee: | 1.50 |
| Unit: 99 | 2016-09-20 | Total: | 206.50 |

# CARRIER STATEMENT
## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | |
|---|---|---|---|
| 800804 JOHN ONYIEGO | fuel: 78.06, 2.499, 195.09 | Amount: | 195.09 |
| Flying J Travel Plaza, Union Point, GA | | Fee: | 1.50 |
| Unit: 31, PO: AS31 | 2016-09-21 | Total: | 196.59 |
| 800804 JOHN ONYIEGO | | Amount: | 10.50 |
| Pilot Travel Center, Augusta, GA | other: 10.50 | Fee: | 1.50 |
| Unit: 31, PO: AS31 | 2016-09-21 | Total: | 12.00 |
| 800754 TANNER RIDDLE | fuel: 160.01, 2.459, 393.47 | Amount: | 393.47 |
| Flying J Travel Plaza, Pembroke, NY | | Fee: | 1.50 |
| Unit: 7, PO: AS7 | 2016-09-21 | Total: | 394.97 |
| 800261 MARCIAL LOPEZ | fuel: 125.00, 2.459, 307.38 | Amount: | 457.38 |
| Pilot Travel Center, Perrysburg, OH | cash: 150.00 | Fee: | 1.50 |
| Unit: 9, PO: AS9 | 2016-09-21 | Total: | 461.38 |
| 800792 CURTIS GRAY | | Amount: | 305.00 |
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 48 | 2016-09-21 | Total: | 306.50 |
| 800285 DEAN VERNON | | Amount: | 255.00 |
| Comcheck | other: 255.00 | Fee: | 1.50 |
| Unit: 4 | 2016-09-21 | Total: | 256.50 |
| 800285 DEAN VERNON | | Amount: | 205.00 |
| Comcheck | other: 205.00 | Fee: | 1.50 |
| Unit: 4 | 2016-09-21 | Total: | 206.50 |
| 800347 ALEXIS SANCHEZ | | Amount: | 305.00 |
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 47 | 2016-09-21 | Total: | 306.50 |
| 800400 KELVIN PRICE | | Amount: | 235.00 |
| Comcheck | other: 235.00 | Fee: | 1.50 |
| Unit: 15 | 2016-09-21 | Total: | 236.50 |
| 800653 FNU ULLAH | fuel: 119.04, 2.089, 248.69 | Amount: | 248.69 |
| Flying J Travel Plaza, Ruther Glen, VA | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | 2016-09-21 | Total: | 250.19 |

# CPS

## CARRIER STATEMENT
### AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800537 MILOS KUBUROVIC | | | Amount: | 255.00 |
| Comcheck | other: 255.00 | | Fee: | 1.50 |
| Unit: 88 | | 2016-09-21 | Total: | 256.50 |
| 800653 FNU ULLAH | | | Amount: | 10.50 |
| Flying J Travel Plaza, Ruther Glen, VA | other: 10.50 | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | | 2016-09-21 | Total: | 12.00 |
| 800222 SINISA MARJANOVIC | fuel: 167.85, 2.459, 412.76 | | Amount: | 412.76 |
| Pilot Travel Center, Channahon, IL | | | Fee: | 1.50 |
| Unit: 43, PO: AS43 | | 2016-09-21 | Total: | 414.26 |
| 800689 STEVE & RICHARD | fuel: 135.19, 2.759, 373.00 | | Amount: | 373.00 |
| Flying J Travel Plaza, Caldwell, ID | | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | | 2016-09-21 | Total: | 374.50 |
| 800804 JOHN ONYIEGO | fuel: 85.20, 2.329, 198.44 | | Amount: | 198.44 |
| Pilot Travel Center, Murfreesboro, TN | | | Fee: | 1.50 |
| Unit: 31, PO: AS31 | | 2016-09-21 | Total: | 199.94 |
| 800158 NOUBANI ABDELGHANI | fuel: 107.61, 2.799, 301.20 | | Amount: | 301.20 |
| Pilot Travel Center, Portersville, PA | | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-21 | Total: | 302.70 |
| 800158 NOUBANI ABDELGHANI | | | Amount: | 10.50 |
| Pilot Travel Center, Portersville, PA | other: 10.50 | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-21 | Total: | 12.00 |
| 800323 ISHMAIL | fuel: 162.67, 2.459, 400.01 | | Amount: | 400.01 |
| Pilot Travel Center, Channahon, IL | | | Fee: | 1.50 |
| Unit: 22, PO: AS22 | | 2016-09-21 | Total: | 401.51 |
| 800095 SCOTT ANDERSON | fuel: 137.78, 2.459, 338.82 | | Amount: | 338.82 |
| Pilot Travel Center, Channahon, IL | | | Fee: | 1.50 |
| Unit: 6, PO: AS6 | | 2016-09-21 | Total: | 340.32 |
| 800119 | | | Amount: | 305.00 |
| Comcheck | other: 305.00 | | Fee: | 1.50 |
| Unit: 46 | | 2016-09-21 | Total: | 306.50 |

# CARRIER STATEMENT

## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

---

| 800436 JOHN MARINA | | Amount: | 255.00 |
|---|---|---|---|
| Comcheck | other: 255.00 | Fee: | 1.50 |
| Unit: 26 | 2016-09-21 | Total: | 256.50 |

| 800071 HOSEA HUNT | | Amount: | 355.00 |
|---|---|---|---|
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 77 | 2016-09-21 | Total: | 356.50 |

| 800020 KAYSI AND AHMED | | Amount: | 405.00 |
|---|---|---|---|
| Comcheck | other: 405.00 | Fee: | 1.50 |
| Unit: 29 | 2016-09-21 | Total: | 406.50 |

| 800778 | fuel: 149.77, 2.799, 419.22 | Amount: | 419.22 |
|---|---|---|---|
| Pilot Travel Center, Erie, PA | | Fee: | 1.50 |
| Unit: 19, PO: AS19 | 2016-09-21 | Total: | 420.72 |

| 800083 ALEKSANDAR RADISAVLJEVIC | | Amount: | 255.00 |
|---|---|---|---|
| Comcheck | other: 255.00 | Fee: | 1.50 |
| Unit: 23 | 2016-09-21 | Total: | 256.50 |

| 800246 SINISA MARJANOVIC | fuel: 129.70, 2.369, 307.28 | Amount: | 307.28 |
|---|---|---|---|
| Flying J Travel Plaza, West Memphis, AR | | Fee: | 1.50 |
| Unit: 41, PO: AS41 | 2016-09-21 | Total: | 308.78 |

| 800689 STEVE & RICHARD | fuel: 78.19, 2.659, 207.93 | Amount: | 207.93 |
|---|---|---|---|
| Flying J Travel Plaza, Evanston, WY | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | 2016-09-22 | Total: | 209.43 |

| 800665 YOUNIS YOUSIF | fuel: 181.43, 2.359, 428.01 | Amount: | 428.01 |
|---|---|---|---|
| Pilot Travel Center, Hebron, IN | | Fee: | 1.50 |
| Unit: 8, PO: AS8 | 2016-09-22 | Total: | 429.51 |

| 800804 JOHN ONYIEGO | fuel: 81.61, 2.359, 192.52 | Amount: | 192.52 |
|---|---|---|---|
| Flying J Travel Plaza, Hebron, IN | | Fee: | 1.50 |
| Unit: 31, PO: AS31 | 2016-09-22 | Total: | 194.02 |

| 800754 TANNER RIDDLE | fuel: 210.77, 2.329, 490.89 | Amount: | 490.89 |
|---|---|---|---|
| Pilot Travel Center, Lavergne, TN | | Fee: | 1.50 |
| Unit: 7, PO: AS7 | 2016-09-22 | Total: | 492.39 |

# CARRIER STATEMENT

## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | |
|---|---|---|---|
| 800501 SASA PAVLOVIC | fuel: 111.93, 2.459, 275.26 | Amount: | 275.26 |
| Pilot Travel Center, Bloomington, IL | | Fee: | 1.50 |
| Unit: 32, PO: AS32 | 2016-09-22 | Total: | 276.76 |
| 800210 SINISA MARJANOVIC | fuel: 151.61, 2.399, 363.71 | Amount: | 363.71 |
| Pilot Travel Center, Joliet, IL | | Fee: | 1.50 |
| Unit: 44, PO: AS44 | 2016-09-22 | Total: | 365.21 |
| 800689 STEVE & RICHARD | fuel: 90.45, 2.399, 217.00 | Amount: | 217.00 |
| Flying J Travel Plaza, Cheyenne, WY | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | 2016-09-22 | Total: | 218.50 |
| 800653 FNU ULLAH | fuel: 99.12, 2.259, 223.92 | Amount: | 223.92 |
| Pilot Travel Center, Clinton, SC | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | 2016-09-22 | Total: | 225.42 |
| 800653 FNU ULLAH | | Amount: | 10.50 |
| Pilot Travel Center, Clinton, SC | other: 10.50 | Fee: | 1.50 |
| Unit: 25, PO: AS25 | 2016-09-22 | Total: | 12.00 |
| 800145 JOHAR PILTO | fuel: 128.84, 2.459, 316.83 | Amount: | 316.83 |
| Pilot Travel Center, Channahon, IL | | Fee: | 1.50 |
| Unit: 21, PO: AS21 | 2016-09-22 | Total: | 318.33 |
| 800374 BRIAN HARRIS | fuel: 161.18, 2.459, 396.35 | Amount: | 396.35 |
| Pilot Travel Center, Troy, IL | | Fee: | 1.50 |
| | 2016-09-22 | Total: | 397.85 |
| 800145 JOHAR PILTO | | Amount: | 200.00 |
| Pilot Travel Center, Channahon, IL | cash: 200.00 | Fee: | 0.00 |
| Unit: 21, PO: AS21 | 2016-09-22 | Total: | 202.50 |
| 800261 MARCIAL LOPEZ | fuel: 5.43, 2.799, 15.22 | Amount: | 15.22 |
| Pilot Travel Center, Portersville, PA | | Fee: | 1.50 |
| Unit: 9, PO: AS9 | 2016-09-22 | Total: | 16.72 |
| 800261 MARCIAL LOPEZ | fuel: 135.00, 2.799, 377.87 | Amount: | 377.87 |
| Pilot Travel Center, Portersville, PA | | Fee: | 1.50 |
| Unit: 9, PO: AS9 | 2016-09-22 | Total: | 379.37 |

# CARRIER STATEMENT

## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800424 ALEKSANDAR MARKOVIC | fuel: 189.32, 2.459, 465.55 | | Amount: | 465.55 |
| Pilot Travel Center - Road Ranger, McLean, IL | | | Fee: | 1.50 |
| Unit: 14, PO: AS14 | | 2016-09-22 | Total: | 467.05 |
| 800158 NOUBANI ABDELGHANI | | | Amount: | 10.50 |
| Flying J Travel Plaza, Ruther Glen, VA | other: 10.50 | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-22 | Total: | 12.00 |
| 800158 NOUBANI ABDELGHANI | fuel: 115.30, 2.139, 246.63 | | Amount: | 246.63 |
| Flying J Travel Plaza, Ruther Glen, VA | | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-22 | Total: | 248.13 |
| 800362 TIMOTHY & FELICIA | fuel: 146.87, 2.599, 381.72 | | Amount: | 381.72 |
| Pilot Travel Center, Fernley, NV | | | Fee: | 1.50 |
| Unit: 16, PO: AS16 | | 2016-09-22 | Total: | 383.22 |
| 800119 | fuel: 140.08, 2.499, 350.07 | | Amount: | 350.07 |
| Pilot Travel Center, Walcott, IA | | | Fee: | 1.50 |
| Unit: 46, PO: AS46 | | 2016-09-22 | Total: | 351.57 |
| 800741 Rafet/Romel | fuel: 179.60, 2.439, 438.06 | | Amount: | 438.06 |
| Pilot Travel Center - Road Ranger, Tuscola, IL | | | Fee: | 1.50 |
| Unit: 64, PO: AS64 | | 2016-09-22 | Total: | 439.56 |
| 800095 SCOTT ANDERSON | fuel: 133.51, 2.099, 280.24 | | Amount: | 280.24 |
| Flying J Travel Plaza, Anna, TX | | | Fee: | 1.50 |
| Unit: 6, PO: AS6 | | 2016-09-22 | Total: | 281.74 |
| 800689 STEVE & RICHARD | fuel: 102.06, 2.659, 271.39 | | Amount: | 271.39 |
| Flying J Travel Plaza, Rock Springs, WY | | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | | 2016-09-23 | Total: | 272.89 |
| 800246 SINISA MARJANOVIC | fuel: 131.74, 2.369, 312.09 | | Amount: | 312.09 |
| Pilot Travel Center, West Memphis, AR | | | Fee: | 1.50 |
| Unit: 41, PO: AS41 | | 2016-09-23 | Total: | 313.59 |
| 800703 MILAN SIMONOVIC | | | Amount: | 244.00 |
| Comcheck | other: 244.00 | | Fee: | 1.50 |
| Unit: 95 | | 2016-09-23 | Total: | 245.50 |

# CARRIER STATEMENT
## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| 800107 ROBERTO MEDINA | | Amount: | 305.00 |
|---|---|---|---|
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 11 | 2016-09-23 | Total: | 306.50 |

| 800398 EDRIS APPLEWHITE | | Amount: | 330.00 |
|---|---|---|---|
| Comcheck | other: 330.00 | Fee: | 1.50 |
| Unit: 17 | 2016-09-23 | Total: | 331.50 |

| 800172 ANTHONY BILLQUIST | | Amount: | 355.00 |
|---|---|---|---|
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 12 | 2016-09-23 | Total: | 356.50 |

| 800273 BRIAN WHITTED | | Amount: | 305.00 |
|---|---|---|---|
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 28 | 2016-09-23 | Total: | 306.50 |

| 800400 KELVIN PRICE | | Amount: | 305.00 |
|---|---|---|---|
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 15 | 2016-09-23 | Total: | 306.50 |

| 800057 ERIK BRIDGES | | Amount: | 355.00 |
|---|---|---|---|
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 72 | 2016-09-23 | Total: | 356.50 |

| 800727 MILOS NIKOLIC | | Amount: | 305.00 |
|---|---|---|---|
| Comcheck | other: 305.00 | Fee: | 1.50 |
| Unit: 99 | 2016-09-23 | Total: | 306.50 |

| 800436 JOHN MARINA | | Amount: | 405.00 |
|---|---|---|---|
| Comcheck | other: 405.00 | Fee: | 1.50 |
| Unit: 26 | 2016-09-23 | Total: | 406.50 |

| 800083 ALEKSANDAR RADISAVLJEVIC | | Amount: | 355.00 |
|---|---|---|---|
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 23 | 2016-09-23 | Total: | 356.50 |

| 800020 KAYSI AND AHMED | | Amount: | 375.00 |
|---|---|---|---|
| Comcheck | other: 375.00 | Fee: | 1.50 |
| Unit: 29 | 2016-09-23 | Total: | 376.50 |

# CPS

## CARRIER STATEMENT
### AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800792 CURTIS GRAY | | | Amount: | 330.00 |
| Comcheck | other: 330.00 | | Fee: | 1.50 |
| Unit: 48 | | 2016-09-23 | Total: | 331.50 |
| 800071 HOSEA HUNT | | | Amount: | 355.00 |
| Comcheck | other: 355.00 | | Fee: | 1.50 |
| Unit: 77 | | 2016-09-23 | Total: | 356.50 |
| 800273 BRIAN WHITTED | | | Amount: | 280.00 |
| Comcheck | other: 280.00 | | Fee: | 1.50 |
| Unit: 28 | | 2016-09-23 | Total: | 281.50 |
| 800323 ISHMAIL | fuel: 158.01, 2.459, 388.55 | | Amount: | 388.55 |
| Flying J Travel Plaza, Hope Hull, AL | | | Fee: | 1.50 |
| Unit: 22, PO: AS22 | | 2016-09-23 | Total: | 390.05 |
| 800020 KAYSI AND AHMED | | | Amount: | 722.50 |
| Comcheck | other: 722.50 | | Fee: | 1.50 |
| Unit: 29 | | 2016-09-23 | Total: | 724.00 |
| 800362 TIMOTHY & FELICIA | fuel: 142.65, 2.659, 379.31 | | Amount: | 379.31 |
| Flying J Travel Plaza, Rawlins, WY | | | Fee: | 1.50 |
| Unit: 16, PO: AS16 | | 2016-09-23 | Total: | 380.81 |
| 800107 ROBERTO MEDINA | | | Amount: | 355.00 |
| Comcheck | other: 355.00 | | Fee: | 1.50 |
| Unit: 11 | | 2016-09-23 | Total: | 356.50 |
| 800261 MARCIAL LOPEZ | fuel: 100.00, 2.399, 239.91 | | Amount: | 239.91 |
| Pilot Travel Center, Austintown, OH | | | Fee: | 1.50 |
| Unit: 9, PO: AS9 | | 2016-09-23 | Total: | 241.41 |
| 800398 EDRIS APPLEWHITE | | | Amount: | 305.00 |
| Comcheck | other: 305.00 | | Fee: | 1.50 |
| Unit: 17 | | 2016-09-23 | Total: | 306.50 |
| 800804 JOHN ONYIEGO | fuel: 84.18, 2.559, 215.44 | | Amount: | 215.44 |
| Pilot Travel Center, Franksville, WI | | | Fee: | 1.50 |
| Unit: 31, PO: AS31 | | 2016-09-23 | Total: | 216.94 |

# CPS

## CARRIER STATEMENT
### AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | |
|---|---|---|---|
| 800653 FNU ULLAH | fuel: 132.22, 2.359, 311.93 | Amount: | 311.93 |
| Pilot Travel Center, Remington, IN | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | | 2016-09-23 | Total: | 313.43 |
| 800703 MILAN SIMONOVIC | fuel: 155.37, 2.459, 382.06 | Amount: | 382.06 |
| Pilot Travel Center, Channahon, IL | | Fee: | 1.50 |
| Unit: 95, PO: AS95 | | 2016-09-23 | Total: | 383.56 |
| 800424 ALEKSANDAR MARKOVIC | fuel: 152.60, 2.199, 335.58 | Amount: | 335.58 |
| Flying J Travel Plaza, Dallas, TX | | Fee: | 1.50 |
| Unit: 14, PO: AS14 | | 2016-09-23 | Total: | 337.08 |
| 800754 TANNER RIDDLE | fuel: 172.79, 2.459, 424.90 | Amount: | 424.90 |
| Pilot Travel Center, Gilman, IL | | Fee: | 1.50 |
| Unit: 7, PO: AS7 | | 2016-09-23 | Total: | 426.40 |
| 800689 STEVE & RICHARD | fuel: 145.47, 2.399, 349.00 | Amount: | 349.00 |
| Pilot Travel Center, Brooklyn, IA | | Fee: | 1.50 |
| Unit: 10, PO: AS10 | | 2016-09-23 | Total: | 350.50 |
| 800741 Rafet/Romel | fuel: 163.86, 2.199, 360.34 | Amount: | 360.34 |
| Pilot Travel Center, Caddo Mills, TX | | Fee: | 1.50 |
| Unit: 64, PO: AS64 | | 2016-09-23 | Total: | 361.84 |
| 800362 TIMOTHY & FELICIA | fuel: 163.52, 2.499, 408.65 | Amount: | 408.65 |
| Pilot Travel Center, Atalissa, IA | | Fee: | 1.50 |
| Unit: 16, PO: AS16 | | 2016-09-24 | Total: | 410.15 |
| 800145 JOHAR PILTO | fuel: 141.64, 2.799, 396.47 | Amount: | 428.47 |
| Pilot Travel Center, DuBois, PA | cash: 32.00 | Fee: | 1.50 |
| Unit: 21, PO: AS21 | | 2016-09-24 | Total: | 432.47 |
| 800044 CURTIS GRAY | fuel: 140.86, 2.359, 332.31 | Amount: | 332.31 |
| Pilot Travel Center, Highland, IN | | Fee: | 1.50 |
| Unit: 48, PO: AS48 | | 2016-09-24 | Total: | 333.81 |
| 800778 | fuel: 110.79, 2.399, 265.80 | Amount: | 265.80 |
| Pilot Travel Center, Joliet, IL | | Fee: | 1.50 |
| Unit: 19, PO: AS19 | | 2016-09-24 | Total: | 267.30 |

# CPS

## CARRIER STATEMENT

### AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800020 KAYSI AND AHMED | fuel: 168.37, 2.439, 410.66 | | Amount: | 410.66 |
| Pilot Travel Center, Wildwood, GA | | | Fee: | 1.50 |
| Unit: 29, PO: AS29 | | 2016-09-24 | Total: | 412.16 |
| 800158 NOUBANI ABDELGHANI | fuel: 163.23, 2.759, 450.36 | | Amount: | 650.36 |
| Flying J Travel Plaza, New Milford, PA | cash: 200.00 | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-24 | Total: | 654.36 |
| 800158 NOUBANI ABDELGHANI | | | Amount: | 11.00 |
| Flying J Travel Plaza, New Milford, PA | other: 11.00 | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-24 | Total: | 12.50 |
| 800424 ALEKSANDAR MARKOVIC | fuel: 166.87, 2.329, 388.66 | | Amount: | 388.66 |
| Flying J Travel Plaza, Wytheville, VA | | | Fee: | 1.50 |
| Unit: 14, PO: AS14 | | 2016-09-24 | Total: | 390.16 |
| 800172 ANTHONY BILLQUIST | | | Amount: | 355.00 |
| Comcheck | other: 355.00 | | Fee: | 1.50 |
| Unit: 12 | | 2016-09-24 | Total: | 356.50 |
| 800057 ERIK BRIDGES | | | Amount: | 405.00 |
| Comcheck | other: 405.00 | | Fee: | 1.50 |
| Unit: 72 | | 2016-09-24 | Total: | 406.50 |
| 800285 DEAN VERNON | | | Amount: | 134.07 |
| Comcheck | other: 134.07 | | Fee: | 1.50 |
| Unit: 4 | | 2016-09-24 | Total: | 135.57 |
| 800285 DEAN VERNON | | | Amount: | 355.00 |
| Comcheck | other: 355.00 | | Fee: | 1.50 |
| Unit: 4 | | 2016-09-24 | Total: | 356.50 |
| 800273 BRIAN WHITTED | | | Amount: | 255.00 |
| Comcheck | other: 255.00 | | Fee: | 1.50 |
| Unit: 28 | | 2016-09-24 | Total: | 256.50 |
| 800119 | fuel: 150.11, 2.359, 354.11 | | Amount: | 354.11 |
| Pilot Travel Center, South Bend, IN | | | Fee: | 1.50 |
| Unit: 46, PO: AS46 | | 2016-09-24 | Total: | 355.61 |

# CPS

## CARRIER STATEMENT

### AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | |
|---|---|---|---|
| 800653 FNU ULLAH | fuel: 95.02, 2.339, 222.26 | Amount: | 222.26 |
| Pilot Travel Center, Corbin, KY | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | 2016-09-24 | Total: | 223.76 |
| 800727 MILOS NIKOLIC | | Amount: | 610.00 |
| Comcheck | other: 610.00 | Fee: | 1.50 |
| Unit: 99 | 2016-09-24 | Total: | 611.50 |
| 800703 MILAN SIMONOVIC | fuel: 140.75, 2.099, 295.45 | Amount: | 295.45 |
| Flying J Travel Plaza, Anna, TX | | Fee: | 1.50 |
| Unit: 95, PO: AS95 | 2016-09-24 | Total: | 296.95 |
| 800071 HOSEA HUNT | | Amount: | 11.00 |
| Pilot Travel Center, Walcott, IA | other: 10.28 | Fee: | 1.50 |
| Unit: 77, PO: AS77 | 2016-09-24 | Total: | 12.50 |
| 800741 Rafet/Romel | fuel: 151.04, 2.439, 368.41 | Amount: | 368.41 |
| Flying J Travel Plaza, Mt. Vernon, IL | | Fee: | 1.50 |
| Unit: 64, PO: AS64 | 2016-09-24 | Total: | 369.91 |
| 800145 JOHAR PILTO | | Amount: | 170.00 |
| Comcheck | other: 170.00 | Fee: | 1.50 |
| Unit: 21 | 2016-09-24 | Total: | 171.50 |
| 800285 DEAN VERNON | | Amount: | 355.00 |
| Comcheck | other: 355.00 | Fee: | 1.50 |
| Unit: 4 | 2016-09-24 | Total: | 356.50 |
| 800362 TIMOTHY & FELICIA | fuel: 160.91, 2.359, 379.59 | Amount: | 379.59 |
| Flying J Travel Plaza, Big Springs, NE | | Fee: | 1.50 |
| Unit: 16, PO: AS16 | 2016-09-25 | Total: | 381.09 |
| 800071 HOSEA HUNT | | Amount: | 11.00 |
| Pilot Travel Center - Road Ranger, Lake Station, IN | other: 11.00 | Fee: | 1.50 |
| Unit: 77, PO: AS77 | 2016-09-25 | Total: | 12.50 |
| 800071 HOSEA HUNT | fuel: 179.01, 2.359, 422.29 | Amount: | 441.54 |
| Pilot Travel Center - Road Ranger, Lake Station, IN | other: 17.99 | Fee: | 1.50 |
| Unit: 77, PO: AS77 | 2016-09-25 | Total: | 443.04 |

# CARRIER STATEMENT

## AS CORP INC

| | | |
|---|---|---|
| Date | | 2016-09-25 |
| Total | | $ 37824.39 |
| Purchases | | $ 37623.39 |
| Credits | | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800261 MARCIAL LOPEZ | fuel: 100.00, 2.359, 235.90 | | Amount: | 235.90 |
| Pilot Travel Center, Tom's Brook, VA | | | Fee: | 1.50 |
| Unit: 9, PO: AS9 | | 2016-09-25 | Total: | 237.40 |
| 800158 NOUBANI ABDELGHANI | fuel: 100.87, 2.329, 234.93 | | Amount: | 434.93 |
| Flying J Travel Plaza, Wytheville, VA | cash: 200.00 | | Fee: | 1.50 |
| Unit: 49, PO: AS49 | | 2016-09-25 | Total: | 438.93 |
| 800703 MILAN SIMONOVIC | | | Amount: | 11.00 |
| Flying J Travel Plaza, Texarkana, AR | other: 11.00 | | Fee: | 1.50 |
| Unit: 95, PO: AS95 | | 2016-09-25 | Total: | 12.50 |
| 800398 EDRIS APPLEWHITE | | | Amount: | 330.00 |
| Comcheck | other: 330.00 | | Fee: | 1.50 |
| Unit: 17 | | 2016-09-25 | Total: | 331.50 |
| 800273 BRIAN WHITTED | | | Amount: | 593.00 |
| Comcheck | other: 593.00 | | Fee: | 1.50 |
| Unit: 28 | | 2016-09-25 | Total: | 594.50 |
| 800741 Rafet/Romel | fuel: 179.93, 2.399, 431.67 | | Amount: | 431.67 |
| Pilot Travel Center, North Little Rock, AR | | | Fee: | 1.50 |
| Unit: 64, PO: AS64 | | 2016-09-25 | Total: | 433.17 |
| 800020 KAYSI AND AHMED | | | Amount: | 11.00 |
| Flying J Travel Plaza, Birmingham, AL | other: 11.00 | | Fee: | 1.50 |
| Unit: 29, PO: AS29 | | 2016-09-25 | Total: | 12.50 |
| 800537 MILOS KUBUROVIC | fuel: 258.99, 2.199, 569.54 | | Amount: | 569.54 |
| Pilot Travel Center, Kearney, MO | | | Fee: | 1.50 |
| Unit: 88, PO: AS88 | | 2016-09-25 | Total: | 571.04 |
| 800273 BRIAN WHITTED | | | Amount: | 275.34 |
| Comcheck | other: 275.34 | | Fee: | 1.50 |
| Unit: 28 | | 2016-09-25 | Total: | 276.84 |
| 800703 MILAN SIMONOVIC | fuel: 139.31, 2.299, 320.28 | | Amount: | 320.28 |
| Flying J Travel Plaza, Matthews, MO | | | Fee: | 1.50 |
| Unit: 95, PO: AS95 | | 2016-09-25 | Total: | 321.78 |

# CARRIER STATEMENT
## AS CORP INC

| | |
|---|---|
| Date | 2016-09-25 |
| Total | $ 37824.39 |
| Purchases | $ 37623.39 |
| Credits | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 800323 ISHMAIL | fuel: 78.75, 2.499, 196.82 | | Amount: | 196.82 |
| Pilot Travel Center - Road Ranger, Chicago, IL | | | Fee: | 1.50 |
| Unit: 22, PO: AS22 | | 2016-09-25 | Total: | 198.32 |
| 800119 | fuel: 130.41, 2.699, 352.00 | | Amount: | 352.00 |
| Flying J Travel Plaza, Frystown, PA | | | Fee: | 1.50 |
| Unit: 46, PO: AS46 | | 2016-09-25 | Total: | 353.50 |
| 800653 FNU ULLAH | fuel: 129.38, 2.329, 301.34 | | Amount: | 301.34 |
| Flying J Travel Plaza, Fort Chiswell, VA | | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | | 2016-09-25 | Total: | 302.84 |
| 800653 FNU ULLAH | | | Amount: | 11.00 |
| Flying J Travel Plaza, Fort Chiswell, VA | other: 11.00 | | Fee: | 1.50 |
| Unit: 25, PO: AS25 | | 2016-09-25 | Total: | 12.50 |
| 800653 FNU ULLAH | | | Amount: | 559.22 |
| Comcheck | other: 559.22 | | Fee: | 1.50 |
| Unit: 25 | | 2016-09-25 | Total: | 560.72 |

**RE: Reserve**

Amanda Oliveras <Aoliveras@compassfs.net>
Wed 4/26/2017 9:25 AM
**To:** Emilijan Asentic <as_corp_inc@hotmail.com>; mgubic@compasspaymentservices.com <mgubic@compasspaymentservices.com>

1 attachments (182 KB)
as corp inc payment agreement.pdf;

Good morning Emilijan,

Can you please have the attached signed and sent back to us. It lists the current amount that you have open with CPS and that you are agreeing to allow us to take 15% of the invoices to have it sent to CPS.

Please let me know if you have any questions.

Thank you,


Amanda Oliveras
TEL: (844) 899-8092 ext. 8442
DIRECT: (630) 568-6536
FAX: (888) 908-8002

115 W 55th Street, Suite 301, Clarendon Hills, IL 60514
**The information contained in this electronic communication and any accompanying document is confidential, and is intended only for the use of the addressee. It is the property of Compass Funding Solutions LLC. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Compass Funding Solutions LLC disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly there from**



**115 55th St. Suite 301. Clarendon Hills, IL  60514   Tel: 844-899-8092     Fax: 888-908-8002   www.compassfs.net**

## PAYMENT PLAN AND STAY OF LITIGATION

**THIS AGREEMENT** (the "Agreement") is entered into this <u>25th</u> day of <u>April</u> 2017 by and between Compass Funding Solutions, LLC, an Illinois limited liability company with an office located at 115 55th St. Suite 301, Clarendon Hills, IL 60514 (hereinafter "Purchaser") and <u>AS CORP. INC.</u>, an <u>IL</u> company with an office located at <u>13520 S Bulder Rd.</u> <u>Plainfield, IL 60544</u> (hereinafter "Seller" or Debtor"), collectively the "Parties".

**WHEREAS** Seller and Purchaser entered into a Factoring and Security Agreement (hereinafter the "FAS Agreement") dated <u>October 19, 2016</u> wherein Seller agreed to sell to Purchaser and Purchaser agreed to purchase from Seller, Seller's accounts receivable for a fee and pursuant to other specific terms and conditions of the FAS Agreement, specifically in regards to 2.4.1 stating, "Each Fuel Advance made by Purchaser under this Agreement shall be due and payable to Purchaser in cash on or before the seventh (7th) day after such fuel Advance is made to Seller,"  and where <u>Emilijan</u> <u>Asentic</u>, (the "Guarantor"), guaranteed Seller's performance of the FAS Agreement in the event Seller should default on the FAS Agreement;

**WHEREAS** Seller and Guarantor agree and admit that Seller is in default of the FAS Agreement, has not abided by its terms and conditions, and currently owes Purchaser the undisputed amount of $<u>293,543.44*</u>;

**WHEREAS** Purchaser, pursuant to the FAS Agreement is entitled to take legal action against Seller and/or Guarantor for Seller's default of the FAS Agreement, but hereby agrees to stay the commencement of litigation against Seller should Seller abide by the following payment terms:

For good and valuable consideration, receipt of which Seller hereby acknowledges, the Parties agree as follows:

1.    <u>Payment Plan</u> - Seller shall pay to Purchaser the now due and owing outstanding balance of <u>$293,543.44*</u>, plus accruing interest pursuant to the terms and conditions of the FAS Agreement. Payments shall be made in weekly installment(s) of 15% of the total incoming invoices (the "Payment") and shall commence on <u>4/28/2017</u>. Seller will continue to pay the Payment to Purchaser every <u>week</u>, until the aforementioned balance and all accruing interest, fees and costs are paid in full, or until such other time as the Parties mutually agree in writing. LATE PAYMENTS WILL NOT BE ACCEPTED. NO EXCEPTIONS!

2.    <u>Stay of Litigation</u> - In exchange for the above referenced payment plan, Purchaser shall refrain from taking any legal action in a court of law to collect said debt. Should Seller default in the terms and conditions of this Agreement, Purchaser may immediately terminate this Agreement and pursue all of its remedies at law without further notice to Seller or Guarantor under the FAS Agreement and/or this Agreement.

3.    <u>Miscellaneous</u> - Seller gives Purchaser the authority to continue debiting its account for the above referenced Payment pursuant to the terms and conditions of the FAS Agreement, unless Seller chooses to pay Purchaser in another manner. All other terms and conditions of the FAS Agreement shall apply to this Agreement and the Parties without waiver or modification by the Parties except as is specifically set forth herein. Should there be any conflict between this Agreement and the FAS Agreement, the FAS Agreement shall govern.

**Seller**: AS CORP. INC.                                            **Purchaser**: Compass Funding Solutions, LLC

By: _____          By: _____

**Guarantor**: _____

**Guarantor's Name**: <u>Emilijan Asentic</u>

* indicates the amount is subject to change based on the usage of the Compass Payment Services fuel card.

**RE: Reserve**

Amanda Oliveras <Aoliveras@compassfs.net>
Thu 4/27/2017 11:35 AM
**To:** Emilijan Asentic <AS_CORP_INC@hotmail.com>; mgubic@compasspaymentservices.com <mgubic@compasspaymentservices.com>

📎 1 attachments (182 KB)
as corp inc payment agreement (REVISED).pdf;

Emilijan,

A  ached is the payment agreement we spoke about, over the phone. Please sign the a  ached, and get it back to me, as soon as you can.

Thank you,

**Amanda Oliveras**
**TEL:** *(844) 899-8092 ext. 8442*
**DIRECT:** *(630) 568-6536*
**FAX:** *(888) 908-8002*



115 W 55ᵗʰ Street, Suite 301, Clarendon Hills, IL 60514

*\*\*The information contained in this electronic communication and any accompanying document is confidential, and is intended only for the use of the addressee. It is the property of Compass Funding Solutions LLC. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Compass Funding Solutions LLC disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly there from\*\**

---

**From:** Emilijan Asenc [mailt  o:AS_CORP_INC@hotmail.com]
**Sent:** Wednesday, April 26, 2017 12:56 PM
**To:** Amanda Oliveras <Aoliveras@compassfs.net>; mgubic@compasspaymentservices.com
**Subject:** Re: Reserve

So you guys know what I was dealing with in past 3 months maybe you will understand more

In January I had DOT inspection for 3 weeks and I lost close to 10 drivers because they told me to fire them and on top losing drivers I had to pay lawyers to defend me in front of DOT $20,000

March I had to pay $60,000 for truck registration and $15,000 for highway use taxes so I had to take loan from Risinger to pay for it and I paid them back everything. This is 4th week from truck registration and I just got all my bills paid.I paid all my truck payments with you guys and insurance was paid too.

Last 3 weeks I paid my fuel bill in full and you can see how much I paid back from reserve to CPS

I have will to pay my bills and bring to $0 I am not avoiding paying it I just need some room to make so I can pay my drivers and to be able to pay my insurance and etc

What I offer is close to $50,000 a month by increasing my reserve to pay it off and I will stand behind it so 30% will keep me in business and pay you guys off with in couple of months so I am asking to just be pation with me this will be over soon and I will be back to $0 own to Compass

Emilijan Asentic
President
AS Corp,Inc.
13520 S Budler Rd
Plainfield,IL 60544
Cell # 708-287-0669
Office # 815-556-8782
Fax # 815-556-8001
http://ascorpinc.com



---

**From:** Amanda Oliveras <Aoliveras@compassfs.net>
**Sent:** Wednesday, April 26, 2017 9:24 AM

**To:** Emilijan Asenc;   mgubic@compasspaymentservices.com
**Subject:** RE: Reserve

Good morning Emilijan,

Can you please have the attached signed and sent back to us. It lists the current amount that you have open with CPS and that you are agreeing to allow us to take 15% of the invoices to have it sent to CPS.

Please let me know if you have any questions.

Thank you,


Amanda Oliveras
TEL: (844) 899-8092 ext. 8442
DIRECT: (630) 568-6536
FAX: (888) 908-8002

115 W 55th Street, Suite 301, Clarendon Hills, IL 60514
**The information contained in this electronic communication and any accompanying document is confidential, and is intended only for the use of the addressee. It is the property of Compass Funding Solutions LLC. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and Compass Funding Solutions LLC disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly there from**


-----Original Message-----
From: Emilijan Asentic [mailto:as_corp_inc@hotmail.com]
Sent: Tuesday, April 25, 2017 9:22 AM
To: Amanda Oliveras <Aoliveras@compassfs.net>; mgubic@compasspaymentservices.com
Subject: Reserve

Please transfer my reserve to CPS and increase from 10% to 15%

ascorpinc.com



**115 55th St. Suite 301. Clarendon Hills, IL 60514   Tel: 844-899-8092    Fax: 888-908-8002   www.compassfs.net**

<u>PAYMENT PLAN AND STAY OF LITIGATION</u>

**THIS AGREEMENT** (the "Agreement") is entered into this <u>27th</u> day of <u>April</u> 2017 by and between Compass Funding Solutions, LLC, an Illinois limited liability company with an office located at 115 55th St. Suite 301, Clarendon Hills, IL 60514 (hereinafter "Purchaser") and <u>AS CORP. INC.</u>, an <u>IL</u> company with an office located at <u>13520 S Bulder Rd. Plainfield, IL 60544</u> (hereinafter "Seller" or Debtor"), collectively the "Parties".

**WHEREAS** Seller and Purchaser entered into a Factoring and Security Agreement (hereinafter the "FAS Agreement") dated <u>October 19, 2016</u> wherein Seller agreed to sell to Purchaser and Purchaser agreed to purchase from Seller, Seller's accounts receivable for a fee and pursuant to other specific terms and conditions of the FAS Agreement, specifically in regards to 2.4.1 stating, "Each Fuel Advance made by Purchaser under this Agreement shall be due and payable to Purchaser in cash on or before the seventh (7th) day after such fuel Advance is made to Seller," and where <u>Emilijan Asentic</u>, (the "Guarantor"), guaranteed Seller's performance of the FAS Agreement in the event Seller should default on the FAS Agreement;

**WHEREAS** Seller and Guarantor agree and admit that Seller is in default of the FAS Agreement, has not abided by its terms and conditions, and currently owes Purchaser the undisputed amount of $<u>293,543.44*</u>;

**WHEREAS** Purchaser, pursuant to the FAS Agreement is entitled to take legal action against Seller and/or Guarantor for Seller's default of the FAS Agreement, but hereby agrees to stay the commencement of litigation against Seller should Seller abide by the following payment terms:

For good and valuable consideration, receipt of which Seller hereby acknowledges, the Parties agree as follows:

1.    <u>Payment Plan</u> - Seller shall pay to Purchaser the now due and owing outstanding balance of $<u>293,543.44*</u>, plus accruing interest pursuant to the terms and conditions of the FAS Agreement. Payments shall be made in weekly installment(s) of $15,000.00 (the "Payment") and shall commence on <u>5/01/2017</u>. Seller will continue to pay the Payment to Purchaser every <u>week</u>, until the aforementioned balance and all accruing interest, fees and costs are paid in full, or until such other time as the Parties mutually agree in writing. LATE PAYMENTS WILL NOT BE ACCEPTED. NO EXCEPTIONS!

2.    <u>Stay of Litigation</u> - In exchange for the above referenced payment plan, Purchaser shall refrain from taking any legal action in a court of law to collect said debt. Should Seller default in the terms and conditions of this Agreement, Purchaser may immediately terminate this Agreement and pursue all of its remedies at law without further notice to Seller or Guarantor under the FAS Agreement and/or this Agreement.

3.    <u>Miscellaneous</u> - Seller gives Purchaser the authority to continue debiting its account for the above referenced Payment pursuant to the terms and conditions of the FAS Agreement, unless Seller chooses to pay Purchaser in another manner. All other terms and conditions of the FAS Agreement shall apply to this Agreement and the Parties without waiver or modification by the Parties except as is specifically set forth herein. Should there be any conflict between this Agreement and the FAS Agreement, the FAS Agreement shall govern.

**Seller**: AS CORP. INC.                                              **Purchaser**: Compass Funding Solutions, LLC

By: _____                By: _____

**Guarantor**: _____

**Guarantor's Name**: <u>Emilijan Asentic</u>

* indicates the amount is subject to change based on the usage of the Compass Payment Services fuel card.



**115 55th St. Suite 301. Clarendon Hills, IL 60514  Tel: 844-899-8092    Fax: 888-908-8002  www.compassfs.net**

## PAYMENT PLAN AND STAY OF LITIGATION

**THIS AGREEMENT** (the "Agreement") is entered into this 1st day of May 2017 by and between Compass Funding Solutions, LLC, an Illinois limited liability company with an office located at 115 55th St. Suite 301, Clarendon Hills, IL 60514 (hereinafter "Purchaser") and AS CORP. INC., an IL company with an office located at 13520 S Bulder Rd. Plainfield, IL 60544 (hereinafter "Seller" or Debtor"), collectively the "Parties".

**WHEREAS** Seller and Purchaser entered into a Factoring and Security Agreement (hereinafter the "FAS Agreement") dated October 19, 2016 wherein Seller agreed to sell to Purchaser and Purchaser agreed to purchase from Seller, Seller's accounts receivable for a fee and pursuant to other specific terms and conditions of the FAS Agreement, specifically in regards to 2.4.1 stating, "Each Fuel Advance made by Purchaser under this Agreement shall be due and payable to Purchaser in cash on or before the seventh (7th) day after such fuel Advance is made to Seller," and where Emilijan Asentic, (the "Guarantor"), guaranteed Seller's performance of the FAS Agreement in the event Seller should default on the FAS Agreement;

**WHEREAS** Seller and Guarantor agree and admit that Seller is in default of the FAS Agreement, has not abided by its terms and conditions, and currently owes Purchaser the undisputed amount of $293,543.44*;

**WHEREAS** Purchaser, pursuant to the FAS Agreement is entitled to take legal action against Seller and/or Guarantor for Seller's default of the FAS Agreement, but hereby agrees to stay the commencement of litigation against Seller should Seller abide by the following payment terms:

For good and valuable consideration, receipt of which Seller hereby acknowledges, the Parties agree as follows:

1.      Payment Plan - Seller shall pay to Purchaser the now due and owing outstanding balance of $293,543.44*, plus accruing interest pursuant to the terms and conditions of the FAS Agreement. Payments shall be made in weekly installment(s) of $15,000.00 (the "Payment") and shall commence on 5/01/2017. Seller will continue to pay the Payment to Purchaser every week, until the aforementioned balance, fees and costs are paid in full, along with all accruing interest at 1.5% every week of the current balance, or until such other time as the Parties mutually agree in writing. LATE PAYMENTS WILL NOT BE ACCEPTED. NO EXCEPTIONS!

2.      Stay of Litigation - In exchange for the above referenced payment plan, Purchaser shall refrain from taking any legal action in a court of law to collect said debt. Should Seller default in the terms and conditions of this Agreement, Purchaser may immediately terminate this Agreement and pursue all of its remedies at law without further notice to Seller or Guarantor under the FAS Agreement and/or this Agreement.

3.      Miscellaneous - Seller gives Purchaser the authority to continue debiting its account for the above referenced Payment pursuant to the terms and conditions of the FAS Agreement, unless Seller chooses to pay Purchaser in another manner. All other terms and conditions of the FAS Agreement shall apply to this Agreement and the Parties without waiver or modification by the Parties except as is specifically set forth herein. Should there be any conflict between this Agreement and the FAS Agreement, the FAS Agreement shall govern.

**Seller**: AS CORP. INC.                                               **Purchaser**: Compass Funding Solutions, LLC

By: _____              By: _____


**Guarantor**: _____

**Guarantor's Name**: Emilijan Asentic

---

\* indicates the amount is subject to change based on the usage of the Compass Payment Services fuel card.



**CPS**

September 7, 2017

Compass Payment Services
115 W 55th St
Suite 401
Clarendon Hills, IL 60514

ATTENTION: Emilijan Asentic
AS Corp, Inc
13520 S Budler Rd
Plainfield, IL 60544
708-287-0669

Account Number: 10098

Dear Mr. Emilijan Asentic

This letter is to certify your bad debt account (referenced above) is paid in full according to our agreement on May 1, 2017.

*Sincerely,*

*Milos Gubic*

## CPS Account

## Brandon Scott <brandon@compasspaymentservices.com>

Mon 1/15/2018 5:04 PM

**To:** as_corp_inc@hotmail.com <as_corp_inc@hotmail.com>; dragana.ascorp@gmail.com <dragana.ascorp@gmail.com>
**Cc:** Sana Ahmed <sana@compasspaymentservices.com>

Hi Emilijan, I'm the VP of Credit & Opera ons for CPS. It appears that we have an issue with your account where the past due balance con nues to grow, similarly to the issue we had this past summer. We can't con nue to allow this balance to age out and are need to take ac on immediately. Here is our course of ac on:

1. Beginning tomorrow, 1/16/18 (since today is a bank holiday), you will need to prepay for your fuel needs and will no longer have a credit line with CPS. You will need to send a wire to load onto your account for fuel by 10am central me, as that is when the credit limit will be removed.
2. We will need to discuss the outstanding balance and create a payment plan for the balance (currently approximately $218K) to have it paid off within 90 days (12 weeks). We will need a sizeable payment on the balance tomorrow, then we can set up a plan for the remainder of the balance to be paid off.
3. While we work down this balance on this payment plan, our Equipment Finance division will hold the tles for the 4 Volvos and the Peterbilt that we currently have on file as collateral. Once the payment plan is paid in full, we can send those tles to you.

We tried to call both phone numbers we have on file to discuss this but were not able to make contact. Feel free to e-mail me back regarding this plan or call me at my office number below.

Thanks.


**Brandon L. Sco**
VP of Credit & Opera ons
Compass Payment Services
(630) 320-2109 phone/fax
www.compasspaymentservices.com



### RE: CPS Account

Brandon Scott <brandon@compasspaymentservices.com>

Thu 1/18/2018 2:52 PM

**To:** Emilijan Asentic <AS_CORP_INC@hotmail.com>
**Cc:** Vlad Kostik <vlado@compassfs.net>

📎 1 attachments (86 KB)

AS Corp CPS Recons.xlsx;

Hi Emilijan, we've had our accounₙg team reconcile your account, and they've sll come up with an amount owed of $218,469.33. From what we can tell, the reason it is higher than your credit line is due to the prior issue last summer where the account got past due, and we set aside a poron of that past due amount to be paid in a payment plan in order to clear your account.

Please see the a. ached reconciliaon and compare it to your records. If you find a discrepancy between our records and yours, we can send it back to your accounng folks, but we'll need to have specifics regarding which transacons you're dispung.

Thanks.

**Brandon L. Sco**

VP of Credit & Operaons
Compass Payment Services
(630) 320-2109 phone/fax
[www.compasspaymentservices.com](www.compasspaymentservices.com)



---

**From:** Brandon Sco
**Sent:** Tuesday, January 16, 2018 12:39 PM
**To:** 'Emilijan Asenc' <AS_C ORP_INC@hotmail.com>
**Cc:** Vladimir Kosc <vlado@c ompassfs.net>
**Subject:** RE: CPS Account

Hi Emilijan, thanks for the e-mail. I'm sorry to hear about your family issue, and we will work with you as best we can to get through this. We've le the available amount on the account, as you requested. Please be sure to add funds to your account to cover your fuel usage going forward.

Sana is working on pung together the back up documentaon for the full amount owed. Once we have that, we'll have our Legal team dra up some thing to essenally convert the outstanding balance to a loan, and we'll come up with agreeable repayment amounts and terms. We also need to make sure that all of your invoices are running through our Factoring Department going forward to make sure the funds are always sufficient to cover the loan payments. We'll be sending noces of assignmen t to the debtors who aren't being factored with us to have those come through Compass Factoring from now on.

Also, I spoke with Roy about the interest, and we will have to charge some interest, as we are paying interest to our bank on that money. We'll make sure it's as lile as possible, basic ally just enough to cover the interest we pay to the bank.

I'll be in touch later today or tomorrow morning with addional de  tails.

**Brandon L. Sco**

VP of Credit & Operaons

Compass Payment Services

(630) 320-2109 phone/fax

[www.compasspaymentservices.com](www.compasspaymentservices.com)



**From:** Brandon Sco <  brandon@compasspaymentservices.com>
**Sent:** Monday, January 15, 2018 5:04 PM
**To:** as_corp_inc@hotmail.com; dragana.ascorp@gmail.com
**Cc:** Sana Ahmed
**Subject:** CPS Account

Hi Emilijan, I'm the VP of Credit & Operations for CPS.  It appears that we have an issue with your account where the past due balance continues to grow, similarly to the issue we had this past summer.  We can't continue to allow this balance to age out and are need to take action immediately.  Here is our course of action:

1. Beginning tomorrow, 1/16/18 (since today is a bank holiday), you will need to prepay for your fuel needs and will no longer have a credit line with CPS.  You will need to send a wire to load onto your account for fuel by 10am central time, as that is when the credit limit will be removed.
2. We will need to discuss the outstanding balance and create a payment plan for the balance (currently approximately $218K) to have it paid off within 90 days (12 weeks).  We will need a sizeable payment on the balance tomorrow, then we can set up a plan for the remainder of the balance to be paid off.
3. While we work down this balance on this payment plan, our Equipment Finance division will hold the titles for the 4 Volvos and the Peterbilt that we currently have on file as collateral.  Once the payment plan is paid in full, we can send those titles to you.

We tried to call both phone numbers we have on file to discuss this but were not able to make contact.  Feel free to e-mail me back regarding this plan or call me at my office number below.

Thanks.


**Brandon L. Scott**
VP of Credit & Operations
Compass Payment Services
(630) 320-2109 phone/fax
www.compasspaymentservices.com



**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

**10098**

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 09/20/2016 | 11150 | statement | $ 2,331.87 | | | $ 2,331.87 |
| Invoice | 09/21/2016 | 11190 | statement | $ 7,253.36 | | | $ 9,585.23 |
| Invoice | 09/22/2016 | 11232 | statement | $ 5,921.28 | | | $ 15,506.51 |
| Invoice | 09/23/2016 | 11268 | statement | $ 6,030.00 | | | $ 21,536.51 |
| Invoice | 09/24/2016 | 11300 | statement | $ 2,675.57 | | | $ 24,212.08 |
| Invoice | 09/25/2016 | 11331 | statement | $ 1,787.06 | | | $ 25,999.14 |
| | | | | | $ 25,999.14 | | $ 25,999.14 |
| Invoice | 09/26/2016 | 11369 | statement | $ 303.50 | | | $ 26,302.64 |
| Invoice | 09/27/2016 | 11410 | statement | $ 2,551.10 | | | $ 28,853.74 |
| Invoice | 09/28/2016 | 11455 | statement | $ 2,009.25 | | $ (25,934.64) | $ 4,928.35 |
| Invoice | 09/29/2016 | 11498 | statement | $ 2,523.50 | | | $ 7,451.85 |
| Invoice | 09/30/2016 | 11537 | statement | $ 2,050.00 | | | $ 9,501.85 |
| Invoice | 10/01/2016 | 11569 | statement | $ 773.50 | | | $ 10,275.35 |
| Invoice | 10/02/2016 | 11597 | statement | $ 228.00 | | | $ 10,503.35 |
| | | | | | $ 10,438.85 | | $ 10,503.35 |
| Invoice | 10/03/2016 | 11641 | statement | $ 235.00 | | | $ 10,738.35 |
| Invoice | 10/04/2016 | 11685 | statement | $ 1,418.60 | | | $ 12,156.95 |
| Invoice | 10/05/2016 | 11726 | statement | $ 2,904.13 | | | $ 15,061.08 |
| Invoice | 10/06/2016 | 11773 | statement | $ 3,971.39 | | | $ 19,032.47 |
| Invoice | 10/07/2016 | 11816 | statement | $ 62.50 | | | $ 19,094.97 |
| Invoice | 10/08/2016 | 11845 | statement | $ 1,171.50 | | | $ 20,266.47 |
| Invoice | 10/09/2016 | 11876 | statement | $ 347.99 | | | $ 20,614.46 |
| | | | | | $ 10,111.11 | | $ 20,614.46 |
| Invoice | 10/10/2016 | 11915 | statement | $ 410.00 | | | $ 21,024.46 |
| Invoice | 10/11/2016 | 11956 | statement | $ 927.00 | | | $ 21,951.46 |
| Invoice | 10/12/2016 | 11995 | statement | $ 1,280.27 | | $ (9,787.11) | $ 13,444.62 |
| Invoice | 10/13/2016 | 12034 | statement | $ 982.00 | | | $ 14,426.62 |
| Invoice | 10/14/2016 | 12076 | statement | $ 456.00 | | | $ 14,882.62 |
| Invoice | 10/15/2016 | 12109 | statement | $ 828.46 | | | $ 15,711.08 |
| Invoice | 10/16/2016 | 12140 | statement | $ 339.00 | | | $ 16,050.08 |
| | | | | | $ 5,222.73 | | $ 16,050.08 |
| Invoice | 10/17/2016 | 12182 | statement | $ 4,037.49 | | | $ 20,087.57 |
| Invoice | 10/18/2016 | 12221 | statement | $ 627.24 | | | $ 20,714.81 |
| Invoice | 10/19/2016 | 12260 | statement | $ 12,996.14 | | $ (93,745.03) | $ (60,034.08) |
| Invoice | 10/20/2016 | 12304 | statement | $ 8,027.76 | | | $ (52,006.32) |
| Invoice | 10/21/2016 | 12340 | statement | $ 11,629.95 | | | $ (40,376.37) |
| Invoice | 10/22/2016 | 12372 | statement | $ 6,325.24 | | | $ (34,051.13) |
| Invoice | 10/23/2016 | 12404 | statement | $ 7,613.93 | | | $ (26,437.20) |
| | | | | | $ 51,257.75 | | $ (26,437.20) |
| Invoice | 10/24/2016 | 12443 | statement | $ 8,707.44 | | | $ (17,729.76) |
| Invoice | 10/25/2016 | 12487 | statement | $ 15,641.63 | | | $ (2,088.13) |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 10/26/2016 | 12528 | statement | $ 12,108.91 | | | $ 10,020.78 |
| Invoice | 10/27/2016 | 12572 | statement | $ 9,723.82 | | | $ 19,744.60 |
| Invoice | 10/28/2016 | 12614 | statement | $ 7,759.11 | | | $ 27,503.71 |
| Invoice | 10/29/2016 | 12645 | statement | $ 5,633.51 | | | $ 33,137.22 |
| Invoice | 10/30/2016 | 12677 | statement | $ 3,938.23 | | | $ 37,075.45 |
| | | | | | $ 63,512.65 | | $ 37,075.45 |
| Invoice | 10/31/2016 | 12719 | statement | $ 5,267.48 | | | $ 42,342.93 |
| Invoice | 11/01/2016 | 12762 | statement | $ 14,082.79 | | | $ 56,425.72 |
| Invoice | 11/02/2016 | 12788 | statement | $ 12,976.50 | | | $ 69,402.22 |
| Invoice | 11/03/2016 | 12828 | statement | $ 10,678.91 | | | $ 80,081.13 |
| Invoice | 11/04/2016 | 12867 | statement | $ 9,298.40 | | | $ 89,379.53 |
| Invoice | 11/05/2016 | 12901 | statement | $ 6,632.90 | | | $ 96,012.43 |
| Invoice | 11/06/2016 | 12931 | statement | $ 3,601.49 | | | $ 99,613.92 |
| | | | | | $ 62,538.47 | | $ 99,613.92 |
| Invoice | 11/07/2016 | 12976 | statement | $ 7,110.48 | | | $ 106,724.40 |
| Invoice | 11/08/2016 | 13019 | statement | $ 10,835.76 | | | $ 117,560.16 |
| Invoice | 11/09/2016 | 13062 | statement | $ 9,677.26 | | | $ 127,237.42 |
| Invoice | 11/10/2016 | 13106 | statement | $ 9,553.31 | | | $ 136,790.73 |
| Invoice | 11/11/2016 | 13147 | statement | $ 8,689.99 | | | $ 145,480.72 |
| Invoice | 11/12/2016 | 13180 | statement | $ 4,597.06 | | | $ 150,077.78 |
| Invoice | 11/13/2016 | 13214 | statement | $ 3,068.99 | | | $ 153,146.77 |
| | | | | | $ 53,532.85 | | $ 153,146.77 |
| Invoice | 11/14/2016 | 13254 | statement | $ 16,736.30 | | | $ 169,883.07 |
| Invoice | 11/15/2016 | 13293 | statement | $ 9,802.64 | | $ (83,000.00) | $ 96,685.71 |
| Invoice | 11/16/2016 | 13340 | statement | $ 7,465.91 | | $ (60,834.65) | $ 43,316.97 |
| Invoice | 11/17/2016 | 13383 | statement | $ 8,092.39 | | | $ 51,409.36 |
| Invoice | 11/18/2016 | 13426 | statement | $ 17,500.14 | | | $ 68,909.50 |
| Invoice | 11/19/2016 | 13466 | statement | $ 7,846.11 | | | $ 76,755.61 |
| Invoice | 11/20/2016 | 13504 | statement | $ 3,173.19 | | | $ 79,928.80 |
| | | | | | $ 70,616.68 | | $ 79,928.80 |
| Invoice | 11/21/2016 | 13548 | statement | $ 9,782.65 | | | $ 89,711.45 |
| Invoice | 11/22/2016 | 13592 | statement | $ 12,039.34 | | | $ 101,750.79 |
| Invoice | 11/23/2016 | 13630 | statement | $ 9,145.63 | | | $ 110,896.42 |
| Invoice | 11/24/2016 | 13661 | statement | $ 5,128.38 | | | $ 116,024.80 |
| Invoice | 11/25/2016 | 13689 | statement | $ 7,630.02 | | $ (40,000.00) | $ 83,654.82 |
| Invoice | 11/26/2016 | 13719 | statement | $ 7,207.89 | | | $ 90,862.71 |
| Invoice | 11/27/2016 | 13750 | statement | $ 1,430.17 | | | $ 92,292.88 |
| | | | | | $ 52,364.08 | | $ 92,292.88 |
| Invoice | 11/28/2016 | 13791 | statement | $ 9,768.31 | | $ (50,000.00) | $ 52,061.19 |
| Invoice | 11/29/2016 | 13835 | statement | $ 15,175.26 | | $ (3,500.00) | $ 63,736.45 |
| Invoice | 11/30/2016 | 13881 | statement | $ 9,439.64 | | | $ 73,176.09 |
| Invoice | 12/01/2016 | 13929 | statement | $ 17,329.06 | | | $ 90,505.15 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 12/02/2016 | 13974 | statement | $ 13,401.43 | | $ (60,000.00) | $ 43,906.58 |
| Invoice | 12/03/2016 | 14011 | statement | $ 7,079.23 | | | $ 50,985.81 |
| Invoice | 12/04/2016 | 14044 | statement | $ 5,735.18 | | | $ 56,720.99 |
| | | | | | $ 77,928.11 | | $ 56,720.99 |
| Invoice | 12/05/2016 | 14092 | statement | $ 9,627.94 | | | $ 66,348.93 |
| Invoice | 12/06/2016 | 14137 | statement | $ 12,700.46 | | | $ 79,049.39 |
| Invoice | 12/07/2016 | 14180 | statement | $ 9,926.50 | | | $ 88,975.89 |
| Invoice | 12/08/2016 | 14227 | statement | $ 11,391.20 | | | $ 100,367.09 |
| Invoice | 12/09/2016 | 14277 | statement | $ 14,173.97 | | $ (40,000.00) | $ 74,541.06 |
| Invoice | 12/10/2016 | 14311 | statement | $ 11,055.14 | | | $ 85,596.20 |
| Invoice | 12/11/2016 | 14340 | statement | $ 7,008.35 | | | $ 92,604.55 |
| | | | | | $ 75,883.56 | | $ 92,604.55 |
| Invoice | 12/12/2016 | 14381 | statement | $ 10,840.50 | | | $ 103,445.05 |
| Invoice | 12/13/2016 | 14427 | statement | $ 13,920.63 | | | $ 117,365.68 |
| Invoice | 12/14/2016 | 14472 | statement | $ 13,881.96 | | | $ 131,247.64 |
| Invoice | 12/15/2016 | 14520 | statement | $ 8,473.06 | | | $ 139,720.70 |
| Invoice | 12/16/2016 | 14568 | statement | $ 13,243.73 | | $ (55,000.00) | $ 97,964.43 |
| Invoice | 12/17/2016 | 14608 | statement | $ 6,154.91 | | | $ 104,119.34 |
| Invoice | 12/18/2016 | 14644 | statement | $ 3,261.27 | | | $ 107,380.61 |
| | | | | | $ 69,776.06 | | $ 107,380.61 |
| Invoice | 12/19/2016 | 14687 | statement | $ 7,349.85 | | | $ 114,730.46 |
| Invoice | 12/20/2016 | 14738 | statement | $ 10,927.07 | | | $ 125,657.53 |
| Invoice | 12/21/2016 | 14788 | statement | $ 6,246.61 | | | $ 131,904.14 |
| Invoice | 12/22/2016 | 14836 | statement | $ 9,038.49 | | | $ 140,942.63 |
| Invoice | 12/23/2016 | 14879 | statement | $ 9,141.60 | | $ (55,000.00) | $ 95,084.23 |
| Invoice | 12/24/2016 | 14909 | statement | $ 13,672.32 | | | $ 108,756.55 |
| Invoice | 12/25/2016 | 14931 | statement | $ 3,207.37 | | | $ 111,963.92 |
| | | | | | $ 59,583.31 | | $ 111,963.92 |
| Invoice | 12/26/2016 | 14962 | statement | $ 2,659.36 | | | $ 114,623.28 |
| Invoice | 12/27/2016 | 15004 | statement | $ 8,822.37 | | | $ 123,445.65 |
| Invoice | 12/28/2016 | 15056 | statement | $ 10,439.12 | | | $ 133,884.77 |
| Invoice | 12/29/2016 | 15106 | statement | $ 13,873.59 | | | $ 147,758.36 |
| Invoice | 12/30/2016 | 15143 | statement | $ 14,687.29 | | $ (30,000.00) | $ 132,445.65 |
| Invoice | 12/31/2016 | 15176 | statement | $ 3,819.06 | | | $ 136,264.71 |
| Invoice | 01/01/2017 | 15202 | statement | $ 3,994.25 | | | $ 140,258.96 |
| | | | | | $ 58,295.04 | | $ 140,258.96 |
| Invoice | 01/02/2017 | 15239 | statement | $ 4,502.18 | | | $ 144,761.14 |
| Invoice | 01/03/2017 | 15278 | statement | $ 13,091.73 | | | $ 157,852.87 |
| Invoice | 01/04/2017 | 15330 | statement | $ 14,020.69 | | | $ 171,873.56 |
| Invoice | 01/05/2017 | 15376 | statement | $ 9,189.82 | | $ (15,000.00) | $ 166,063.38 |
| Invoice | 01/06/2017 | 15422 | statement | $ 9,780.67 | | | $ 175,844.05 |
| Invoice | 01/07/2017 | 15455 | statement | $ 4,525.44 | | | $ 180,369.49 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 01/08/2017 | 15485 | statement | $ 2,865.89 | | | $ 183,235.38 |
| | | | | | $ 57,976.42 | | $ 183,235.38 |
| Invoice | 01/09/2017 | 15527 | statement | $ 4,831.36 | | | $ 188,066.74 |
| Invoice | 01/10/2017 | 15575 | statement | $ 10,067.43 | | | $ 198,134.17 |
| Invoice | 01/11/2017 | 15625 | statement | $ 8,351.83 | | | $ 206,486.00 |
| Invoice | 01/12/2017 | 15674 | statement | $ 7,766.97 | | | $ 214,252.97 |
| Invoice | 01/13/2017 | 15723 | statement | $ 15,456.80 | | | $ 229,709.77 |
| Invoice | 01/14/2017 | 15763 | statement | $ 6,011.81 | | | $ 235,721.58 |
| Invoice | 01/15/2017 | 15798 | statement | $ 3,036.38 | | | $ 238,757.96 |
| | | | | | $ 55,522.58 | | $ 238,757.96 |
| Invoice | 01/16/2017 | 15841 | statement | $ 7,296.56 | | | $ 246,054.52 |
| Invoice | 01/17/2017 | 15885 | statement | $ 7,889.31 | | $ (50,000.00) | $ 203,943.83 |
| Invoice | 01/18/2017 | 15929 | statement | $ 7,698.26 | | | $ 211,642.09 |
| Invoice | 01/19/2017 | 15978 | statement | $ 7,635.09 | | | $ 219,277.18 |
| Invoice | 01/20/2017 | 16018 | statement | $ 9,585.99 | | | $ 228,863.17 |
| Invoice | 01/21/2017 | 16053 | statement | $ 8,623.33 | | $ (45,000.00) | $ 192,486.50 |
| Invoice | 01/22/2017 | 16086 | statement | $ 2,766.88 | | | $ 195,253.38 |
| | | | | | $ 51,495.42 | | $ 195,253.38 |
| Invoice | 01/23/2017 | 16130 | statement | $ 2,181.45 | | | $ 197,434.83 |
| Invoice | 01/24/2017 | 16178 | statement | $ 10,293.56 | | | $ 207,728.39 |
| Invoice | 01/25/2017 | 16228 | statement | $ 7,093.03 | | $ (8,000.00) | $ 206,821.42 |
| Invoice | 01/26/2017 | 16277 | statement | $ 10,168.82 | | $ (40,000.00) | $ 176,990.24 |
| Invoice | 01/27/2017 | 16325 | statement | $ 6,049.89 | | | $ 183,040.13 |
| Invoice | 01/28/2017 | 16363 | statement | $ 7,699.79 | | | $ 190,739.92 |
| Invoice | 01/29/2017 | 16398 | statement | $ 3,229.63 | | | $ 193,969.55 |
| | | | | | $ 46,716.17 | | $ 193,969.55 |
| Invoice | 01/30/2017 | 16439 | statement | $ 4,564.59 | | | $ 198,534.14 |
| Invoice | 01/31/2017 | 16487 | statement | $ 8,096.97 | | | $ 206,631.11 |
| Invoice | 02/01/2017 | 16539 | statement | $ 7,181.72 | | $ (5,000.00) | $ 208,812.83 |
| Invoice | 02/02/2017 | 16593 | statement | $ 7,536.49 | | $ (9,038.78) | $ 207,310.54 |
| Invoice | 02/03/2017 | 16640 | statement | $ 6,702.10 | | | $ 194,012.64 |
| Invoice | 02/04/2017 | 16681 | statement | $ 7,550.39 | | $ (20,000.00) | $ 201,563.03 |
| Invoice | 02/05/2017 | 16718 | statement | $ 2,811.46 | | | $ 204,374.49 |
| | | | | | $ 44,443.72 | | $ 204,374.49 |
| Invoice | 02/06/2017 | 16764 | statement | $ 6,171.57 | | | $ 210,546.06 |
| Invoice | 02/07/2017 | 16811 | statement | $ 10,220.46 | | | $ 220,766.52 |
| Invoice | 02/08/2017 | 16859 | statement | $ 7,832.99 | | | $ 228,599.51 |
| Invoice | 02/09/2017 | 16913 | statement | $ 11,523.20 | | | $ 240,122.71 |
| Invoice | 02/10/2017 | 16961 | statement | $ 15,115.81 | | $ (25,000.00) | $ 230,238.52 |
| Invoice | 02/11/2017 | 17003 | statement | $ 5,756.22 | | | $ 235,994.74 |
| Invoice | 02/12/2017 | 17038 | statement | $ 4,486.00 | | | $ 240,480.74 |
| | | | | | $ 61,106.25 | | $ 240,480.74 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 02/13/2017 | 17064 | statement | $ 10,433.43 | | | $ 250,914.17 |
| Invoice | 02/14/2017 | 17138 | statement | 13,032.16 | | | $ 263,946.33 |
| Invoice | 02/15/2017 | 17186 | statement | 9,260.97 | | $ (16,800.00) | $ 256,407.30 |
| Invoice | 02/16/2017 | 17236 | statement | 8,648.48 | | | $ 265,055.78 |
| Invoice | 02/17/2017 | 17287 | statement | 10,062.04 | | | $ 275,117.82 |
| Invoice | 02/18/2017 | 17329 | statement | 7,716.69 | | | $ 282,834.51 |
| Invoice | 02/19/2017 | 17365 | statement | 3,613.51 | | | $ 286,448.02 |
| | | | | | $ 62,767.28 | | $ 286,448.02 |
| Invoice | 02/20/2017 | 17409 | statement | 7,635.42 | | | $ 294,083.44 |
| Invoice | 02/21/2017 | 17459 | statement | 10,131.68 | | | $ 304,215.12 |
| Invoice | 02/22/2017 | 17514 | statement | 9,056.02 | | $ (40,000.00) | $ 273,271.14 |
| Invoice | 02/23/2017 | 17566 | statement | 11,457.15 | | | $ 284,728.29 |
| Invoice | 02/24/2017 | 17612 | statement | 7,798.51 | | $ (56,049.84) | $ 236,476.96 |
| Invoice | 02/25/2017 | 17652 | statement | 9,013.73 | | | $ 245,490.69 |
| Invoice | 02/26/2017 | 17690 | statement | 1,330.70 | | | $ 246,821.39 |
| | | | | | $ 56,423.21 | | $ 246,821.39 |
| Invoice | 02/27/2017 | 17738 | statement | 7,936.92 | | | $ 254,758.31 |
| Invoice | 02/28/2017 | 17793 | statement | 8,639.95 | | $ (6,000.00) | $ 257,398.26 |
| Invoice | 03/01/2017 | 17848 | statement | 9,228.74 | | | $ 266,627.00 |
| Invoice | 03/02/2017 | 17904 | statement | 6,691.72 | | | $ 273,318.72 |
| Invoice | 03/03/2017 | 17956 | statement | 12,371.56 | | $ (40,000.00) | $ 245,690.28 |
| Invoice | 03/04/2017 | 17998 | statement | 11,775.89 | | | $ 257,466.17 |
| Invoice | 03/05/2017 | 18038 | statement | 4,542.72 | | | $ 262,008.89 |
| | | | | | $ 61,187.50 | | $ 262,008.89 |
| Invoice | 03/06/2017 | 18083 | statement | 7,558.28 | | | $ 269,567.17 |
| Invoice | 03/07/2017 | 18140 | statement | 10,201.31 | | $ (7,000.00) | $ 272,768.48 |
| Invoice | 03/08/2017 | 18195 | statement | 14,532.54 | | $ (4,200.00) | $ 283,101.02 |
| Invoice | 03/09/2017 | 18250 | statement | 10,405.56 | | | $ 293,506.58 |
| Invoice | 03/10/2017 | 18302 | statement | 5,008.68 | | | $ 298,515.26 |
| Invoice | 03/11/2017 | 18346 | statement | 3,698.75 | | | $ 302,214.01 |
| Invoice | 03/12/2017 | 18383 | statement | 2,250.33 | | | $ 304,464.34 |
| | | | | | $ 53,655.45 | | $ 304,464.34 |
| Invoice | 03/13/2017 | 18428 | statement | 5,952.16 | | $ (55,000.00) | $ 255,416.50 |
| Invoice | 03/14/2017 | 18478 | statement | 9,770.87 | | | $ 265,187.37 |
| Invoice | 03/15/2017 | 18529 | statement | 10,752.89 | | $ (10,100.00) | $ 265,840.26 |
| Invoice | 03/16/2017 | 18587 | statement | 7,268.44 | | | $ 273,108.70 |
| Invoice | 03/17/2017 | 18643 | statement | 10,696.44 | | $ (50,000.00) | $ 233,805.14 |
| Invoice | 03/18/2017 | 18683 | statement | 6,552.80 | | | $ 240,357.94 |
| Invoice | 03/19/2017 | 18721 | statement | 3,264.29 | | | $ 243,622.23 |
| | | | | | $ 54,257.89 | | $ 243,622.23 |
| Invoice | 03/20/2017 | 18764 | statement | 7,384.25 | | | $ 251,006.48 |
| Invoice | 03/21/2017 | 18817 | statement | 7,238.47 | | | $ 258,244.95 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 03/22/2017 | 18873 | statement | $ 10,242.89 | | | $ 268,487.84 |
| Invoice | 03/23/2017 | 18933 | statement | $ 8,672.33 | | $ (37,000.00) | $ 240,160.17 |
| Invoice | 03/24/2017 | 18986 | statement | $ 9,369.59 | | | $ 249,529.76 |
| Invoice | 03/25/2017 | 19031 | statement | $ 4,316.82 | | | $ 253,846.58 |
| Invoice | 03/26/2017 | 19078 | statement | $ 3,866.12 | | | $ 257,712.70 |
| | | | | | $ 51,090.47 | | $ 257,712.70 |
| Invoice | 03/27/2017 | 19125 | statement | $ 9,776.40 | | | $ 267,489.10 |
| Invoice | 03/28/2017 | 19173 | statement | $ 9,078.34 | | $ (5,500.00) | $ 271,067.44 |
| Invoice | 03/29/2017 | 19230 | statement | $ 9,095.31 | | | $ 280,162.75 |
| Invoice | 03/30/2017 | 19285 | statement | $ 9,028.79 | | | $ 289,191.54 |
| Invoice | 03/31/2017 | 19335 | statement | $ 12,295.27 | | $ (20,000.00) | $ 281,486.81 |
| Invoice | 04/01/2017 | 19378 | statement | $ 9,025.22 | | | $ 290,512.03 |
| Invoice | 04/02/2017 | 19416 | statement | $ 5,657.58 | | | $ 296,169.61 |
| | | | | | $ 63,956.91 | | $ 296,169.61 |
| Invoice | 04/03/2017 | 19459 | statement | $ 6,826.70 | | | $ 302,996.31 |
| Invoice | 04/04/2017 | 19512 | statement | $ 9,958.41 | | $ (3,400.00) | $ 309,554.72 |
| Invoice | 04/05/2017 | 19568 | statement | $ 9,427.69 | | | $ 318,982.41 |
| Invoice | 04/06/2017 | 19615 | statement | $ 7,570.40 | | | $ 326,552.81 |
| Invoice | 04/07/2017 | 19671 | statement | $ 9,042.56 | | $ (63,145.36) | $ 272,450.01 |
| Invoice | 04/08/2017 | 19716 | statement | $ 18,376.51 | | | $ 290,826.52 |
| Invoice | 04/09/2017 | 19756 | statement | $ 3,320.61 | | | $ 294,147.13 |
| | | | | | $ 64,522.88 | | $ 294,147.13 |
| Invoice | 04/10/2017 | 19804 | statement | $ 6,222.53 | | $ (60,000.00) | $ 240,369.66 |
| Invoice | 04/11/2017 | 19862 | statement | $ 11,705.04 | | | $ 252,074.70 |
| Invoice | 04/12/2017 | 19921 | statement | $ 10,404.30 | | | $ 262,479.00 |
| Invoice | 04/13/2017 | 19983 | statement | $ 7,637.39 | | | $ 270,116.39 |
| Invoice | 04/14/2017 | 20032 | statement | $ 16,421.37 | | | $ 286,537.76 |
| Invoice | 04/15/2017 | 20079 | statement | $ 2,920.26 | | | $ 289,458.02 |
| Invoice | 04/16/2017 | 20112 | statement | $ 1,846.60 | | | $ 291,304.62 |
| | | | | | $ 57,157.49 | | $ 291,304.62 |
| Invoice | 04/17/2017 | 20157 | statement | $ 8,165.64 | | | $ 299,470.26 |
| Invoice | 04/18/2017 | 20217 | statement | $ 10,016.29 | | $ (9,400.00) | $ 300,086.55 |
| Invoice | 04/19/2017 | 20279 | statement | $ 8,275.63 | | | $ 308,362.18 |
| Invoice | 04/20/2017 | 20334 | statement | $ 10,635.53 | | | $ 318,997.71 |
| Invoice | 04/21/2017 | 20383 | statement | $ 13,362.87 | | $ (55,000.00) | $ 277,360.58 |
| Invoice | 04/22/2017 | 20433 | statement | $ 3,665.47 | | | $ 281,026.05 |
| Invoice | 04/23/2017 | 20479 | statement | $ 1,773.46 | | | $ 282,799.51 |
| | | | | | $ 55,894.89 | | $ 282,799.51 |
| Invoice | 04/24/2017 | 20532 | statement | $ 10,743.93 | | | $ 293,543.44 |
| Invoice | 04/25/2017 | 20585 | statement | $ 7,821.12 | | $ (3,000.00) | $ 298,364.56 |
| Invoice | 04/26/2017 | 20650 | statement | $ 6,417.60 | | | $ 304,782.16 |
| Invoice | 04/27/2017 | 20709 | statement | $ 11,606.57 | | | $ 316,388.73 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 04/28/2017 | 20767 | statement | $ 11,568.29 | | $ (50,000.00) | $ 277,957.02 |
| Invoice | 04/29/2017 | 20821 | statement | $ 4,383.72 | | | $ 282,340.74 |
| Invoice | 04/30/2017 | 20870 | statement | $ 4,188.20 | | | $ 286,528.94 |
| | | | | | $ 56,729.43 | | $ 286,528.94 |
| Invoice | 05/01/2017 | 20927 | statement | $ 7,021.67 | | | $ 293,550.61 |
| Invoice | 05/02/2017 | 20990 | statement | $ 8,357.62 | | $ (30,000.00) | $ 271,908.23 |
| Invoice | 05/03/2017 | 21054 | statement | $ 9,429.63 | | | $ 281,337.86 |
| Invoice | 05/04/2017 | 21111 | statement | $ 9,617.11 | | $ (6,000.00) | $ 284,954.97 |
| Invoice | 05/05/2017 | 21171 | statement | $ 15,515.32 | | $ (51,850.00) | $ 248,620.29 |
| Invoice | 05/06/2017 | 21222 | statement | $ 5,500.09 | | | $ 254,120.38 |
| Invoice | 05/07/2017 | 21268 | statement | $ 2,307.75 | | | $ 256,428.13 |
| | | | | | $ 57,749.19 | | $ 256,428.13 |
| Invoice | 05/08/2017 | 21320 | statement | $ 8,632.61 | | | $ 265,060.74 |
| Invoice | 05/09/2017 | 21387 | statement | $ 9,756.73 | | | $ 274,817.47 |
| Invoice | 05/10/2017 | 21451 | statement | $ 11,107.23 | | $ (3,687.00) | $ 282,237.70 |
| Invoice | 05/11/2017 | 21505 | statement | $ 7,782.78 | | | $ 290,020.48 |
| Invoice | 05/12/2017 | 21569 | statement | $ 12,803.80 | | $ (57,500.00) | $ 245,324.28 |
| Invoice | 05/13/2017 | 21619 | statement | $ 6,151.15 | | | $ 251,475.43 |
| Invoice | 05/14/2017 | 21668 | statement | $ 3,004.23 | | | $ 254,479.66 |
| | | | | | $ 59,238.53 | | $ 254,479.66 |
| Invoice | 05/15/2017 | 21720 | statement | $ 7,205.64 | | $ (15,000.00) | $ 246,685.30 |
| Invoice | 05/16/2017 | 21783 | statement | $ 9,734.00 | | | $ 256,419.30 |
| Invoice | 05/17/2017 | 21851 | statement | $ 12,320.70 | | | $ 268,740.00 |
| Invoice | 05/18/2017 | 21913 | statement | $ 7,249.84 | | $ (56,100.00) | $ 219,889.84 |
| Invoice | 05/19/2017 | 21970 | statement | $ 10,326.05 | | | $ 230,215.89 |
| Invoice | 05/20/2017 | 22024 | statement | $ 4,659.32 | | | $ 234,875.21 |
| Invoice | 05/21/2017 | 22073 | statement | $ 3,529.44 | | | $ 238,404.65 |
| | | | | | $ 55,024.99 | | $ 238,404.65 |
| Invoice | 05/22/2017 | 22129 | statement | $ 17,228.67 | | $ (15,000.00) | $ 240,633.32 |
| Invoice | 05/23/2017 | 22189 | statement | $ 11,794.23 | | | $ 252,427.55 |
| Invoice | 05/24/2017 | 22259 | statement | $ 6,733.46 | | $ (6,794.36) | $ 252,366.65 |
| Invoice | 05/25/2017 | 22329 | statement | $ 8,721.79 | | $ (60,000.00) | $ 201,088.44 |
| Invoice | 05/26/2017 | 22394 | statement | $ 15,177.27 | | | $ 216,265.71 |
| Invoice | 05/27/2017 | 22449 | statement | $ 4,895.96 | | | $ 221,161.67 |
| Invoice | 05/28/2017 | 22496 | statement | $ 3,193.92 | | | $ 224,355.59 |
| | | | | | $ 67,745.30 | | $ 224,355.59 |
| Invoice | 05/29/2017 | 22540 | statement | $ 4,649.46 | | | $ 229,005.05 |
| Invoice | 05/30/2017 | 22590 | statement | $ 12,313.17 | | $ (15,000.00) | $ 226,318.22 |
| Invoice | 05/31/2017 | 22656 | statement | $ 10,622.07 | | | $ 236,940.29 |
| Invoice | 06/01/2017 | 22725 | statement | $ 8,765.01 | | $ (55,000.00) | $ 190,705.30 |
| Invoice | 06/02/2017 | 22782 | statement | $ 18,379.12 | | | $ 209,084.42 |
| Invoice | 06/03/2017 | 22844 | statement | $ 7,516.41 | | | $ 216,600.83 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|------|------|-----|------|-------|--------------|---------|---------|
| Invoice | 06/04/2017 | 22893 | statement | $ 3,190.66 | | | $ 219,791.49 |
| | | | | | $ 65,435.90 | | $ 219,791.49 |
| Invoice | 06/05/2017 | 22950 | statement | $ 10,354.47 | | $ (20,000.00) | $ 210,145.96 |
| Invoice | 06/06/2017 | 23013 | statement | $ 9,669.78 | | | $ 219,815.74 |
| Invoice | 06/07/2017 | 23077 | statement | $ 9,327.89 | | $ (62,400.00) | $ 166,743.63 |
| Invoice | 06/08/2017 | 23136 | statement | $ 6,230.62 | | | $ 172,974.25 |
| Invoice | 06/09/2017 | 23197 | statement | $ 18,549.80 | | | $ 191,524.05 |
| Invoice | 06/10/2017 | 23255 | statement | $ 6,159.34 | | | $ 197,683.39 |
| Invoice | 06/11/2017 | 23304 | statement | $ 3,710.01 | | | $ 201,393.40 |
| | | | | | $ 64,001.91 | | $ 201,393.40 |
| Invoice | 06/12/2017 | 23363 | statement | $ 8,828.78 | | $ (15,000.00) | $ 195,222.18 |
| Invoice | 06/13/2017 | 23424 | statement | $ 8,793.86 | | | $ 204,016.04 |
| Invoice | 06/14/2017 | 23496 | statement | $ 6,815.37 | | | $ 210,831.41 |
| Invoice | 06/15/2017 | 23565 | statement | $ 7,047.11 | | | $ 217,878.52 |
| Invoice | 06/16/2017 | 23625 | statement | $ 19,564.19 | | $ (50,000.00) | $ 187,442.71 |
| Invoice | 06/17/2017 | 23686 | statement | $ 5,064.91 | | | $ 192,507.62 |
| Invoice | 06/18/2017 | 23737 | statement | $ 2,969.64 | | | $ 195,477.26 |
| | | | | | $ 59,083.86 | | $ 195,477.26 |
| Invoice | 06/19/2017 | 23792 | statement | $ 5,414.27 | | | $ 200,891.53 |
| Invoice | 06/20/2017 | 23861 | statement | $ 12,503.86 | | $ (21,500.00) | $ 191,895.39 |
| Invoice | 06/21/2017 | 23927 | statement | $ 5,592.57 | | | $ 197,487.96 |
| Invoice | 06/22/2017 | 23998 | statement | $ 8,646.41 | | $ (57,200.00) | $ 148,934.37 |
| Invoice | 06/23/2017 | 24063 | statement | $ 18,717.47 | | | $ 167,651.84 |
| Invoice | 06/24/2017 | 24125 | statement | $ 4,683.03 | | | $ 172,334.87 |
| Invoice | 06/25/2017 | 24175 | statement | $ 4,699.98 | | | $ 177,034.85 |
| | | | | | $ 60,257.59 | | $ 177,034.85 |
| Invoice | 06/26/2017 | 24228 | statement | $ 5,056.88 | | $ (15,000.00) | $ 167,091.73 |
| Invoice | 06/27/2017 | 24302 | statement | $ 8,058.20 | | | $ 175,149.93 |
| Invoice | 06/28/2017 | 24373 | statement | $ 10,079.09 | | | $ 185,229.02 |
| Invoice | 06/29/2017 | 24445 | statement | $ 12,756.02 | | | $ 197,985.04 |
| Invoice | 06/30/2017 | 24513 | statement | $ 24,584.54 | | $ (41,050.00) | $ 181,519.58 |
| Invoice | 07/01/2017 | 24569 | statement | $ 4,465.96 | | | $ 185,985.54 |
| Invoice | 07/02/2017 | 24621 | statement | $ 3,253.74 | | | $ 189,239.28 |
| | | | | | $ 68,254.43 | | $ 189,239.28 |
| Invoice | 07/03/2017 | 24666 | statement | $ 5,176.31 | | $ (15,000.00) | $ 179,415.59 |
| Invoice | 07/04/2017 | 24717 | statement | $ 4,609.37 | | | $ 184,024.96 |
| Invoice | 07/05/2017 | 24773 | statement | $ 4,782.13 | | | $ 188,807.09 |
| Invoice | 07/06/2017 | 24840 | statement | $ 5,627.28 | | $ (55,000.00) | $ 139,434.37 |
| Invoice | 07/07/2017 | 24909 | statement | $ 25,104.95 | | | $ 164,539.32 |
| Invoice | 07/08/2017 | 24967 | statement | $ 5,067.45 | | | $ 169,606.77 |
| Invoice | 07/09/2017 | 25017 | statement | $ 3,216.28 | | $ (17,500.00) | $ 155,323.05 |
| | | | | | $ 53,583.77 | | $ 155,323.05 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 07/10/2017 | 25077 | statement | $ 8,797.08 | | $ (15,089.37) | $ 149,030.76 |
| Invoice | 07/11/2017 | 25144 | statement | $ 10,468.90 | | | $ 159,499.66 |
| Invoice | 07/12/2017 | 25212 | statement | $ 6,066.49 | | | $ 165,566.15 |
| Invoice | 07/13/2017 | 25277 | statement | $ 9,910.13 | | $ (45,000.00) | $ 130,476.28 |
| Invoice | 07/14/2017 | 25936 | statement | $ 3,389.14 | | $ (2,800.00) | $ 131,065.42 |
| Invoice | 07/15/2017 | 25769 | statement | $ 5,683.50 | | | $ 136,748.92 |
| Invoice | 07/16/2017 | 25817 | statement | $ 2,626.97 | $ 46,942.21 | | $ 139,375.89 |
| Invoice | 07/17/2017 | 25343 | statement | $ 4,970.10 | | | $ 144,345.99 |
| Invoice | 07/18/2017 | 25412 | statement | $ 12,461.58 | | | $ 156,807.57 |
| Invoice | 07/19/2017 | 25480 | statement | $ 8,159.89 | | $ (1,000.00) | $ 163,967.46 |
| Invoice | 07/20/2017 | 25549 | statement | $ 1,486.75 | | | $ 165,454.21 |
| Invoice | 07/21/2017 | 25613 | statement | $ 5,619.19 | | | $ 171,073.40 |
| Invoice | 07/22/2017 | 25671 | statement | $ 2,398.21 | | | $ 173,471.61 |
| Invoice | 07/23/2017 | 25719 | statement | $ 2,321.39 | $ 37,417.11 | | $ 175,793.00 |
| Invoice | 07/24/2017 | 25873 | statement | $ 18,245.58 | | | $ 194,038.58 |
| Invoice | 07/25/2017 | 26003 | statement | $ 14,507.94 | | | $ 208,546.52 |
| Invoice | 07/26/2017 | 26068 | statement | $ 3,739.57 | | $ (43,990.00) | $ 168,296.09 |
| Invoice | 07/28/2017 | 26200 | statement | $ 9,096.84 | | | $ 177,392.93 |
| Invoice | 07/29/2017 | 26261 | statement | $ 4,195.85 | | | $ 181,588.78 |
| Invoice | 07/30/2017 | 26310 | statement | $ 4,546.89 | $ 54,332.67 | | $ 186,135.67 |
| Invoice | 07/31/2017 | 26386 | statement | $ 10,012.48 | | $ (15,000.00) | $ 181,148.15 |
| Invoice | 08/01/2017 | 26436 | statement | $ 15,330.59 | | | $ 196,478.74 |
| Invoice | 08/02/2017 | 26503 | statement | $ 2,766.51 | | | $ 199,245.25 |
| Invoice | 08/03/2017 | 26571 | statement | $ 7,375.80 | | | $ 206,621.05 |
| Invoice | 08/04/2017 | 26639 | statement | $ 14,909.56 | | $ (35,000.00) | $ 186,530.61 |
| Invoice | 08/05/2017 | 26700 | statement | $ 5,680.81 | | | $ 192,211.42 |
| Invoice | 08/06/2017 | 26751 | statement | $ 7,501.11 | $ 63,576.86 | | $ 199,712.53 |
| Invoice | 08/07/2017 | 26809 | statement | $ 2,090.37 | | $ (15,000.00) | $ 186,802.90 |
| Invoice | 08/11/2017 | 27074 | statement | $ 19,755.69 | | $ (35,000.00) | $ 171,558.59 |
| Invoice | 08/12/2017 | 27136 | statement | $ 4,929.05 | | | $ 176,487.64 |
| Invoice | 08/13/2017 | 27186 | statement | $ 3,633.78 | $ 30,408.89 | | $ 180,121.42 |
| Invoice | 08/14/2017 | 27239 | statement | $ 11,147.03 | | $ (31,737.42) | $ 159,531.03 |
| Invoice | 08/15/2017 | 27305 | statement | $ 10,266.41 | | | $ 169,797.44 |
| Invoice | 08/16/2017 | 27375 | statement | $ 2,219.45 | | | $ 172,016.89 |
| Invoice | 08/18/2017 | 27523 | statement | $ 18,076.61 | | $ (50,000.00) | $ 140,093.50 |
| Invoice | 08/19/2017 | 27585 | statement | $ 2,661.38 | | | $ 142,754.88 |
| Invoice | 08/20/2017 | 27634 | statement | $ 3,141.75 | | | $ 145,896.63 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | $ 47,512.63 | | $ 145,896.63 |
| Invoice | 08/21/2017 | 27689 | statement | $ 10,764.63 | | $ (20,920.93) | $ 135,740.33 |
| Invoice | 08/22/2017 | 27758 | statement | $ 11,282.77 | | | $ 147,023.10 |
| Invoice | 08/23/2017 | 27823 | statement | $ 6,848.61 | | | $ 153,871.71 |
| Invoice | 08/24/2017 | 27895 | statement | $ 8,172.28 | | | $ 162,043.99 |
| Invoice | 08/25/2017 | 27958 | statement | $ 15,977.14 | | $ (51,850.00) | $ 126,171.13 |
| Invoice | 08/26/2017 | 28021 | statement | $ 5,857.16 | | | $ 132,028.29 |
| Invoice | 08/27/2017 | 28071 | statement | $ 6,834.31 | | | $ 138,862.60 |
| | | | | | $ 65,736.90 | | $ 138,862.60 |
| Invoice | 08/28/2017 | 28130 | statement | $ 7,841.38 | | $ (22,341.65) | $ 124,362.33 |
| Invoice | 08/29/2017 | 28202 | statement | $ 7,806.79 | | | $ 132,169.12 |
| Invoice | 08/30/2017 | 28275 | statement | $ 10,664.04 | | | $ 142,833.16 |
| Invoice | 08/31/2017 | 28353 | statement | $ 5,002.26 | | | $ 147,835.42 |
| Invoice | 09/01/2017 | 28425 | statement | $ 15,566.63 | | $ (640.10) | $ 162,761.95 |
| Invoice | 09/02/2017 | 28488 | statement | $ 6,793.07 | | | $ 169,555.02 |
| Invoice | 09/03/2017 | 28539 | statement | $ 2,564.88 | | | $ 172,119.90 |
| | | | | | $ 56,239.05 | | $ 172,119.90 |
| Invoice | 09/04/2017 | 28587 | statement | $ 1,712.19 | | | $ 173,832.09 |
| Invoice | 09/05/2017 | 28647 | statement | $ 10,669.95 | | $ (62,000.00) | $ 122,502.04 |
| Invoice | 09/06/2017 | 28719 | statement | $ 9,998.23 | | $ (14,000.00) | $ 118,500.27 |
| Invoice | 09/07/2017 | 28791 | statement | $ 9,682.68 | | | $ 128,182.95 |
| Invoice | 09/08/2017 | 28869 | statement | $ 17,525.84 | | $ (50,000.00) | $ 95,708.79 |
| Invoice | 09/09/2017 | 28938 | statement | $ 6,486.42 | | | $ 102,195.21 |
| Invoice | 09/10/2017 | 28993 | statement | $ 4,799.68 | | | $ 106,994.89 |
| | | | | | $ 60,874.99 | | $ 106,994.89 |
| Invoice | 09/11/2017 | 29054 | statement | $ 10,162.78 | | $ (7,000.00) | $ 110,157.67 |
| Invoice | 09/12/2017 | 29120 | statement | $ 5,499.63 | | | $ 115,657.30 |
| Invoice | 09/13/2017 | 29189 | statement | $ 12,014.41 | | | $ 127,671.71 |
| Invoice | 09/14/2017 | 29261 | statement | $ 7,686.14 | | $ (4,000.00) | $ 131,357.85 |
| Invoice | 09/15/2017 | 29338 | statement | $ 20,593.86 | | $ (60,000.00) | $ 91,951.71 |
| Invoice | 09/16/2017 | 29407 | statement | $ 6,070.33 | | | $ 98,022.04 |
| Invoice | 09/17/2017 | 29464 | statement | $ 5,477.86 | | | $ 103,499.90 |
| | | | | | $ 67,505.01 | | $ 103,499.90 |
| Invoice | 09/18/2017 | 29529 | statement | $ 7,856.69 | | | $ 111,356.59 |
| Invoice | 09/19/2017 | 29604 | statement | $ 10,841.44 | | | $ 122,198.03 |
| Invoice | 09/20/2017 | 29678 | statement | $ 10,001.34 | | $ (1,200.00) | $ 130,999.37 |
| Invoice | 09/21/2017 | 29756 | statement | $ 8,000.70 | | $ (1,200.00) | $ 137,800.07 |
| Invoice | 09/22/2017 | 29834 | statement | $ 8,874.69 | | $ (52,000.00) | $ 94,674.76 |
| Invoice | 09/23/2017 | 29903 | statement | $ 5,119.83 | | | $ 99,794.59 |
| Invoice | 09/24/2017 | 29961 | statement | $ 2,403.71 | | | $ 102,198.30 |
| | | | | | $ 53,098.40 | | $ 102,198.30 |
| Invoice | 09/25/2017 | 30025 | statement | $ 22,647.51 | | $ (5,000.00) | $ 119,845.81 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|------|------|-----|------|-------|--------------|---------|---------|
| Invoice | 09/26/2017 | 30099 | statement | $ 8,994.86 | | | $ 128,840.67 |
| Invoice | 09/27/2017 | 30180 | statement | $ 8,122.06 | | | $ 136,962.73 |
| Invoice | 09/28/2017 | 30255 | statement | $ 7,013.25 | | | $ 143,975.98 |
| Invoice | 09/29/2017 | 30331 | statement | $ 22,709.98 | | $ (52,920.00) | $ 113,765.96 |
| Invoice | 09/30/2017 | 30399 | statement | $ 5,201.43 | | | $ 118,967.39 |
| Invoice | 10/01/2017 | 30452 | statement | $ 5,283.36 | | | $ 124,250.75 |
| | | | | | $ 79,972.45 | | $ 124,250.75 |
| Invoice | 10/02/2017 | 30512 | statement | $ 10,831.18 | | | $ 135,081.93 |
| Invoice | 10/03/2017 | 30588 | statement | $ 6,599.85 | | $ (12,000.00) | $ 129,681.78 |
| Invoice | 10/04/2017 | 30666 | statement | $ 9,504.37 | | | $ 139,186.15 |
| Invoice | 10/05/2017 | 30745 | statement | $ 6,967.34 | | | $ 146,153.49 |
| Invoice | 10/06/2017 | 30818 | statement | $ 18,411.50 | | $ (53,700.00) | $ 110,864.99 |
| Invoice | 10/07/2017 | 30892 | statement | $ 5,766.93 | | | $ 116,631.92 |
| Invoice | 10/08/2017 | 30952 | statement | $ 3,566.50 | | | $ 120,198.42 |
| | | | | | $ 61,647.67 | | $ 120,198.42 |
| Invoice | 10/09/2017 | 31018 | statement | $ 9,631.58 | | | $ 129,830.00 |
| Invoice | 10/10/2017 | 31096 | statement | $ 11,884.51 | | | $ 141,714.51 |
| Invoice | 10/11/2017 | 31171 | statement | $ 10,125.07 | | | $ 151,839.58 |
| Invoice | 10/12/2017 | 31247 | statement | $ 9,044.78 | | | $ 160,884.36 |
| Invoice | 10/13/2017 | 31325 | statement | $ 18,627.97 | | $ (45,000.00) | $ 134,512.33 |
| Invoice | 10/14/2017 | 31392 | statement | $ 8,576.56 | | | $ 143,088.89 |
| Invoice | 10/15/2017 | 31447 | statement | $ 4,699.70 | | | $ 147,788.59 |
| | | | | | $ 72,590.17 | | $ 147,788.59 |
| Invoice | 10/16/2017 | 31507 | statement | $ 6,158.46 | | | $ 153,947.05 |
| Invoice | 10/17/2017 | 31577 | statement | $ 9,586.76 | | $ (6,000.00) | $ 157,533.81 |
| Invoice | 10/18/2017 | 31652 | statement | $ 7,657.49 | | $ (9,982.46) | $ 155,208.84 |
| Invoice | 10/19/2017 | 31730 | statement | $ 7,424.87 | | $ (950.00) | $ 161,683.71 |
| Invoice | 10/20/2017 | 31806 | statement | $ 24,170.15 | | $ (45,000.00) | $ 140,853.86 |
| Invoice | 10/21/2017 | 31877 | statement | $ 4,643.93 | | | $ 145,497.79 |
| Invoice | 10/22/2017 | 31937 | statement | $ 3,019.14 | | | $ 148,516.93 |
| | | | | | $ 62,660.80 | | $ 148,516.93 |
| Invoice | 10/23/2017 | 32004 | statement | $ 7,757.57 | | | $ 156,274.50 |
| Invoice | 10/24/2017 | 32080 | statement | $ 11,795.11 | | $ (10,000.00) | $ 158,069.61 |
| Invoice | 10/25/2017 | 32157 | statement | $ 12,832.53 | | | $ 166,902.14 |
| Invoice | 10/26/2017 | 32268 | statement | $ 8,491.58 | | $ (4,000.00) | $ 175,393.72 |
| Invoice | 10/27/2017 | 32348 | statement | $ 31,338.32 | | $ (50,000.00) | $ 156,732.04 |
| Invoice | 10/28/2017 | 32418 | statement | $ 6,411.68 | | | $ 163,143.72 |
| Invoice | 10/29/2017 | 32475 | statement | $ 6,086.20 | | | $ 169,229.92 |
| | | | | | $ 84,712.99 | | $ 169,229.92 |
| Invoice | 10/30/2017 | 32535 | statement | $ 24,920.04 | | | $ 194,149.96 |
| Invoice | 10/31/2017 | 32613 | statement | $ 11,317.47 | | $ (31,407.58) | $ 174,059.85 |
| Invoice | 11/01/2017 | 32688 | statement | $ 13,696.63 | | $ (1,958.05) | $ 185,798.43 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
**September 1, 2016 through January 16, 2018**

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|------|------|-----|------|-------|--------------|---------|---------|
| Invoice | 11/02/2017 | 32762 | statement | $ 6,401.48 | | | $ 192,199.91 |
| Invoice | 11/03/2017 | 32842 | statement | 23,649.70 | | $ (50,000.00) | $ 165,849.61 |
| Invoice | 11/04/2017 | 32915 | statement | 10,396.56 | | | $ 176,246.17 |
| Invoice | 11/05/2017 | 32974 | statement | 4,606.60 | $ 94,988.48 | | $ 180,852.77 |
| | | | | | | | $ 180,852.77 |
| Invoice | 11/06/2017 | 33043 | statement | 7,154.32 | | | $ 188,007.09 |
| Invoice | 11/07/2017 | 33121 | statement | 15,124.21 | | $ (20,000.00) | $ 183,131.30 |
| Invoice | 11/08/2017 | 33202 | statement | 8,376.19 | | | $ 191,507.49 |
| Invoice | 11/09/2017 | 33281 | statement | 7,912.63 | | $ (8,600.00) | $ 190,820.12 |
| Invoice | 11/10/2017 | 33359 | statement | 24,796.51 | | $ (45,000.00) | $ 170,616.63 |
| Invoice | 11/11/2017 | 33432 | statement | 6,059.22 | | | $ 176,675.85 |
| Invoice | 11/12/2017 | 33484 | statement | 4,191.31 | $ 73,614.39 | | $ 180,867.16 |
| | | | | | | | $ 180,867.16 |
| Invoice | 11/13/2017 | 33559 | statement | 7,394.04 | | | $ 188,261.20 |
| Invoice | 11/14/2017 | 33637 | statement | 14,343.65 | | $ (20,000.00) | $ 182,604.85 |
| Invoice | 11/15/2017 | 33693 | statement | 7,300.75 | | $ (10,000.00) | $ 179,905.60 |
| Invoice | 11/16/2017 | 33772 | statement | 9,982.00 | | | $ 189,887.60 |
| Invoice | 11/17/2017 | 33852 | statement | 22,339.71 | | $ (50,000.00) | $ 162,227.31 |
| Invoice | 11/18/2017 | 33930 | statement | 5,257.78 | | | $ 167,485.09 |
| Invoice | 11/19/2017 | 33998 | statement | 4,652.65 | $ 71,270.58 | | $ 172,137.74 |
| | | | | | | | $ 172,137.74 |
| Invoice | 11/20/2017 | 34066 | statement | 8,390.14 | | | $ 180,527.88 |
| Invoice | 11/21/2017 | 34144 | statement | 5,200.36 | | $ (10,000.00) | $ 175,728.24 |
| Invoice | 11/22/2017 | 34225 | statement | 7,708.14 | | | $ 183,436.38 |
| Invoice | 11/23/2017 | 34297 | statement | 4,281.74 | | | $ 187,718.12 |
| Invoice | 11/24/2017 | 34361 | statement | 19,509.81 | | $ (50,000.00) | $ 157,227.93 |
| Invoice | 11/25/2017 | 34416 | statement | 2,864.95 | | | $ 160,092.88 |
| Invoice | 11/26/2017 | 34472 | statement | 3,448.71 | $ 51,403.85 | | $ 163,541.59 |
| | | | | | | | $ 163,541.59 |
| Invoice | 11/27/2017 | 34542 | statement | 12,370.62 | | | $ 175,912.21 |
| Invoice | 11/28/2017 | 34623 | statement | 12,630.87 | | | $ 188,543.08 |
| Invoice | 11/29/2017 | 34707 | statement | 9,421.99 | | | $ 197,965.07 |
| Invoice | 11/30/2017 | 34790 | statement | 8,532.03 | | | $ 206,497.10 |
| Invoice | 12/01/2017 | 34872 | statement | 15,733.86 | | $ (40,000.00) | $ 182,230.96 |
| Invoice | 12/02/2017 | 34948 | statement | 7,478.04 | | | $ 189,709.00 |
| Invoice | 12/03/2017 | 35011 | statement | 5,415.38 | $ 71,582.79 | | $ 195,124.38 |
| | | | | | | | $ 195,124.38 |
| Invoice | 12/04/2017 | 35079 | statement | 6,918.39 | | | $ 202,042.77 |
| Invoice | 12/05/2017 | 35158 | statement | 11,446.23 | | $ (12,000.00) | $ 201,489.00 |
| Invoice | 12/06/2017 | 35243 | statement | 8,531.41 | | | $ 210,020.41 |
| Invoice | 12/07/2017 | 35328 | statement | 9,680.69 | | | $ 219,701.10 |
| Invoice | 12/08/2017 | 35417 | statement | 19,403.60 | | $ (47,500.00) | $ 191,604.70 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|------|------|-----|------|-------|--------------|---------|---------|
| Invoice | 12/09/2017 | 35495 | statement | $ 5,941.06 | | | $ 197,545.76 |
| Invoice | 12/10/2017 | 35567 | statement | $ 2,192.63 | | | $ 199,738.39 |
| | | | | | $ 64,114.01 | | $ 199,738.39 |
| Invoice | 12/11/2017 | 35637 | statement | $ 8,169.93 | | | $ 207,908.32 |
| Invoice | 12/12/2017 | 35719 | statement | $ 11,007.62 | | $ (10,000.00) | $ 208,915.94 |
| Invoice | 12/13/2017 | 35806 | statement | $ 8,672.91 | | | $ 217,588.85 |
| Invoice | 12/14/2017 | 35896 | statement | $ 10,704.78 | | $ (57,100.00) | $ 171,193.63 |
| Invoice | 12/15/2017 | 35985 | statement | $ 23,741.38 | | | $ 194,935.01 |
| Invoice | 12/16/2017 | 36059 | statement | $ 4,943.08 | | | $ 199,878.09 |
| Invoice | 12/17/2017 | 36132 | statement | $ 3,000.63 | | | $ 202,878.72 |
| | | | | | $ 70,240.33 | | $ 202,878.72 |
| Invoice | 12/18/2017 | 36206 | statement | $ 10,712.48 | | | $ 213,591.20 |
| Invoice | 12/19/2017 | 36286 | statement | $ 7,325.25 | | | $ 220,916.45 |
| Invoice | 12/20/2017 | 36373 | statement | $ 7,198.81 | | $ (15,000.00) | $ 213,115.26 |
| Invoice | 12/21/2017 | 36464 | statement | $ 7,333.94 | | | $ 220,449.20 |
| Invoice | 12/22/2017 | 36547 | statement | $ 16,264.59 | | $ (48,692.05) | $ 188,021.74 |
| Invoice | 12/23/2017 | 36622 | statement | $ 4,352.55 | | | $ 192,374.29 |
| Invoice | 12/24/2017 | 36682 | statement | $ 518.78 | | | $ 192,893.07 |
| | | | | | $ 53,706.40 | | $ 192,893.07 |
| Invoice | 12/25/2017 | 36728 | statement | $ 1,348.08 | | | $ 194,241.15 |
| Invoice | 12/26/2017 | 36788 | statement | $ 4,058.71 | | | $ 198,299.86 |
| Invoice | 12/27/2017 | 36857 | statement | $ 7,469.79 | | | $ 205,769.65 |
| Invoice | 12/28/2017 | 36940 | statement | $ 7,618.37 | | | $ 213,388.02 |
| Invoice | 12/29/2017 | 37016 | statement | $ 15,987.96 | | $ (40,000.00) | $ 189,375.98 |
| Invoice | 12/30/2017 | 37084 | statement | $ 4,236.27 | | | $ 193,612.25 |
| Invoice | 12/31/2017 | 37143 | statement | $ 1,719.16 | | | $ 195,331.41 |
| | | | | | $ 42,438.34 | | $ 195,331.41 |
| Invoice | 01/01/2018 | 37190 | statement | $ 988.29 | | | $ 196,319.70 |
| Invoice | 01/02/2018 | 37243 | statement | $ 6,419.27 | | | $ 202,738.97 |
| Invoice | 01/03/2018 | 37318 | statement | $ 9,600.62 | | $ (3,000.00) | $ 209,339.59 |
| Invoice | 01/04/2018 | 37398 | statement | $ 7,371.78 | | $ (1,000.00) | $ 215,711.37 |
| Invoice | 01/05/2018 | 37475 | statement | $ 18,465.11 | | $ (34,000.00) | $ 200,176.48 |
| Invoice | 01/06/2018 | 37551 | statement | $ 7,697.44 | | | $ 207,873.92 |
| Invoice | 01/07/2018 | 37617 | statement | $ 4,498.83 | | | $ 212,372.75 |
| | | | | | $ 55,041.34 | | $ 212,372.75 |
| Invoice | 01/08/2018 | 37683 | statement | $ 5,259.99 | | | $ 217,632.74 |
| Invoice | 01/09/2018 | 37758 | statement | $ 8,166.38 | | $ (13,000.00) | $ 212,799.12 |
| Invoice | 01/10/2018 | 37839 | statement | $ 8,902.92 | | $ (3,100.00) | $ 218,602.04 |
| Invoice | 01/11/2018 | 37929 | statement | $ 9,550.05 | | | $ 227,152.09 |
| Invoice | 01/12/2018 | 38012 | statement | $ 7,047.74 | | $ (40,000.00) | $ 194,199.83 |
| Invoice | 01/13/2018 | 38069 | statement | $ 17,070.58 | | | $ 211,270.41 |
| Invoice | 01/14/2018 | 38138 | statement | $ 3,082.36 | | | $ 214,352.77 |

**COMPASS PAYMENT SERVICES LLC**
**Customer QuickReport**
September 1, 2016 through January 16, 2018

| Type | Date | Num | Memo | Debit | Weekly Total | Payment | Balance |
|------|------|-----|------|-------|--------------|---------|---------|
| | | | | | $ 59,080.02 | | $ 214,352.77 |
| Invoice | 01/15/2018 | 38139 | | $ 4,116.56 | | | $ 218,469.33 |
| | | | | | $ 3,965,049.15 | | |
| | | | | Monday 01/15/2018 | $ 4,116.56 | | |
| | | | | **Total Sales** | **$ 3,969,165.71** | Total Payments $ (3,750,696.38) | $ 218,469.33 |
| | | | | Average Weekly Sales | $ 57,464.48 | | |

EXHIBIT D

## SUBSCRIPTION AGREEMENT

THE COMMON STOCK BEING SUBSCRIBED FOR PURSUANT TO THIS AGREEMENT HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE SECURITIES LAWS OF ANY STATE. SUCH COMMON STOCK MAY NOT BE SOLD OR OFFERED FOR SALE IN THE ABSENCE OF AN EFFECTIVE REGISTRATION STATEMENT FOR THE COMMON STOCK UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND SUCH STATE LAWS AS MAY BE APPLICABLE, OR AN OPINION OF COUNSEL SATISFACTORY TO THE COMPANY THAT SUCH REGISTRATION IS NOT REQUIRED.

Compass Specialty Insurance Risk Retention Group, Inc.

150 4th Avenue North, Suite 1100

Nashville, Tennessee 37219

Attention: John R. Capasso

Re: COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. - Issuance of Common Stock

The undersigned (the "Investor") wishes to become a shareholder of COMPASS SPECIALTY INSURANCE RISK RETENTION GROUP, INC. (the "Company"), a Tennessee captive insurance company risk retention group, and to purchase shares of the Company's common stock, no par value ("Common Stock"), in the Company, upon the terms and conditions set forth herein. Capitalized terms used herein but not defined herein shall have the meanings assigned to them in the Company's Bylaws.

Accordingly, the Investor agrees as follows:

## I.  SUBSCRIPTION FOR COMMON STOCK

**(A)** The Investor agrees to (i) become a shareholder of the Company (a "Shareholder"), with an initial commitment equal to the Commitment set forth on the signature page hereto.

**(B)** The Investor understands and agrees that the Company reserves the right to reject this subscription for Common Stock for any reason or no reason, in whole or in part, and at any time prior to its acceptance. If this subscription is rejected, this Subscription Agreement shall have no force or effect.

**(C)** The Investor understands and agrees that the acceptance of this subscription is conditioned on the agreement of the Investor or an organization controlled by or affiliated with the Investor to procure insurance from the Company on terms and conditions acceptable to the Captive Manager. This subscription opportunity may be withdrawn at any time by the Company prior to the closing of the transactions contemplated by this Subscription Agreement.

11

**(D)**  The Investor agrees that this Subscription Agreement and any agreement of the Investor made hereunder is irrevocable, and that this Agreement shall survive the death, mental or physical incapacity or merger, dissolution or other termination of the existence of the Investor.

## II.  CANCELLATION OF INSURANCE POLICY AND RIGHT OF REPURCHASE

**(A)**  In the event that the Investor cancels its insurance coverage with the Company prior to three (3) years after inception, the Investor shall forfeit all of its Common Stock purchased hereunder and shall have no other rights to any capital of the Company.

**(B)**  Provided that the Investor has maintained insurance coverage with the Company for at least three (3) years, in the event that the Investor thereafter terminates its insurance coverage with the Company, the Investor shall have the right to request that the Company repurchase all of its shares of Common Stock purchased hereunder, at a price equal to the Commitment set forth on the signature page hereto.  The Company shall repurchase such shares of Common Stock at such price within sixty (60) days after the later to occur of:  (i) three (3) years after the date of termination of coverage, and (ii) the date on which there are no longer any outstanding claims or reserves (including IBNR) related to Investor's insurance coverage by the Company.

## III.  REPRESENTATIONS AND COVENANTS OF THE INVESTOR

**(A)**  The Investor will not sell or otherwise transfer the Common Stock without registration under the Securities Act of 1933, as amended (the "Securities Act"), or an opinion of counsel satisfactory to the Company that such registration is not required, if requested by the Company within 30 days of receiving notice from Investor of the intention to transfer the Common Stock.  The Investor understands and agrees that it must bear the economic risk of its investment for an indefinite period of time because, among other reasons, the Interest has not been registered under the Securities Act or under the securities laws of certain states and, therefore, cannot be resold, pledged, assigned or otherwise disposed of unless it is so registered or an exemption from registration is available.  The Investor understands that the Company is under no obligation to register the Common Stock on its behalf or to assist it in complying with any exemption from registration under the Securities Act.

**(B)**  The Investor has received, carefully read and understands the Executive Summary of the Company numbered solely for the use of the Investor (the "ExecSum") outlining, among other things, the organization and investment objectives and policies of, and the risk factors and expenses of an investment in, the Company.  The Investor acknowledges that it has made an independent decision to invest in the Company and that, in making its decision to subscribe for the Common Stock, the Investor has relied solely upon the Bylaws and the ExecSum, and independent investigations made by the Investor.  The Investor is not relying on the Company or the Captive Manager, or any other person or entity with respect to the legal, tax and other economic considerations involved in this investment, other than the Investor's own advisers.  The Investor's investment in the Common Stock is consistent with the investment purposes, objectives and cash flow requirements of the Investor and will not adversely affect the Investor's overall need for diversification and liquidity.

The Investor acknowledges that it is not subscribing pursuant hereto for the Common Stock as a result of or pursuant to: (i) any advertisement, article, notice or other communications published in any newspaper, magazine or similar media (including any internet site whose information about the Company is not password protected) or broadcast over television or radio; or (ii) any seminar or meeting whose attendees, including the Investor, had been invited as a result of, or pursuant to, any of the foregoing.

The Investor has been provided an opportunity to obtain any additional information concerning the offering of the Common Stock, the Company and all other information to the extent the Company or the Captive Manager possesses such information or can acquire it without unreasonable effort or expense, and has been given the opportunity to ask questions of, and receive answers from, the Captive Manager concerning the terms and conditions of the offering and other matters pertaining to this investment.

(C)    The Investor has not reproduced, duplicated or delivered the ExecSum or this Subscription Agreement to any other person, except professional advisers to the Investor or as instructed by the Captive Manager. Notwithstanding the foregoing or anything in the Bylaws to the contrary, the Investor (and each employee, representative or other agent of the Investor) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of (i) the Company and (ii) any of its transactions, and all materials of any kind (including opinions or other tax analyses) that are provided to the Investor relating to such tax treatment and tax structure.

(D)    The Investor has such knowledge and experience in financial and business matters that the Investor is capable of evaluating the merits and risks of the Investor's investment in the Company and is able to bear such risks, and has obtained, in the Investor's judgment, sufficient information from the Captive Manager to evaluate the merits and risks of such investment. The Investor has evaluated the risks of investing in the Company, understands there are substantial risks of loss incidental to the purchase of the Common Stock and has determined that it is a suitable investment for the Investor. The Investor understands that there is no assurance that any of the Company's investment goals will be realized, and that the Investor may lose his or its entire investment in the Company.

(E)    The Investor is acquiring the Common Stock for its own account, for investment purposes only and not with a view toward distributing or reselling the Interest in whole or in part.

(F)    The Investor understands that:

(i)    No federal or state agency has passed upon the Common Stock or made any findings or determination as to the fairness of this investment; and

(ii)   The representations, warranties, agreements, undertakings and acknowledgments made by the Investor in this Subscription Agreement will be relied upon by the Company and the Captive Manager in determining the Investor's suitability as a purchaser of the Common Stock and the Company's compliance with federal and state securities laws, and shall survive the Investor's status as a shareholder.

13

**(G)**    The Investor has all requisite power, authority and capacity to acquire and hold the Common Stock and execute, deliver and comply with the terms of each of the instruments required to be executed and delivered by the Investor in connection with the Investor's subscription for the Common Stock, including this Subscription Agreement, and such execution, delivery and compliance does not conflict with, or constitute a default under, any instruments governing the Investor, or violate any law, regulation or order, or any agreement to which the Investor is a party or by which the Investor may be bound.  If the Investor is an entity, the person executing and delivering each of such instruments on behalf of the Investor has all requisite power, authority and capacity to execute and deliver such instruments, and, upon request by the Company or the Captive Manager, will furnish to the Company true and correct copies of any instruments governing the Investor, including all amendments thereto.

**(H)**    All information which the Investor has provided to the Company or the Captive Manager concerning the Investor, the Investor's status, financial position and knowledge and experience of financial, tax and business matters, or, in the case of an Investor that is an entity, the knowledge and experience of financial, tax and business matters of the person making the investment decision on behalf of such entity, is correct and complete as of the date set forth herein.

**(I)**    The Investor understands that the Company will not register as an investment company under the Investment Company Act of 1940, as amended (the "Company Act"), nor will it make a public offering of its securities within the United States.  The Investor understands that the Company will rely on Section 3(c)(l) or Section 3(c)(7) of the Company Act, which permit private investment companies (such as the Company) to sell their Common Stock, on a private placement basis, to certain eligible investors.

**(J)**    If the Investor is an entity, the Investor represents that (i) it was not formed for the purpose of investing in the Company, (ii) it does not invest more than forty (40%) percent of its total assets in the Company, (iii) each of its beneficial owners participates in investments made by the Investor pro rata in accordance with its interest in the Investor and, accordingly, its beneficial owners cannot opt in or out of investments made by the Investor, and (iv) its beneficial owners did not and will not contribute additional capital (other than previously committed capital) for the purpose of purchasing the Common Stock.

**(K)**    The Investor represents that it is not a "plan" as defined in Section 3(3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), that is subject to the provisions of Title I of ERISA, and/or a "plan" that is subject to the prohibited transaction provisions of Section 4975 of the Internal Revenue Code of 1986, as amended (the "Code"), or an entity whose assets are treated as "plan assets" under Section 3(42) of ERISA and any regulations promulgated thereunder.  The Investor further represents that it is not a Benefit Plan Investor (as defined below).  For these purposes, a "Benefit Plan Investor," as defined under Section 3(42) of ERISA and any regulations promulgated thereunder, includes (a) an "employee benefit plan" that is subject to the provisions of Title I of ERISA; (b) a "plan" that is not subject to the provisions of Title I of ERISA, but that is subject to the prohibited transaction provisions of Section 4975 of the Code, such as individual retirement accounts and certain retirement plans for self-employed individuals; and (c) a pooled investment fund whose assets are treated as "plan assets" under Section 3(42) of ERISA and any regulations promulgated thereunder because

14

"employee benefit plans" or "plans" hold twenty five (25%) percent or more of any class of equity interest in such pooled investment fund. If the Investor has identified to the Company that it is not currently a Benefit Plan Investor, but becomes a Benefit Plan Investor, the Investor shall disclose to the Captive Manager promptly in writing such fact and also the percentage of such Investor's equity interests held by Benefit Plan Investors. If the Investor is an insurance company, it is not investing the assets of its general account (or the assets of a wholly owned subsidiary of its general account) in the Company. The Investor agrees to promptly notify the Captive Manager in writing if there is a change such that it will be investing the assets of its general account (or the assets of a wholly owned subsidiary of its general account) in the Company.

(L) The Investor understands that Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins") acts as counsel to the Company. The Investor also understands that, in connection with this offering of Common Stock and subsequent advice to the Company, Nelson Mullins will not be representing investors in the Company, including the Investor, and no independent counsel has been retained to represent investors in the Company.

The representation by Nelson Mullins of the Company is limited to specific matters as to which it has been consulted by the Company. There may exist other matters which could have a bearing on the Company about which Nelson Mullins has not been consulted. In addition, Nelson Mullins does not undertake to monitor the compliance of the Captive Manager and its affiliates with the captive insurance program of the Captive and the Company or the underwriting guidelines established for the Captive or the Company, nor does it monitor compliance with applicable laws. In preparing the documents in connection with the purchase and sale of the Common Stock, Nelson Mullins relies upon information furnished to it by the Company, the Captive Manager and/or its affiliates, and does not investigate or verify the accuracy and completeness of information set forth therein concerning the Company, the Captive Manager and their affiliates and personnel.

(M) The Investor understands and agrees that, although the Company will use its reasonable efforts to keep the information provided in the answers to this Subscription Agreement strictly confidential, the Company may present this Subscription Agreement and the information provided in answers to it to such parties *(e.g.,* affiliates, attorneys, auditors, administrators, brokers and regulators) as it deems necessary or advisable to facilitate the acceptance and management of the Investor's Commitment including, but not limited to, in connection with anti-money laundering and similar laws, if called upon to establish the availability under any applicable law of an exemption from registration of the Common Stock, the compliance with applicable law and any relevant exemptions thereto by the Company, the Captive Manager or its affiliates, or if the contents thereof are relevant to any issue in any action, suit or proceeding to which the Company, the Captive Manager or its affiliates are a party or by which they are or may be bound. The Company may also release information about the Investor if directed to do so by the Investor, if compelled to do so by law or in connection with any government or self-regulatory organization request or investigation.

**IV.  ADDITIONAL INFORMATION AND SUBSEQUENT CHANGES IN THE FOREGOING REPRESENTATIONS: LEGENDS**

(A)    The Company may request from the Investor such additional information as it may deem necessary to evaluate the eligibility of the Investor to acquire an Interest, and may request from time to time such information as it may deem necessary to determine the eligibility of the Investor to hold the Common Stock or to enable the Captive Manager to determine the Company's or the Captive Manager's compliance with applicable regulatory requirements or the Company's tax status, and the Investor agrees to provide such information as may reasonably be requested.

(B)    All representations, warranties and covenants of the Investor set forth herein shall survive the date of acquisition of the Interest by the Investor. The Investor agrees to notify the Captive Manager promptly in writing if there is any change with respect to any of the information or representations made herein and to provide the Captive Manager with such further information as the Captive Manager may reasonably require.

**V.  GENERAL**

(A)    The Investor agrees to indemnify and hold harmless the Company, the Captive Manager, each of their affiliates, and each other person, if any, who controls, is controlled by, or is under common control with, any of the foregoing, within the meaning of Section 15 of the Securities Act, against any and all loss, liability, claim, damage and expense whatsoever (including all expenses reasonably incurred in investigating, preparing or defending against any claim whatsoever) arising out of or based upon (i) any false representation or warranty made by the Investor, or breach or failure by the Investor to comply with any covenant or agreement made by the Investor, in this Subscription Agreement or in any other document furnished by the Investor to any of the foregoing in connection with this transaction, or (ii) any action for securities law violations instituted by the Investor which is finally resolved by judgment   against the Investor. The Investor also agrees to indemnify the Company, the Captive Manager and their affiliates and agents for any and all costs, fees and expenses (including legal fees and disbursements) in connection with any damages resulting from the Investor's assertion of lack of proper authorization from the beneficial owner purchasing the Common Stock hereunder to enter into this Subscription Agreement or perform the obligations hereof.

(B)    If any provision of this Subscription Agreement is invalid or unenforceable under any applicable law, then such provision shall be deemed inoperative to the extent that it may conflict therewith and shall be deemed modified to conform to such applicable law.   Any provision hereof which may be held invalid or unenforceable under any applicable law shall not affect the validity or enforceability of any other provisions hereof, and to this extent the provisions hereof shall be severable.

(C)    If any answers provided or background documentation required under this Subscription Agreement are found to be false or misleading, the Investor understands that the Captive Manager may require such Investor to fully withdraw from the Company.

**(D)** No provision of this Subscription Agreement may be amended, waived or otherwise modified except by an instrument in writing executed by the parties hereto. This Subscription Agreement shall not be assignable by the Investor or the Company.

**(E)** The headings contained in this Subscription Agreement are for convenience only and shall not affect the meaning or interpretation of this Subscription Agreement.

**(F)** This Subscription Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which taken together shall be deemed to constitute one and the same agreement. This Subscription Agreement may be executed by facsimile with the same force and effect as an original signature.

## SIGNATURE PAGES

The Investor understands and acknowledges that this subscription, upon acceptance by the Company, is binding upon its heirs, executors, administrators, successors and assigns.

By signing below, the Investor (i) confirms that the representations and warranties contained herein are accurate and complete in all respects, (ii) agrees to the terms of the Subscription Agreement, (iii) requests that the records of the Company reflect Investor's status as a shareholder, (iv) understands that the Company is not obligated to accept this Subscription Agreement, and (v) understands that this Subscription Agreement is not binding on the Company until it is accepted in writing by the Captive Manager.

(the remainder of this page has intentionally been left blank)

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 20 day of OCTOBER , 2016 .

INVESTOR:

AS CORP INC

Name of Entity

By: _____

Name: WILLIAM ASENIIC

Title: PRESIDENT

NUMBER OF SHARES OF COMMON STOCK PURCHASED:

sixty three thousand seven hundred fifty

AMOUNT INVESTED (AT THE PURCHASE PRICE OF $1.00 PER SHARE):

$ 63750

19