**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: AS Corp, Inc., et al v. MGR Express Inc., et al

Case Number: 1:20-cv-06233

An appearance is hereby filed by the undersigned as attorney for:
Compass Fuel Inc, Compass Insurance Group, Inc., Compass Lease LLC, Compass Management, Inc., Compass Funding Solutions LLC, Compass Holding LLC, Compass Equipment Finance LLC, Compass Auto Lease LLC, Compass Truck Sales LC, Compass Insurance Company, Compass Real Estate Holding LLC, Willowbrook 2012, LLC, Compass Truck Rental and Leasing LLC, Compass Payment Services LLC, Compass Specialty Insurance Risk Retention Group, Inc., Wolf Ventures, LLC, Compass Financial Holding Group, LLC, Compass Capital Management Group LLC, St. Pete 2016, LLC, Compass Logistics Holding LLC, Compass Logistics LLC, Smartboard, LLC, Compass United Soccer Club, LLC, Compass Arena LLC, International Trucking Association, LLC, Compass Management LLC, Radovan "Roy" Dobrasinovic, Ana Aleksandrovska, Arnold Curtis, Angelia Demkovic, Daliborka Savovic, Arleesia McDonald, Vladimir Kostik, Jelena Dobrasinovic, and Thomas Milowski.

Attorney name (type or print): John G. Lamb

Firm: O'Hagan Meyer LLC

Street address: One East Wacker Drive, Suite 3400

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6294649
(See item 3 in instructions)

Telephone Number: 312.422.6100

Email Address: jlamb@ohaganmeyer.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status. ☒ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 12, 2021

Attorney signature:  S/ John G. Lamb_____
                              (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015