29318-JGL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AS CORP INC., EMILIJAN ASENTIC ) <br> on behalf of themselves and those ) <br> similarly situated and derivatively on ) <br> behalf of COMPASS SPECIALTY ) <br> INSURANCE RISK RETENTION GROUP, INC. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MGR EXPRESS INC., COMPASS FUEL INC. ) <br> COMPASS INSURANCE GROUP INC.; et al., ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-06233 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 18, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Virgina M. Kendall, or any judge sitting in his stead in Courtroom 2503, at the United States District Court, for the Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION TO DISMISS COMPLAINT**, a copy of which is served upon you together with this Notice.

Respectfully submitted,

O'HAGAN MEYER, LLC

By: */s/ John G. Lamb*
One of the Attorneys for the Compass-Related Defendants

John G. Lamb, Esq.
O'Hagan Meyer, LLC
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
(312) 422-6100
(312) 422-6110 (fax)
jlamb@ohaganmeyer.com

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of February, 2021, I electronically filed **NOTICE OF MOTION**, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

_/s/ John G. Lamb_

## SERVICE LIST

Ankur Shah
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
ashah@shahlegalgroup.com
_Counsel for Plaintiff_