# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

AS Corp, Inc., et al.

                Plaintiff,

v.                                      Case No.: 1:20−cv−06233
                                            Honorable Virginia M. Kendall

MGR Express, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendants' Motions to Dismiss [12] and [13]. Responses due by 3/2/2021; Replies due by 3/9/2021. Status hearing set for 5/3/2021 at 9:00 AM. Teleconference Status hearing set for 3/2/2021 at 9:15 AM stands. Motion hearing set for 2/18/2021 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.