## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AS CORP. INC., et al. | ) |
| *Plaintiff*, | ) |
| v. | ) No. 20 C 6233 |
| MGR EXPRESS INC., et al., | ) Judge Virginia M. Kendall |
| *Defendants*. | ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant (s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) MGR EXPRESS INC., et al
and against Plaintiff(s) AS CORP. INC., et al
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date: 12/7/2021                    Thomas G. Bruton, Clerk of Court

                                    /s/Lynn Kandziora , Deputy Clerk